

pd. rec't # 17643




# IN THIS "ONE-SUPREME-COURT OF THE ORIGINAL-JURISDICTION" AS THIS ARTICLE-III-COURT OF THIS CONSTITUTION-CHARTER-VESSEL IN THIS COURT OF THE DISTRICT OF THE U.S.A.

CIV 04-540-N-EJL

---

## FOR THIS COMPLAINT: WRIT OF THE ERROR

:WITNESS / : CLAIMANT

**Steven: Sego.**
**Davina-M: Sego.**

FOR THIS TITLE~42: U.S.C.-SECTION~1986
WITH THIS KNOWLEDGE OF THIS LAW IN THIS TRUTH
UNDER THIS TITLE~4: U.S.C.-SECTION~1& 2& 3
FLAG OF THE U.S.A.
F.R.C.P.-CLAIM~ 60 (b)(3) DISCOVERY OF THE FRAUD, MISCONDUCT, MISREPRESENTATION
F.R.C.P.-CLAIM~26 (e) FOR THE REPORTING INTO THIS COURT OF THIS ORIGINAL-JURISDICTION:
TITLE~28; U.S.C.-SECTION~1331 AND 1343
F.R.C.P.-CLAIM~9 (b) FOR THIS FRAUD
F.R.C.P.-CLAIM~38 (a) & (b) FOR THIS TRIAL BY THE TWELVE(12)-MAN-JURY

U.S. DISTRICT COURT
U.S. BANKRUPTCY COURT
DISTRICT OF IDAHO
OCT 26 2004
M. REC'D ____ LODGED ____ FILED ____

**:VERUS**

**INDEPENDENT-ACTION**

**Ben-T: Ysursa.**
**Fred-C: Goodenough.**
**Daniel-J: English.**

**: VASSALEES**

WITH THIS REGISTRATION-MAIL-NUMBER AS THIS CORPORATION-CASE-NUMBER: **RR 550 101 116 US**

FOR THIS **CORPORATION-CHARTER-VESSEL WITH THIS CHARTER-KNOWLEDGE IS** FOR THESE UNITY-STATES WITHIN THESE TERMS OF THIS CHARTER-VESSEL WITH THIS KNOWLEDGE OF THIS CORPORATION-CASE: **RR 550 101 116 US** OF THIS C.U.S.W.F.-CHARTER-VESSEL. FOR THESE TERMS OF THIS C.U.S.W.F.-CHARTER-VESSEL **ARE** WITH THIS CLAIM AND CONSIDERATION WITH THESE CLAIMS OF THIS EVIDENCE IN THIS TRUTH WITH OUR WORLD-FLAG OF THIS U.S.C. BY THIS OATH OR CHARTER-CLAIM FOR THIS SWEARING FOR THIS PUBLICATION OF THIS TRUTH BY THIS FIDUCIARY-PARTY OF THIS COURT OF THE DISTRICT OF THE U.S.A. OF THE ORIGINAL-JURISDICTION WITH THESE TERMS OF THIS C.U.S.W.F.-CHARTER-VESSEL OF THESE UNITY-STATES/PARTY(PARTIES) WITH THIS CORPORATION-CASE. FOR THIS COURT OF THE DISTRICT OF THE U.S.A. OF THIS UNITY-STATES OR TERRITORY OF THIS IDAHO **IS** WITH THIS LAW OF THIS FLAG, WITH THIS CORPORATION-CASE, THROUGH THIS FILING WITH THIS CLERK OF THIS COURT OF THE DISTRICT OF THE U.S.A. OF THIS CORPORATION OF THIS CASE FOR THE COMMON-LAW-VENUE. FOR THIS JURISDICTION OF THIS TRUTH **IS** WITH THESE PARTIES OF THIS CASE. FOR ANY BREACH

OF THIS C.U.S.W.F.-CHARTER-VESSEL IS WITH THESE CLAIM-SANCTIONS. FOR THIS BREACH OF THIS CLAIM-ABILITY IS WITH THIS **TITLE~42: U.S.C.-CH.~16: SECTION~12182**: BIAS/PARTIAL THROUGH THIS BREACH OF THIS **TITLE~29: U.S.C.-CH.~16: SECTION~701-c~2**: FOR THIS POLICY FOR THIS EQUAL-CLAIM **IS** FOR THIS CLAIM FOR THIS **PERJURY OF THIS OATH** WITH THIS **TITLE~18: U.S.C.-SECTION~1621** WITH THE~**FIVE~5-YEARS-PRISON-SENTENCE OR WITH THIS** FINE: 15-TROY OUNCES-FINE~.999-GOLD; FOR ANY BREACH OF THESE TERMS OF THIS C.U.S.W.F.-CHARTER-VESSEL **IS** FOR THIS TREASON AGAINST THIS C.U.S.W.F.-CHARTER-VESSEL WITH THIS **5-YEARS-PRISON-SENTENCE OR WITH THIS** FINE: 15-TROY-OUNCES-.999-FINE-GOLD. FOR THIS FALSE-STATEMENT OF THIS OATH. FOR THIS CLAIM OF THESE FACTS WITH THESE **NOUNS AS THE NOUNS ARE** FOR THIS CORPORATION OF THIS JURISDICTION WITH THIS PORT-COURT OF THESE UNITY-STATES WITH OUR WORLD-FLAG. FOR THIS USE OF THESE NOUNS AS THESE VERBS OR ADJECTIVES **IS** WITH THIS MAIL-FRAUD WITH THIS USE OF THIS FICTION-NAME, WITH THIS **TITLE~18: U.S.**C.-**SECTION~1342** FOR THIS USE OF THIS FICTION-NAME FOR THIS FRAUD OF THIS COLLECTION OF AN EQUITY OR VALUE OR MONEY. FOR THIS FRAUDULENT-USE OF THIS LANGUAGE-FORMAT-CLAIM IS WITH THIS BREACH OF THIS TITLE~18: U.S.C.-SECTION~1001 WITH THE~**FIVE~5-YEARS-PRISON-SENTENCE AND~ONE-HUNDRED-TROY-OUNCES-.999-FINE-GOLD** FOR THIS FICTION-USE, WITH THESE **NOUNS AS THESE VERBS OR ADJECTIVES IS** FOR THIS BREACH OF THIS C.U.S.W.F.-CHARTER-VESSEL OF THESE CLAIMS OF THIS SOVEREIGN-CHARTER-VESSEL. FOR THESE CLAIMANTS / WITNESSES AS THIS SOVEREIGN-CHARTER-VESSEL **IS** WITH THIS CLAIM OF THIS TRUTHFUL-LANGUAGE-FORMATS FOR THIS CLAIM OF THIS TRUTH WITH THIS FIRSTHAND-KNOWLEDGE OF THESE FACTS.

:AUTOGRAPH : Steven: Sego, Dawna: Sego. ___

FOR THIS COURT OF THIS DISTRICT OF THE U.S.A. / PORT-COURT IN THIS UNITY-STATES OR TERRITORY OF THIS IDAHO IN THESE UNITY-STATES OF OUR WORLD **IS** WITH THIS ORIGINAL-JURISDICTION OF THE "ONE-SUPREME-COURT" WITH THIS TITLE~28: U.S.C.-SECTION~1331, AND WITH THIS TITLE~28: U.S.C.-SECTION~1343: FOR THIS EQUAL-SAFEGUARD-CLAUSE, AND WITH THIS TITLE~4: U.S.C.-SECTION~1&~2 &~3: FLAG OF THIS U.S.A.. FOR THIS C.C.:CLAIMS~38-a: FOR THIS CLAIM **IS** WITH THIS TRIAL BY THIS JURY, WITH THIS **C.U.S.W.F. BY THIS ARTICLE~9**: FOR THIS CLAIM OF THIS TRIAL WITH THIS TRUTH. FOR THIS FILING OF THIS CORPORATION OF THIS CASE **IS** WITH THIS COURT OF THE DISTRICT OF THE U.S.A. / PORT-COURT OF THIS UNITY-STATES OR TERRITORY OF THIS IDAHO; FOR THIS ORDER OF THIS CHARTER-VESSEL **IS** WITH THIS TITLE~28: U.S.C.-SECTION~1869, AND WITH THIS TITLE~28: U.S.C.-SECTION~1361: FOR THIS COMPLIANCE OF THIS OBLIGATION **IS** WITH THIS DUTY OF THIS CASE **IS** WITH THIS COURT OF THE DISTRICT OF THIS UNITY-STATES OR TERRITORY OF THIS IDAHO; FOR THIS ORDER OF THIS CHARTER-VESSEL **IS** WITH THIS TITLE~28: U.S.C.-SECTION~1869, AND WITH THIS TITLE~28: U.S.C.-SECTION~1361: FOR THIS COMPLIANCE OF THIS OBLIGATION **IS** WITH THIS DUTY OF THIS OFFICE OF THIS CLERK. FOR THIS COURT OF THE ORIGINAL-JURISDICTION OF THE CONSTITUTION-CONTRACT: **ARTICLE- III** AND WITH THIS SOVEREIGN-FREEDOMS-ACT IS WITH THIS TITLE~28: U.S.A. CLAIM: SECTION~1605. FOR THIS CORPORATION OF THIS CASE **IS** WITH THIS NOW-TENSE-TIME OF THIS C.U.S.W.F.-CHARTER-VESSEL WITH THIS CASE-NUMBER. FOR ALL PARTIES WITH THIS CORPORATION-CASE-NUMBER **RR 550 101 116 US ARE** WITH THIS DUTY OF THIS CHARTER-CLAIM OF THESE FACTS AND JUDGMENT WITH THIS TRIAL BY THIS JURY WITH THIS TRUTH.

**ABBREVIATIONS:**

**C.C. = FOR THESE CIVIL-CLAIMS**

**U.S.C. = OF THESE UNITY-STATES OF THESE CLAIMS**

**U.S.A. = OF THESE UNITY-STATES OF OUR WORLD**

**A, AN, ALL, ANY, OTHER, THE, THIS, THESE = (ARTICLE) FOR THIS SPECIFIC**

**CHARTER-VESSEL = FOR THIS CHARTER-VESSEL**

**UNITY-STATES = FOR THIS CORPORATION OF ALL PARTIES BY THIS CHARTER/CLAIM**

**C.U.S.A.F. = FOR THIS CONSTITUTION OF THESE UNITY-STATES OF THIS AMERICA-FLAG**

**C.U.S.W.F. = FOR THIS CONSTITUTION OF THESE UNITY-STATES OF THIS WORLD-FLAG**

**VASSAL = SERVANT OF THIS VESSEL**; VASSALEE = **PLOYEE OF THIS VESSEL**

:**ARTICLE~1** = FOR THIS RIGHT OF THIS TRUTH **IS** WITH THIS LANGUAGE OF THIS NOUN.

:**ARTICLE~2** = FOR THIS RIGHT OF THIS JUDGMENT-CLAIM **IS** WITH THIS CLAIM OF THIS LANGUAGE OF THIS TRUTH WITH THIS NOUN AS THIS NOUN AND FOR THIS FACT AS THIS FACT.

:**ARTICLE~3** = FOR THIS RIGHT OF THIS TRUTH **IS** WITH THIS SPEECH, WRITINGS, FAITH, PRESS, AND GRIEVANCE.

**:ARTICLE~4** = FOR THIS RIGHT OF THIS ORIGINAL-JURISDICTION-COURT-ACTION **IS** WITH THIS LANGUAGE OF THIS TRUTH.
**:ARTICLE~5** = FOR THIS RIGHT OF THIS FREEDOM OF THIS CONSTITUTION-CLAIM **IS** WITH THIS TRUTH-LANGUAGE.
**:ARTICLE~6** = FOR THIS RIGHT OF THIS TRUTH-ARREST-WARRANT OR TRUTH-SEARCH-WARRANT **IS** WITH THIS AUTOGRAPH OF THIS JUDGE WITH THIS CLAIM WITH THIS TRUTH FOR THIS OATH OF THIS OFFICIAL-CHARTER-AUTHORITY-CLOSURE.
**:ARTICLE~7** = FOR THIS RIGHT OF THIS WITNESSING AND TESTIMONY WITH ANY PORT-COURT **IS** WITH THIS WITNESSING-CLAIM WITH THIS TRUTH FOR THY SELF.
**:ARTICLE~8** = WITH THIS KNOWLEDGE OF **THIS** TRUTH **IS** WITH THIS RIGHT OF THIS WITNESSES, COUNSEL, EVIDENCE, AND SPEEDY-TRIAL WITHIN THE~FORTY-FIVE~45-DAYS WITH THIS PORT-COURT.
**:ARTICLE~9** = FOR THIS RIGHT OF THIS TRIAL **IS** WITH THE~TWELVE~12-PARTY-JURY WITH THIS KNOWLEDGE OF THIS TRUTH.
**:ARTICLE~10** = FOR THIS TERMS OF THIS PUNISHMENT OF THIS PARTY **IS** WITH THIS CLAIM OF THIS TRUTH-LANGUAGE FOR THIS TERMS AND BAIL UPON THIS CLAIM IN THIS TRUTH FOR ALL CITIZENS.
**:ARTICLE~11** = FOR ANY OFFICER(S) OF THIS C.U.S.W.F.-CHARTER-VESSEL **IS/ARE** BY THIS APPOINTMENT OR ELECTION WITH THIS OATH FOR THIS CLAIM WITH THIS TRUTH FOR THIS CORPORATION OF THIS C.U.S.W.F.-CHARTER-VESSEL WITH THESE UNITY-STATES OF OUR WORLD WITH THIS TRUTH.
**:ARTICLE~12** FOR THIS CLAIM/CHARTER WITH THIS C.U.S.W.F.-CHARTER-VESSEL **IS/ARE** FOR THIS MUTUAL-AGREEMENT BY THIS TITLE-CHARTER-VESSEL-HEREIN FOR THIS FULL-CLOSURE OF THIS VOLITION OF THIS CHARTER OR TRUST.
**:ARTICLE~13** = FOR THIS TRUTH-LANGUAGE **IS** WITH THIS PORT-COURT. FOR THIS JURISDICTION WITH THIS TRUTH-LANGUAGE **IS** WITH THIS SOVEREIGN-CHARTER-VESSEL IN THIS PARTY OF THESE UNITY-STATES FOR THIS CHARTER WITH THIS LAW-SUIT. FOR THIS CLAIM OF THIS LANGUAGE-FORMATS **IS** WITH THIS EQUITY WITH THIS COMMENCEMENT OF THIS CLAIM AGAINST ANY ONE OF THESE UNITY-STATES **(CHARTER-VESSEL)**, BY THESE CITIZENS OF THIS IDAHO FOR THESE CITIZENS WITH THIS TRUTH. FOR THIS NEW-STATE WITH THIS TRUTH **IS** WITH THIS CORPORATION OF THIS NEW-STATE WITHIN THIS STATE OR TERRITORY OF THIS IDAHO-COURT/BAR FOR THIS FORMATION OF THIS TRUTH-STATE WITHIN THESE UNITY-STATES OF THIS COURT OF THE DISTRICT OF THE U.S.A. / PORT-COURT.

## FOR THE CAUSE OF THIS ACTION

**~1.** FOR THESE SOVEREIGNS / CLAIMANTS / WITNESSES FIRMS THAT THIS ACTION **IS AN INDEPENDENT-ACTION** UNDER THE **~C.C.~60-b,** AND BY THIS **~C.C.~26-e** FOR THE [RE]PORTING INTO THE COURT OF THE COMMON-LAW-JURISDICTION, AND FOR THE CONSTITUTION-CONTRACT-RIGHT OF THIS **ARTICLE OF THE ~NINE(9); ~C.C.~38-a** RIGHT OF THE TRIAL BY THE JURY OF THE TWELVE(12)-MAN, OF THE **~C.C.~9-b** FOR THE FRAUD BY THESE VASSALEES: Ben: Ysursa, Fred-C: Goodenough, and Daniel-J: English. FOR THESE CLAIMANTS / WITNESSES[AF]FIRMS THAT THEY ARE NOT ATTORNEYS, AND ARE **NON-RESIDENTS** OF THE DI-STRICT OF COLUMBIA (SIC) AND OF THE "STATE OF IDAHO"(sic) AND ARE NOT BRITISH-SUBJECTS. FOR THESE CLAIMANTS / WITNESSES **ARE** PROCEEDING UNDER

THE **TITLE~42~U.S.C.-SECTION-1986** WITH THE **FOREIGN-SOVEREIGN-IMMUNITY ACT ,DATED: OCTOBER / 21 / 1976,** AND WITH THE **TITLE~4: U.S.C.-SECTIONS~1-3:** FLAG OF THE U.S.A. FOR THIS **CONSTITUTION-CONTRACT OF THESE unity-states OF THIS AMERICA: ARTICLES: 1-13, AND UNDER OUR SAVIOR: Jesus: Christ, WITH THE COMMON-LAW-JURISDICTION** WITH THE AUTHORITY FOR THE MOVING OF THIS **ARTICLE III-JURISDICTION-COURT** FOUND WITHIN THIS COURT OF THE DISTRICT OF THE U.S.A. FOR THIS CORPORATION-CASE WITH THIS REGISTER-MAIL-NUMBER: **RR 550 101 116 US,** CANNOT BE [DIS]MISSED, FOR THIS CORPORATION-CASE IS PERPETUAL AND **IS** ALWAYS OPEN UNTIL BY THE TRIAL BY THE JURY; **CONSTITUTION-CONTRACT: ARTICLE OF THE NINE (9); RIGHT OF THE** TRIAL BY THE JURY. FOR THESE SOVEREIGNS / CLAIMANTS / WITNESSES [AF]FIRMS THAT THESE CLAIMANTS / WITNESSES **ARE DIVERSE** BY THE **CONSTITUTION-CONTRACT: ARTICLE OF THE THREE(3)** FOR THE RIGHT OF THE [RE]LIGION; "FOR CONGRESS SHALL MAKE NO LAW RESPECTING THE ESTABLISHMENT OF THE RELIGION, NOR PROHIBITING THE FREE EXERCISE THEREOF..". FOR THESE SOVEREIGNS / CLAIMANTS / WITNESSES **ARE** WITH THIS **CLAIM OF THIS DIVERSITY / SOVEREIGNTY** BY THE KNOWLEDGE THAT THESE SOVEREIGNS / CLAIMANTS /WITNESSES: Steven: Sego, and Davina-M: Sego, and children **ARE** AS Jesus: Christ, SAID "..THEN ARE THE CHILDREN FREE.." FROM THE CORRUPT-LAWS AND UNJUST / UNLAWFUL-TAXATION; **MATTHEW~17:24-26 [EX]HIBIT-"A-A1"**. FOR THESE SOVEREIGNS / CLAIMANTS / WITNESSES [AF]FIRMS THAT THEY ARE NATURAL-BORN / NATURALIZED-AMERICANS OF UNITY-STATES OF THIS REPUBLIC UNDER THE **CONSTITUTION OF THESE THE UNITY-STATES OF THIS AMERICA,** GIVING EQUALITY UNTO ALL WHO

[AC]CEPT IT. FOR THESE SOVEREIGNS / CLAIMANTS / WITNESSES [AF]FIRMS BY THIS **CLAIM OF THE LIFE / BIRTH-CERTIFICATE-; REVOCATION OF THE POWER OF THE ATTORNEY** **[EX]HIBIT-"B"**, THAT THESE SOVEREIGNS / CLAIMANTS / WITNESSES **ARE RED-BLOODED-AMERICANS;** [A]LIVE AND TRULY-WRITTEN IN THE LAMBS-BOOK OF THE LIFE. FOR THESE SOVEREIGNS / CLAIMANTS / WITNESSES [AF]FIRMS THAT ALL CONTRACTS, [EX]PRESS AND UNKNOWN, AND ALL TIES UNTO THE CORPORATE-SYSTEM OF GOVERNMENT HAVE BEEN [RE]SCINDED, [RE]VOKED, AND CANCELED IN THEIR ENTIRETY, AND [EX]PRESS-[RE]SERVATION OF THE CONSTITUTION-CONTRACT-RIGHTS HAVE-BEEN [EX]ERCISED / UPHELD / [RE]SERVED. **"RESERVATION OF RIGHTS FROM HIDDEN CONTRACTS" [EX]HIBIT-"C"; "DENIAL OF VOLUNTARY USE OF FEDERAL DEBT AND NEGOTIABLE INSTRUMENTS" [EX]HIBIT-"D"; "NOTICE OF REVOCATION OF SIGNATURE AND POWER OF ATTORNEY" SOCIAL-SECURITY-ADMINISTRATION(sic) [EX]HIBIT-"E"**; IDAHO TRANSPORTATION DEPARTMENT(sic) **DRIVERS-LICENSE [EX]HIBIT-"F"AND "F1"**; IDAHO TRANSPORTATION DEPARTMENT (sic)**MOTOR-VEHICLE-REGISTRATION [EX]HIBIT-"G"; MARRIAGE-LICENSE [EX]HIBIT-"H"; KOOTENAI-COUNTY-ASSESSOR [EX]HIBIT-"I"; ELECTOR-STATUS-CHANGE [EX]HIBIT-"J"; "DECLARATION OF THE EXPATRIATION / REPATRIATION" [EX]HIBIT-"K"**. FOR THESE SOVEREIGNS / CLAIMANTS / WITNESSES [AF]FIRMS THAT THE FRAUDULENT NAMES IN THE ALL CAPITAL-LETTERS IS FOR THE [DE]PRIVATION OF THE RIGHTS BY THE FICTITIOUS-USE OF THE NAMES **TITLE-18-U.S.C.-CHAPTER-63-SECTION-1342**, THEREFORE, THESE SOVEREIGNS / CLAIMANTS / WITNESSES: **Steven: Sego, and Davina-M: Sego, ARE** WRITTEN WITH THIS TRUTH LANGUAGE-CLAIM OF THE UPPER AND

LOWER-CASE-SPELLING AS IS THE RULES GOVERNED BY THE "UNITED-STATES GOVERNMENT PRINTING OFFICE": "STYLE MANUAL": **"CAPITALIZATION RULES"** [EX]HIBIT-"L".

~2. FOR THESE CLAIMANTS WITH THIS KNOWLEDGE **ARE** WITH THIS DAMAGE BY THESE VASSALEES IN THIS PRACTICE OF THIS COLOR OF THE LAW / IDAHO-CODES / FOREIGN / FICTION-JURISDICTION [A]GAINST THESE SOVEREIGNS: Steven: Sego, and Davina: Sego, BY THE **ADVERTISEMENT** OF THE FOREIGN / FICTION-ALLEGED- **"NOTICE OF IDAHO STATE LIEN" (S)(sic)**, AND FOR THE **COLLUSION** TITLE~28~U.S.C.-CHAPTER-85: SECTION-1359 BY THESE VASSALEES: Ben: Ysursa, Fred-C: Goodenough, and Daniel-J: English, WITH THE FOREIGN / FICTION-AGENCY-**"IDAHO STATE TAX COMMISSION" (sic)** UNDER THE FOREIGN / FICTION-JURISDICTION / **COLOR OF THE LAW** / **IDAHO-CODES /** ADMINISTRATIVE-RULES TITLE~18~U.S.C.-CHAPTER-13: SECTION-242 FOR THE PURPOSE OF THE **[EX]TORTION** TITLE~18~U.S.C.-SECTION-871 OF THE PROPERTY / MONEY / FEES / PROPERTY FROM THESE SOVEREIGNS: Steven: Sego, and Davina-M: Sego, BY THE **[DE]PRIVATION** TITLE~42~U.S.C.-CHAPTER-21: SECTION-1983 OF THE **CONSTITUTION-CONTRACT-RIGHTS,** GUARANTEED BY THE CONSTITUTION OF THESE UNITY-STATES OF THIS AMERICA. FOR THIS DI-STRICT COURT OF THE U.S.A DOES HAVE JURISDICTION OF THIS CASE; OF THE JURISDICTION OF THE COMMON-LAW, BY THE ARTICLE III OF THE COMMON-LAW-COURT OF THE "ONE-SUPREME-COURT" TITLE~28~U.S.C.-CHAPTER-85: SECTIONS~1331 AND 1343. FOR THESE SOVEREIGNS / CLAIMANTS / WITNESSES AS THE MOVANT-PARTIES ARE WITH THE COMMAND FOR THE [IN]VOKING OF THIS OPENING OF THIS **ARTICLE III, COMMON-LAW-COURT IN THE TRUTH** BY THE REAL-JUDGE IN THE TRUTH.

**FOR THESE FACTS**

~3. FOR ON OR AROUND THE DATE: FEBRUARY / 20 / 2003, THIS SOVEREIGN / CLAIMANT: Steven: Sego, [RE]CEIVED FROM THE FIRST-AMERICAN-TITLE-COMPANY, THE TITLE-SEARCH ORDERED FOR THE PURPOSE OF KNOWING IF THERE WERE ANY LIENS ON THE PROPERTY THAT THIS SOVEREIGN: Steven:: Sego, WAS [IN]TERESTED FOR BUYING. HOWEVER, FOR THIS TITLE-COMPANY NOT ONLY DID THE SEARCH AS AGAINST THE OWNERS OF THE PROPERTY IN THE QUESTION, BUT ALSO DID THE SEARCH AGAINST THESE SOVEREIGNS: Steven: Sego, and Davina-M: Sego, AND [DIS]COVERED SOME [AL]LEGED IDAHO STATE TAX LIENS (sic) **[EX]HIBIT-"M"**. FOR THIS ACTION BY THIS TITLE-COMPANY DID PREVENT THESE CLAIMANTS FROM PURCHASING THE PROPERTY IN THE QUESTION, FOR THE FEAR OF THE HAVING FALSE-LIENS AGAINST THE PROPERTY / CLAIMANTS. FOR HAVING THESE FALSE / [AL]LEGED-LIENS FILED AGAINST THESE CLAIMANTS / WITNESSES AND THE PROPERTY THESE CLAIMANTS / WITNESSES [AL]READY-OWN ARE FOR THE [IN]JURY , BY THE CAUSING OF MUCH-STRESS AND CONCERN OF MIND AND BODY. FOR ON THE DATE: ON OR AROUND THE July / 5 / 2004, THIS CLAIMANT / SOVEREIGN: Steven: Sego, DID VISIT THE COUNTY OF THE KOOTENAI-RECORDERS-OFFICE AND DID LOOK ON THE COMPUTER FOR LIENS AS AGAINST THESE SOVEREIGNS / CLAIMANTS: Steven: Sego, and Davina-M: Sego, AND DID FIND ON THE COMPUTER, CODES AS PERTAINING UNTO SOME LIEN. FOR THIS SOVEREIGN: Steven: Sego, DID [RE]FER UNTO THE BOOK FOR THE TRANSLATION OF THE CODES, WHICH-MADE [RE]FERENCE UNTO THE [AL]LEGED-"IDAHO STATE TAX LIENS"

(sic). FOR THE WOMAN THAT WAS HELPING AND [AS]SISTING THIS CLAIMANT DID TELL THIS CLAIMANT THAT THE [AL]LEGED-LIENS WERE FILED WITH THE SECRETARY OF THE STATE OF IDAHO (sic). FOR THIS CLERK OF THE COURT / [RE]CORDER OF THE COUNTY OF THE KOOTENAI, IN THE STATE OF THE IDAHO: Daniel-J: English, IS OF THE GUILT FOR THE **COLLUSION** **TITLE~28~U.S.C.-CHAPTER-85: SECTION-1359,** WITH THE FOREIGN / FICTION-STATE-AGENCY UNDER THE **COLOR OF THE LAW** / IDAHO-CODES (sic)/STATUTES CAUSE FOR THE **APARTHEID OF THE CLAIMS WITH THE COLOR OF THE LAW** AS AGAINST **TITLE~18~U.S.C.-CHAPTER-13: SECTION-242;** FOR THE PARTY WITH THE COLOR OF THE LAW-STATUTE, ORDINANCE, REGULATION / CUSTOM, WILLFUL SUBJECTS THE INHABITANT OF THE STATE, TERRITORY / DI-STRICT OF THE DEPRIVATION OF THE CLAIMS / PRIVELEGES / IMMUNITIES-SECURED / PROTECTION BY THE CONSTITUTION / LAWS OF THE U.S.A.-CLAIM BY THE FINE OF THE $1,000.00 OR PRISON OF THE ONE-YEAR OR BOTH. FOR THE VIOLATIONS AGAINST THE CONSTITUTION OF THE UNITY-STATES OF THE AMERICA-FLAG-CHARTER-VESSEL IS FOR THE VIOLATION OF THE **ARTICLE OF THE SIX(6): SECTION-3;**OF THE OATH OR [AF]FIRMATION **TITLE~28~U.S.C.:SECTION-1343** BY THE **ADVERTISEMENT, BLACK'S-LAW-DICTIONARY, FOURTH EDITION;** **"NOTICE GIVEN IN A MANNER DESIGNED TO ATTRACT PUBLIC ATTENTION"** CAUSING FOR THE LACK OF THE DUE-PROCESS AND EQUAL-PROTECTION OF THE C.U.S.A.F.-CHARTER-VESSEL **ARTICLE OF THE NINE(9),** BY THE VASSALEE: Daniel-J: English, THROUGH THE COMPUTER AND BY THE [RE]FERENCING BY THE CODE-BOOK, AND EVEN THOUGH THE [AL]LEGED-LIEN IS NOT FILED WITH THIS VASSALEE: Daniel-J: English, IS WITH THE ADVERTISING THAT THERE IS THE LIEN, AND SO

PUBLISHES UNTO THE TITLE-COMPANY THAT THERE IS VALID-LIENS. FOR THE FIRST-PLACE THE TITLE-COMPANY SEARCHES IS IN THE COUNTY OF THE KOOTENAI WHERE THESE SOVEREIGNS / CLAIMANTS / WITNESSES ARE [IN]HABITANTS, AND BY THE DIRECTING OF THE FIRST-AMERICAN-TITLE-COMPANY UNTO THIS VASSALEE'S-**[AC]CESSORY:** SECRETARY OF THE STATE OF IDAHO (sic), AND THE "IDAHO STATE TAX COMMISSION" (sic)**ACCESSORY AFTER THE FACT, TITLE~18~U.S.C.-CHAPTER-1: SECTION-3**. FOR THE VASSALEE: Daniel-J: English, BY THIS ACTION IS WITH THE SURRENDER OF THE **CONSTITUTION-CONTRACT** INTO THE FOREIGN / FICTION-JURISDICTION MAKING FOR THE **DEPRIVATION OF THE CONSTITUTION-GUARANTEED-CONTRACT-RIGHTS, ARTICLE OF THE NINE(9); TITLE~18~U.S.C.-CHAPTER-13: SECTION-242,** OF THESE SOVEREIGNS / CLAIMANTS / WITNESSES: Steven: Sego, and Davina-M: Sego, FOR THE **[EX]TORTION, TITLE~18~U.S.C.-SECTION-871** FOR THE OBTAINING OF THE PROPERTY OF THE PARTY / CITIZEN , FOR THE CLAIM BY THE WRONGFUL-USE OF THE ACTUAL OR THREATENING-FORCE OR FEAR, OR WITH THE COLOR OF THE OFFICIAL-CLAIM. FOR THE VASSALEE: Daniel-J: English, IS WITH THE GUILT OF THE **PERJURY**, OF HIS OATH OR [AF]FIRMATION **[EX]HIBIT-"N", TITLE~18~U.S.C.-CHAPTER-79: SECTION-1621; TITLE~18~CHAPTER-47: SECTION-1001 AND 1002; TITLE~18~U.S.C.-CHAPTER-47: SECTION-1018,** MAKING FOR THE **CONTEMPT** OF THE **TITLE~4~U.S.C.-SECTION-1 & 2 & 3;** FLAG OF THE U.S.A. AND ESTABLISHING OF THE **TREASON, TITLE~18~U.S.C.-CHAPTER-115: SECTION-2381,** AS AGAINST THE UNITY-STATES OF THE AMERICA.

**~4.** FOR ON THE DATE: JULY / 14 / 2004, THIS CLAIMANT / WITNESS DID SEND THE LETTER UNTO THE SECRETARY OF THE STATE OF IDAHO, **[EX]HIBIT-"O",**

[RE]QUESTING THE COPIES OF THE [AL]LEGED-LIENS, ALSO OF THE C.U.S.A.F.-ARTICLE OF THE SIX(6) AND C.U.S.A.F.-ARTICLE OF THE NINE(9) **JUDGEMENT**, C.U.S.A.F.-ARTICLE OF THE EIGHT(8) STATUTE WITH THEIR IMPLEMENTING-REGULATIONS, AND OF THE **CONTRACT**, GIVING-AUTHORITY FOR ANY CORPORATE-AGENCY FOR THE PROCEEDING AGAINST THESE SOVEREIGNS / CLAIMANTS / WITNESSES, FOR THE COLLECTION OF ANY PROPERTY / MONEY / FEE. FOR ON THE DATE: JULY / 20 / 2004, FOR THESE CLAIMANTS / WITNESSES DID [RE]CEIVE FROM THE VASSALEES: Ben: Ysursa, and Fred-C: Goodenough, THE LETTER, **[EX]HIBIT-"P"**, STATING THAT THEY

HAD SENT COPIES OF THE [AL]LEGED-LIENS AND ALSO OF THE COPY OF THE FOREIGN / FICTION-IDAHO-CODE (sic) / COLOR OF THE LAW AS THE AUTHORITY FOR THE FILING. THEY NEGLECTED FOR THE SENDING ANY JUDGEMENT, IMPLEMENTING-REGULATIONS FOR THE STATUTE, AND ANY CONTRACT WITH THE IDAHO-STATE-TAX-COMMISSION (sic), FOR THESE VASSALEES ARE IN COMPLETE NEGLECT OF THEIR FIDUCIARY-[RE]SPONSIBILITY OF THE C.U.S.A.F-DUE-PROCESS AND ARE WITH THE ASSUMPTION AND PRESUMPTION AS [A]GAINST THESE CLAIMANTS / WITNESSES IN THE COLLUSION WITH THE IDAHO STATE TAX COMMISSION (sic).

**~5.** ON THE DATE: AUGUST / 11 / 2004, FOR THIS CLAIMANT / WITNESS WITH THIS **CONSTRUCTIVE-NOTICE** / LETTER, **[EX]HIBIT-"Q"**, UNTO THE VASALEES: Ben: Ysursa, and Fred-C: Goodenough, NOTIFYING THESE VASALEES THAT

THEY DID NEGLECT FOR THE PROVIDING OF THE OTHER DOCUMENTS, NECESSARY FOR THE CONSTITUTION-CONTRACT-RIGHTS, FOR THE

C.U.S.A.F.-ARTICLE OF THE NINE(9) JUDGEMENT FROM THE COURT OF THE LAW, C.U.S.A.F.-ARTICLE OF THE EIGHT(8)FOR THE CONTRACT, AND FOR THE STATUTE WITH IT'S IMPLEMENTING-REGULATIONS [IN]ORDER FOR IT BEING THE VALID-LAW. FOR THESE CLAIMANTS / WITNESSES DID [A]GAIN [RE]QUEST THE COPY OF THE [AL]LEGED-LIENS FILED WITH THEM. STATING FOR WITHOUT ALL OF THE OTHER [AC]COMPANYING-DOCUMENTS, THESE VASSALEES: Ben:Ysursa, Fred-C: Goodenough, ARE IN **COLLUSION** TITLE~28~U.S.C.-CHAPTER-85: SECTION-1359; FOR THE ACTION OF AN OFFICER OF THE UNITY-STATES UNDER THE OATH OR [AF]FIRMATION IN THE VIOLATION OF THE DUTY-CLAIM TITLE~28~U.S.C.-CHAPTER-85: SECTION-1361 BY THE SURRENDER OF THE TITLE~4~U.S.C.-SECTION-1 $ 2 & 3; FLAG OF THE U.S.A.-CONSTITUTION-CONTRACT-RIGHTS WITH THE FOREIGN / FICTION-IDAHO STATE TAX COMMISSION (sic)-FOREIGN / FICTION-JURISDICTION,FOR THE [IN]JURY OF THESE SOVEREIGNS / CLAIMANTS / WITNESSES, BY THE **ADVERTISEMENT** "BLACK'S-LAW-DICTIONARY", FOURTH-EDITIONS, **[EX]HIBIT-"X"**,"NOTICE GIVEN IN A MANNER

DESIGNED TO ATTRACT PUBLIC ATTENTION." **"ADVERTISE"** "TO GIVE NOTICE TO, INFORM OR NOTIFY, GIVE PUBLIC NOTICE OF, ANNOUNCE PUBLICLY, NOTICE OR OBSERVE" [PEOPLE v. HOPKINS, 263 N.Y.S. 290, 147 MISC. 12], "TO ADVISE, ANNOUNCE, APPRISE, COMMAND, GIVE NOTICE OF, INFORM, MAKE KNOWN,PUBLISH [PEOPLE v. MONTAGUE, 274 N.W. 347, 351, 280 MICH. 610]; "ON CALL TO THE PUBLIC ATTENTION BY ANY MEANS WHATSOEVER;" [COMMONWEALTH v. Allison, 227 Mass. 57, 116 N.E. 265, 266], OF THESE UNLAWFUL-[AL]LEGED-LIENS. FOR THIS CLAIMANT / WITNESS ALSO STATED THAT THESE VASSALEES: Ben:

Ysursa, and Fred-C: Goodenough, DID NEGLECT FOR THE PROVIDING THE IMPLEMENTING-REGULATIONS ALONG WITH THE IDAHO-CODE (sic)/ COLOR OF THE LAW, THAT WAS QUOTED BY THEM AS THEIR AUTHORITY GIVING THE FORCE OF THE LAW FOR THE FILING OF THESE [AL]LEGED-LIENS, IN THE VIOLATION OF THE CONSTITUTION-CONTRACT OF THE U.S.A.F-ARTICLE OF THE EIGHT(8). FOR THIS CLAIMANT / WITNESS DID NOTIFY THESE VASSALEES: Ben: Ysursa, AND Fred-C: Goodenough, THAT THEY HAD SWORN AN **OATH OR AFFIRMATION** **[EX]HIBIT-"R",** FOR THE UPHOLDING OF THEIR FIRST-CONTRACT, AND THAT IS FOR THE SUPPORT AND UPHOLDING OF THE **CONSTITUTION OF THESE UNITY-STATES OF THIS AMERICA** FOR THE GUARANTEE OF THE **DUE-PROCESS-RIGHTS**, C.U.S.A.F.-ARTICLE OF THE SIX(6) DUE-PROCESS-SEARCH OR SEIZURE-WARRANTS; C.U.S.A.F.-ARTICLE OF THE EIGHT(8)ALL OF THE EVIDENCE / WITNESSING-DUE-PROCESS C.U.S.A.F.-ARTICLE OF THE NINE(9) TRIAL BY THE JURY-DUE-PROCESS. FOR THESE CLAIMANTS / WITNESSES DID NOTIFY THESE VASSALEES: Ben: Ysursa, and Fred-C: Goodenough, THAT THE SURRENDER OF THEIR OATH OR AFFIRMATION INTO THE FOREIGN / FICTION-STATE-JURISDICTION **IS** WITH THE **PERJURY OF THE OATH OR AFFIRMATION**, TITLE~18~U.S.C.-CHAPTER-47: SECTIONS-1001 & 1002, FRAUD AND FALSE-STATEMENTS; TITLE~18~U.S.C.-CHAPTER-79: SECTION-1621, PERJURY. FOR THESE CLAIMANTS / WITNESSES [AF]FIRMS THAT THESE VASSALEES: Ben: Ysursa, and Fred-C: Goodenough, WERE AGAIN NOTIFIED THAT THEY WERE FOR THE PROVIDING OF THE COMPLETE-DOCUMENTS, AS [RE]QUESTED BY THESE SOVEREIGNS / CLAIMANTS / WITNESSES OR THESE [AL]LEGED-LIENS WERE FOR THE BEING-[RE]MOVED FROM THE [RE]CORDS UNTIL ALL [RE]QUIREMENTS WERE MET FOR THE CONSTITUTION-DUE-PROCESS, AND NOW

THAT THEY HAVE THE KNOWLEDGE OF THE WRONGS UNDER THE **TITLE~42~U.S.C.-CHAPTER-21: SECTION-1986,** AS THE FIDUCIARY-POSITION OF THE PUBLIC-TRUST, THESE VASSALEES: Ben: Ysursa, and Fred-C: Goodenough, ARE WITH THE DUTY OF THE CORRECTION OF THE WRONGS, AS AGAINST THESE SOVEREIGNS / CLAIMANTS / WITNESSES: Steven: Sego, and Davina-M: Sego. FOR THESE SOVEREIGNS / CLAIMANTS / WITNESSES [AF]FIRMS THAT THEY ARE UNDER THE **TITLE~4~U.S.C.~SECTIONS-1 & 2 & 3;** FLAG OF THE U.S.A., AND ARE **NON-RESIDENTS** "BLACK'S-LAW-DICTIONARY" FOURTH-EDITION, **"NON-RESIDENT"** "ONE WHO IS NOT A DWELLER WITHIN JURISDICTION IN QUESTION; NOT AN INHABITANT OF THE STATE OF THE FORUM."**[EX]HIBIT-"S",** OF THE

"STATE OF IDAHO" (sic), AND OF THE "DISTRICT OF COLUMBIA" (sic), BEING OF THE FORUM WITH THE JURISDICTION IN QUESTION. THEREFORE, THE FOREIGN / FICTION-IDAHO-CODES (sic)/ COLOR OF THE LAW, DO NOT [AP]PLY UNTO THESE SOVEREIGNS / CLAIMANTS / WITNESSES, FOR THESE CLAIMANTS / WITNESSES CANNOT USE THEM BECAUSE THEY ARE PRIVATE-LAWS AND UNDER THE FEDERAL-PATENT-LAWS, AND THESE CLAIMANTS / WITNESSES ARE NOT BRITISH-SUBJECTS, NOR ARE THESE CLAIMANTS / WITNESSES, CORPORATE OR FEDERAL-PERSONS. FOR THESE CLAIMANTS / WITNESSES [AF]FIRMS THAT THEY DID TELL THESE VASSALEES: Ben: Ysursa, and Fred-C: Goodenough, THAT THESE CLAIMANTS / WITNESSES **ARE** WITH THE CONSTITUTION-CONTRACT-DUE-PROCESS-RIGHTS, AND SENT THEM COPIES OF THESE CLAIMANTS / WITNESSES-DOCUMENTS TITLED: **"RESERVATION OF RIGHTS FROM HIDDEN CONTRACTS" ([EX]HIBIT - "B") AND "DENIAL OF FEDERAL DEBT AND NEGOTIABLE INSTRUMENTS"**

(**[EX]HIBIT - "C"**) FOR THE PURPOSE OF THE SHOWING THAT THESE SOVEREIGNS / CLAIMANTS / WITNESSES ARE WITH THE KNOWLEDGE AND THAT THESE SOVEREIGNS / CLAIMANTS / WITNESSES, BY THE PUBLIC-[RE]CORD HAVE-[RE]SERVED ALL CONSTITUTION-CONTRACT-CLAIM-RIGHTS BY THE [EX]PRESS-DECLARATION AND HAVE [RE]MOVED THESE SOVEREIGNS / CLAIMANTS / WITNESSES AND CHILDREN FROM THE COMMERCIAL-SYSTEM AND BACK INTO THE COMMON-LAW-SYSTEM OF GOVERNMENT WITH THE CONSTITUTION OF THESE UNITY-STATES OF THIS AMERICA-FLAG, AND FOR THE DENIAL OF ALL FEDERAL-DEBT AND [RE]FUSING FOR THE BEING COMPELLED FOR THE ACTING UNDER ANY [EX]PRESS OR UNKNOWN-CONTRACTS AND FOR THE [RE]FUSAL OF ANY COMPELLED-BENEFIT [U.C.C. 1-207].

**~6.** FOR THESE SOVEREIGNS / CLAIMANTS / WITNESSES [AF]FIRMS BY THE LETTER DATED: AUGUST / 17 / 2004, **[EX]HIBIT-"T"**, BY THESE VASSALEES: Ben: Ysursa, and Fred-C: Goodenough, FOR THE ANSWER UNTO THESE

SOVEREIGNS / CLAIMANTS / WITNESSES CONCERNING THE [DE]MANDS FOR THE PROVIDING OF THE LAWFUL-DOCUMENTS FOR THE CONSTITUTION-CONTRACT-RIGHTS-DUE-PROCESS C.U.S.A.F.-ARTICLE OF THE EIGHT(8), FOR THE EVIDENCE, WRITINGS, WITNESSES, AND BY C.C.~26-e AS [RE]QUESTED BY THESE SOVEREIGNS / CLAIMANTS / WITNESSES: Steven: Sego, and Davina-M: Sego. FOR THE ANSWER BY THESE VASSALEES: Ben: Ysursa, and Fred-C: Goodenough, **IS** FOR THE ESTABLISHMENT OF THE [IN]TENT AND FOR THE **"VOLUIT, SED NON DIXIT"** OF THE THINKING, FOR THE WILLFUL-SURRENDERING OF THE CONSTITUTION-CONTRACT-CHARTER-VESSEL INTO THE FOREIGN / FICTION-JURISDICTION WITH THE FLAG OF THE GOLD-FRINGE. FOR THESE SOVEREIGNS / CLAIMANTS / WITNESSES

[AF]FIRMS THAT THE ANSWER BY THESE VASSALEES ARE IN THE SUPPORT OF THE FOREIGN / FICTION-IDAHO-CODES / COLOR OF THE LAW BY THE STATING THAT THE [AL]LEGED-LIEN WAS VALID, THAT IT WAS FILED-LAWFULLY, AND CHALLENGING THESE SOVEREIGNS / CLAIMANTS / WITNESSES FOR THE CITATION OF THE STATUTE / COLOR OF THE LAW FOR THE PROVING OF THESE VASSALEES FOR THE BEING-WRONG TITLE~42~U.S.C.-CHAPTER-21:SECTION-1986; TITLE~18~U.S.C.-CHAPTER-13: SECTION-242; FOR THE **SEDITIOUS-CONSPIRACY** TITLE~18~U.S.C.-CHAPTER-115: SECTION~2384. FURTHER, THESE VASSALEES: Ben: Ysursa, and Fred-C: Goodenough, ARE GIVING LEGAL-[AD]VISE UNTO THESE SOVEREIGNS / CLAIMANTS / WITNESSES, FOR THE TRAVERSING WITH THE FOREIGN / FICTION-AGENCY-"IDAHO STATE TAX COMMISSION"(sic), AND WITH THE "PRIVATE ATTORNEY", WITH THE [IN]TENT FOR THE FURTHER **DEPRIVATION OF THE CONSTITUTION-CONTRACT-RIGHTS** TITLE~42~U.S.C.-CHAPTER-21: SECTION-1985(3);TITE~42~U.S.C.-CHAPTER-21: SECTION-1983; TITLE~18~U.S.C.-CHAPTER-13: SECTION-242. FOR THESE SOVEREIGNS / CLAIMANTS / WITNESSES [AF]FIRMS THAT THESE VASSALEES ARE WITH THE [AD]MISSION OF THE IDAHO CODES (sic)/ STATUTES NOT HAVING ANY IMPLEMENTING-REGULATIONS. ALSO WITH THE STATEMENT, IDAHO CODES (sic) ARE "ADMINISTRATIVE RULES" / **COLOR OF THE LAW,** "[IN]EFFECTIVE UNLESS THEY ARE BASED UPON SOME STATUTORY-LANGUAGE". FOR THE QUESTION; WHAT ARE IDAHO CODES (sic), ADMINISTRATIVE-RULES OR STATUTES ? EITHER-WAY THEY ARE VOID OF THE IMPLEMENTING-REGULATIONS AND THE JURISDICTION OF THE ADMINISTRATIVE-AGENCY **[EX]HIBIT-"U"**, BY THESE VASSALEES: Ben: Ysursa, and Fred-C: Goodenough. FOR THESE

SOVEREIGNS / CLAIMANTS / WITNESSES [AF]FIRMS THAT THESE VASSALEES ARE WITH THE GUILT OF THE SURRENDER OF THE FIRST-CONTRACT: CONSTITUTION-CONTRACT INTO THE FOREIGN / FICTION-JURISDICTION OF THE FLAG WITH THE GOLD-FRINGE FOR THE DEPRIVATION OF THESE SOVEREIGNS / CLAIMANTS / WITNESSES GUARANTEED-CONSTITUTION-CONTRACT-RIGHTS FOR THE DEPRIVATION OF THE RIGHTS UNDER THE COLOR OF THE LAW, WITH THE **APARTHEID / PREJUDICE** TITLE~18~U.S.C.-CHAPTER-13: SECTION-242; TITLE~18~U.S.C.-SECTION-871 FOR THE VIOLATION OF THE EQUAL-PROTECTION / RIGHTS TITLE~29~U.S.C.-SECTION-701(c)(2). FOR THESE SOVEREIGNS / CLAIMANTS / WITNESSES [AF]FIRMS THAT THESE VASSALEES STATED THAT THEY KNOW OF NO CONTRACT THAT TIES THESE SOVEREIGNS / CLAIMANTS / WITNESSES UNTO THE "COMMERCIAL SYSTEM", HOWEVER, FOR THE USE OF THE "[YOU]" IN THE BRACKETS IS FOR THE FURTHER [IN]JURY AND [DE]PRIVATION OF THE CONSTITUTION-RIGHTS, AND THEY [AD]MIT THAT THERE ARE NOT ANY CONTRACTS, THEREFORE THESE VASSALEES: Ben: Ysursa, and Fred-C: Goodenough, ARE [RE]FUSING FOR THE PROVIDING ANY FURTHER DOCUMENTS. FURTHER, THESE SOVEREIGNS / CLAIMANTS / WITNESSES [AF]FIRMS THAT THESE VASSALEES: Ben: Ysursa, and Fred-C: Goodenough, ARE WITH THE **MALICE / ILL-**VOLITION FOR THE DEPRIVATION OF THE RIGHTS BY THE FURTHER-STATEMENT SUGGESTING THESE CLAIMANTS / WITNESSES "...SEND THEM FUNDS TO PAY OFF THE TAX LIABILITY THAT IS THE BASIS FOR THE NOTICE OF STATE LIEN."[THEM, MEANING IDAHO STATE TAX COMMISSION].

FOR THIS STATEMENT SHOWS THE [IN]TENT AND ILL-VOLITION OF THE MINDS OF THESE VASSALEES: Ben: Ysursa, and Fred-C: Goodenough,

WITH THE **COLLUSION** TITLE~28~U.S.C.-CHAPTER-85: SECTION-1359 AND SECTION-1361 OF THIS TITLE AND CHAPTER. FOR THE ILL-VOLITION-THINKING IS FOR THE JUDGEMENT OF THESE SOVEREIGNS / CLAIMANTS / WITNESSES BY THE DEPRIVATION OF THE DUE-PROCESS-RIGHTS OF THE **TRIAL BY THE JURY,** C.U.S.A.F.-ARTICLE OF THE NINE(9); C.C.~38-a BY THE COLOR OF THE LAW TITLE~18~U.S.C.-CHAPTER-13: SECTION-242, WITH THE COLLUSION TITLE~28~U.S.C.-CHAPTER-85: SECTION-1359, WITH THE FOREIGN / FICTION-AGENCY-IDAHO STATE TAX COMMISSION (sic), FOR THE **[EX]TORTION** TITLE~18~U.S.C.-SECTION-871; TITLE~18~U.S.C.-SECTION-1202, OF THE FEES / PROPERTY. FOR THESE SOVEREIGNS / CLAIMANTS / WITNESSES [AF]FIRMS BY THESE WRITINGS OF THESE VASSALEES: Ben: Ysursa, and Fred-C: Goodenough, IS FOR THE ESTABLISHMENT OF THE VOLITION OF THE MIND FOR THE SURRENDER OF THE OATH OR AFFIRMATION INTO THE FOREIGN / FICTION-JURISDICTION UNDER THE FLAG WITH THE GOLD-FRINGE FOR THE **PERJURY OF THE OATH OR [AF]FIRMATION** TITLE~18~U.S.C.-CHAPTER-47: SECTION-1001 & 1002; TITLE~18~U.S.C.-CHAPTER-79: SECTION-1621. FOR THESE VASSALEES ARE WITH THE [AD]MISSION THAT THESE SOVEREIGNS / CLAIMANTS / WITNESSES ARE WITH THE RIGHTS UNDER THE CONSTITUTION OF THE UNITY-STATES, HOWEVER, **ARE** WITH THE **CONTEMPT** TITLE~18~U.S.C.-CHAPTER-115: SECTION-2384, OF THE CONSTITUTION-CONTRACT BY THE DEPRIVATION OF THE CONSTITUTION-CONTRACT-GUARANTEED-RIGHTS BY THE STATEMENT: "AGAIN, WE WILL NEITHER REMOVE THE LIEN OR PROVIDE YOU WITH FURTHER DOCUMENTS." AS IS STATED BY THESE VASSALEES: Ben: Ysursa, and Fred-C: Goodenough. FOR THESE VASSALEES ARE WITH THE GUILT BY THESE ACTIONS AS PROVEN HEREIN, FOR THE ORGANIZED-CRIME

AS AGAINST THESE SOVEREIGNS / CLAIMANTS / WITNESSES: Steven: Sego, and Davina-M: Sego, and children, BY THE CRIMES OF THE **RACKETEERING "BLACK'S-LAW-DICTIONARY", FOURTH-EDITION,"AN ORGANIZED CONSPIRACY TO COMMIT THE CRIMES OF EXTORTION OR COERCION, OR ATTEMPTS TO COMMIT EXTORTION OR COERCION. FROM THE STANDPOINT OF EXTORTION, IT IS THE OBTAINING OF MONEY OR PROPERTY FROM ANOTHER, WITH HIS CONSENT, INDUCED BY THE WRONGFUL USE OF FORCE OR FEAR...", [EX]HIBIT-"V".**

## FOR THIS CLAIM OF THIS DAMAGE

~**7.** FOR THESE CLAIMANTS / WITNESSES [AF]FIRMS THAT THE **CONSTITUTION OF THE STATE OF THE IDAHO** ON THE DATE: 1889, DID ADOPT THE **CONSTITUTION OF THESE UNITY-STATES OF THIS AMERICA ARTICLE: XXI: SECTION-20, OF THE CONSTITUTION OF THE STATE OF THE IDAHO-[RE]PUBLIC,** "ADOPTION OF FEDERAL CONSTITUTION. THAT IN BEHALF OF THE PEOPLE OF IDAHO, WE, IN CONVENTION ASSEMBLED, DO ADOPT THE CONSTITUTION OF THE UNITED STATES." FOR THE **CONSTITUTION OF THE STATE OF THE IDAHO-[RE]PUBLIC: ARTICLE~1: DECLARATION OF THE RIGHTS: SECTION-18, [EX]HIBIT-"W",** "JUSTICE TO BE FREELY AND

SPEEDILY ADMINISTERED. COURTS OF JUSTICE SHALL BE OPEN TO EVERY PERSON, AND A SPEEDY REMEDY AFFORDED FOR EVERY INJURY OF PERSON, PROPERTY OR CHARACTER, AND RIGHT AND JUSTICE SHALL BE ADMINISTERED **WITHOUT** SALE, DENIAL, DELAY, OR **PREJUDICE.**"

~**8. FOR THE POLICY AND CUSTOM;** ACTS ON THE DAY: AUGUST / 16 / 2000, AND ON THE DAY: SEPTEMBER / 6 / 2000, BY THE VASSALEES,

Ben: Ysursa, and Fred-C: Goodenough, ACTING IN THE **COLLUSION TITLE~28~U.S.C.-CHAPTER~85: SECTION-1359,** WITH THE IDAHO STATE TAX COMMISSION (sic), FOR THE FILING OF THE [AL]LEGED-LIENS, UNDER THE **COLOR OF THE LAW /** IDAHO-CODES (sic) / ADMINISTRATIVE-RULES(sic) **TITLE~18~U.S.C.-CHAPTER-13: SECTION-242,** IS FOR THE [IN]JURY OF THESE SOVEREIGNS / CLAIMANTS / WITNESSES. FOR THESE SOVEREIGNS / CLAIMANTS / WITNESSES [AF]FIRMS BY THIS CLAIM OF THE ACTIONS BY THESE VASSALEES: Ben: Ysursa, Fred-C: Goodenough, and Daniel-J: English, **IS** WITH THE OMISSIONS FOR THE STATE-LAW-AUTHORITY, AND IN THE VIOLATION OF THE CONSTITUTION-CANTRACT OF THESE UNITY-STATES OF THIS AMERICA: ARTICLE OF THE THREE(3)FOR THE RIGHT OF THE [RE]LIGION AND FOR THE C.U.S.A.F.-ARTICLE OF THE SEVEN(7) FOR THE RIGHT OF THE GUARANTEED-DUE-PROCESS. FOR THESE SOVEREIGNS / CLAIMANTS / WITNESSES: Steven: Sego, and Davina-M: Sego, **ARE** WITH THIS DAMAGE BY THESE ACTS OF THESE VASSALEES / STATE'S-[A]GENTS FOR THE **PERJURY OF THE OATH OR [AF]FIRMATION TITLE~18~U.S.C.-CHAPTER-79: SECTION-1621; TITLE~18~U.S.C.-CHAPTER47: SECTION-1001-1002** BY THIS NEGLECT OF THE C.U.S.A.F.-CONTRACT WITH THE SECURITY AND EQUAL-PROTECTION OF THESE CLAIMANTS / WITNESSES OF THIS C.U.S.A.F.-CONTRACT: ARTICLE OF THE SIX(6) OF THE WARRANT IS BY THE ISSUE FROM THE JUDGE WITH THE OATH OR [AF]FIRMATION AND WITH THE TRUTH-LANGUAGE-PROCEDURES, WITHOUT THE BIAS-PARTIAL / PREJUDICE; FOR THE C.U.S.A.F.-CONTRACT: ARTICLE OF THE NINE(9)FOR THE CLAIM OF THE TRIAL BY THE JURY, WITH THE **C.C.~38 (a)** AND WITH THE DUE-PROCESS OF THE LAW WITH THE C.U.S.A.F.-CONTRACT: ARTICLE OF THE SEVEN(7) FOR ALL OF

THE EVIDENCE, AND WITNESSING IN THE COURT, **C.C.~26 (e).** FOR THESE SOVEREIGNS / CLAIMANTS /WITNESSES [AF]FIRMS BY THE ACTS OF THESE VASSALEES BY THIS SURRENDER OF THE CONSTITUTION-CONTRACT-RIGHTS INTO THE FOREIGN / FICTION-JURISDICTION OF THE FLAG WITH THE GOLD-FRINGE FOR THE SUPPORTING OF THE IDAHO CODES (sic)/ COLOR OF THE LAW **IS** FOR THE [IN]JURY BY THE [DE]PRIVATION OF THE C.U.S.A.F.-CONTRACT: ARTICLE OF THE THREE(3) FOR THE FREEDOM OF THE [RE]LIGION. FOR THE FOREIGN / FICTION-STATE-JURISDICTION UNDER THESE IDAHO-CODES (sic)/ ADMINISTRATIVE-RULES (sic) IS WITH THE STATE-RUN-RELIGION, THEREFORE [DE]PRIVING THESE SOVEREIGNS / CLAIMANTS / WITNESSES OF THEIR TRUTH-CONSTITUTION-CONTRACT-[RE]LIGION, EMBODYING OF THE TEN-COMMANDMENTS; C.U.S.A.F.-CONTRACT: ARTICLE OF THE THIRTEEN(13) FOR NO FOREIGN / FICTION-STATE SHALL-BE-ERECTED WITHIN THE JURISDICTION OF THE FREE-COMMON-LAW-STATE UNDER THE CONSTITUTION OF THESE UNITY-STATES OF THIS AMERICA WITH THE **TITLE~4~U.S.C.-SECTIONS-1 & 2 & 3:**FLAG OF THE U.S.A.

~**9.** FOR THESE CLAIMANTS / WITNESSES: Steven: Sego, and Davina-M: Sego, WITH THIS KNOWLEDGE **ARE** WITH THIS DAMAGE BY THESE VASSALEES-TITLE-HEREIN BY THIS CLAIM FOR THIS JUDGMENT FOR THESE ACTS OF THESE VASSALEES OF THESE LAWS, IN THIS CORPORATION-CASE-NUMBERS: **RR 550 101 116 US** IN THIS SUM OF THIS **TWENTY-TWO**-THOUSAND-FIVE-HUNDRED-TROY-OUNCES OF .999-FINE-GOLD OR THIS EQUIVALENCE OF THIS VALUE PLUS-COSTS AND BURSEMENTS.

~**10.** FOR THESE CLAIMANTS / WITNESSES WITH THIS KNOWLEDGE **ARE** WITH THIS DAMAGE TITLE~42: U.S.C.-SECTION~1985~1: FOR THIS CONSPIRACY,

FOR THESE DAMAGES IN THIS CLAIM FOR THIS VIOLATION OF THIS C.U.S.W.F.-CHARTER-VESSEL-CLAIM FOR THIS COVERY OF THESE DAMAGES IN THESE APPROPRIATE-CIRCUMSTANCES FOR THIS SUPPORTING OF THIS AWARD OF THIS COMPLAINT [A]GAINST THESE VASSALEES: Ben: Ysursa, Fred-C: Goodenough, and Daniel-J: English.

~**11.** FOR THESE CLAIMANTS WITH THIS KNOWLEDGE **IS** WITH THIS DAMAGE FOR THESE STATUTORY AND FORMAT-VIOLATIONS IN THIS FORMAT-OUTLINE FOR THIS QUALIFICATION OF THIS JURISDICTION OF THIS FOREIGN/FICTION-LANGUAGE WITHIN THIS U.S.A. BY THESE VASSALEES: Ben: Ysursa, Fred-C: Goodenough, and Daniel-J: English.

~**12.** FOR THESE CLAIMANTS / WITNESSES WITH THIS KNOWLEDGE **IS** WITH THIS DAMAGE WITH THIS TITLE~28: U.S.C.-SECTION~1605 FOR THIS GENERAL-CLAIM BY THIS FICTION-JURISDICTIONAL-IMMUNITY OF THIS FOREIGN-FICTION-STATE OF IDAHO (sic).

~**13.** FOR THIS ACTION WITH THIS COMMERCIAL-ACTIVITY **IS** WITH THIS CORPORATION IN THIS PORT-COURT IN THIS U.S. DI-STRICT-COURT WITH THIS FOREIGN-SOVEREIGN-IMMUNITY-ACT FOR THE VOID OF THE FICTION-LANGUAGE BY THIS LAW OF

THIS TRUTH OF THIS C.U.S.A.F. WITH THIS TITLE~4~U.S.C.-SECTIONS-1-3. FOR THIS COST OF THIS MORE THAN 21-TROY-OUNCES-.999%-SILVER **IS** WITH THIS FILING-FEE IN THIS "ONE-SUPREME-COURT" OF THE ORIGINAL-JURISDITION OF THIS CONSTITUTION-CONTRACT: ARTICLE~III, IN THESE UNITY-STATES BY THIS COURT OF THE U.S. DI-STRICT-COURT OF THIS TERRITORY OF THE IDAHO OF THIS U.S.A. AND BY THIS CLAIM FOR THIS ESTABLISHING OF THIS COMMERCE, FOR THIS CIVIL-LAW-SUIT, WITH THIS CONDITION OF THIS LANGUAGE, FOR AN ACT OF THIS COMMERCE

**IS** WITH THIS FEE BY THIS CONTRACT-LANGUAGE BY THIS C.U.S.W.F.-CHARTER-VESSEL-CLAIM, AND WITHIN THIS TERRITORY OF THIS U.S.A., OF THIS C.U.S.W.F.-CHARTER-VESSEL-CLAIM FOR THIS C.C.~38-a.

**~14.** FOR THESE CLAIMANTS / WITNESSES WITH THIS KNOWLEDGE **ARE** WITH THIS DAMAGE, FOR ANY VIOLATION OF THIS C.U.S.W.F.-CHARTER-VESSEL-CLAIM, IN THIS OPERATION WITH THIS C.U.S.W.F.-CHARTER-VESSEL-CLAIM FOR THIS CLAIM OF THIS C.U.S.W.F.-CHARTER-VESSEL-PARTY. FOR ANY BREACH OF THIS C.U.S.W.F.-CHARTER-VESSEL-CLAIM **IS** FOR THIS TREATY OF THIS CASE-JURISDICTION WITH THIS C.U.S.W.F.-CHARTER-VESSEL-CLAIM-TREATY-LAW BY THESE VASSALEE-OFFICERS OF THIS PORT-COURT.

**~15.** FOR THESE CLAIMANTS / WITNESSES WITH THIS KNOWLEDGE **ARE** WITH THIS DAMAGE BY THESE VASSALEES: Ben: Ysursa, Fred-C: Goodenough, and Daniel-J: English, FOR THE VIOLATIONS OF THE OATH FOR THIS SUPPORT AND CLAIM OF THIS C.U.S.W.F.-CHARTER-VESSEL-CLAIM. WITH THIS SURRENDER OF THIS OATH INTO THIS FOREIGN/FICTION-LANGUAGE **IS** WITH THIS CAUSE OF THIS TREASON, CONTEMPT FOR THIS C.U.S.W.F.-CHARTER-VESSEL-CLAIM, FALSE-SWEARING AND PERJURY OF THIS OATH WITH THIS TITLE~18: U.S.C.-SECTION~1621, BY THESE VASSALEE-OFFICERS OF THESE FIDUCIARY-POSITIONS OF THE PUBLIC-TRUST.

**~16.** FOR THESE CLAIMANTS / WITNESSES WITH THIS KNOWLEDGE **ARE** WITH THIS DAMAGE OF THIS CHARTER-VESSEL AS THESE SOVEREGNS / CLAIMANTS / WITNESSES IN THIS PARTY. FOR THIS FOREIGN/FICTION-LANGUAGE ON THIS CONTRACT **IS** WITH THIS OWNERSHIP OF THIS OPERATION BY AN AGENCY OR CLAIM OF THIS FOREIGN/FICTION-LANGUAGES. FOR THAT AGENCY **IS** WITH THIS CLAIM OF THIS COMMERCIAL-ACTIVITY IN THIS

U.S.A. FOR THIS FILING-FEE **IS** WITH THIS COMMERCIAL-BANKING-ACTIVITY BY THIS MONEY AND PROPERTY WITH THIS 21-TROY-OUNCES-.999%-SILVER[$150.00 US].

**~17.** FOR THESE CLAIMANTS / WITNESSES WITH THIS KNOWLEDGE **ARE** WITH THIS STOPPING AND CORRECTING OF THIS WRONG BY THE [RE]PORTING INTO THE U.S. DISTRICT-COURT **C.C.~26 (e)** OF THE FRAUD **C.C.~9 (b)** BY THESE VASSALEE-PARTIES.

**~18.** FOR THESE CLAIMANTS / WITNESSES WITH THIS KNOWLEDGE **ARE** WITH THIS DAMAGE BY THESE FOREIGN/FICTION-LANGUAGES.

**~19.** FOR THESE CLAIMANTS / WITNESSES WITH THIS KNOWLEDGE **ARE WITH THIS** DAMAGE, IN THIS CLAIM WITH THIS CORPORATION BY THIS TREATY OR FOR THIS LAW OF THIS FLAG; TITLE~4~U.S.C.-SECTION-1&2&3 WITH THIS FORCEMENT OF THIS C.U.S.W.F.-CHARTER-VESSEL-CLAIM BY AN ORDER FOR THIS COGNITION OF THIS ARBITRAL-CLAIM.

**~20.** FOR THESE CLAIMANTS / WITNESSES WITH THIS KNOWLEDGE **ARE WITH THIS** DAMAGE BY THESE VASSALEES IN THESE CLAIMS WITH THIS TITLE~28: U.S.C.-SECTION~1602~1611 FOR THIS SAFEGUARDING OF THIS C.U.S.W.F.-CHARTER-VESSEL-CLAIM, FOR THIS CHARTER-VESSEL WITH THIS CLAIM BY THIS BREAKING OF THIS LAW.

~a FOR THIS JURISDICTION OF THIS MONEY-CLAIM **IS** WITH THIS **U.S.DI-STRICT-COURT OF THESE UNITY-STATES OR TERRITORY OF THIS IDAHO OF THESE UNITY-STATES OF OUR WORLD** OR PAID INTO THIS **U.S. DI-STRICT-COURT OF THESE UNITY-STATES OR TERRITORY OF THIS IDAHO OF THESE UNITY-STATES OF OUR WORLD** OR BY THIS CLAIMING BY THESE OFFICERS, FOR THIS TREASURY OR

IN THIS CLAIM OF THESE UNITY-STATES OF OUR WORLD; C.U.S.A.F.-ARTICLE OF THE THREE(3) FOR THE RIGHT OF THE [RE]DRESS AND FOR THE GRIEVANCE, IN THIS NAME AND BY THIS CREDIT OF THIS **U.S DI-STRICT-COURT OF** THIS UNITY-STATES OR TERRITORY OF THIS IDAHO FOR THESE UNITY-**STATES** OR TAKES, OR CONVERTS FOR THIS USE OF THESE **UNITED STATES DISTRICT PORT-COURT[SIC]** FOR ANY MONEY-PAID INTO THIS **U.S.DI-STRICT-COURT OF THESE UNITY-STATES OF OUR WORLD, IS WITH THIS** GUILT OF THIS BEZZLEMENT AND **IS WITH THIS** FINE WITH THIS TITLE~18: U.S.C.-SECTION~646 OR NOT MORE THAN THIS AMOUNT: 35-OUNCES OF THIS .999-FINE-SILVER OR FOR THIS PRISON WITH THIS TEN-YEARS~10 OR BOTH.

~b FOR THIS TITLE~18: U.S.C.-SECTION~641: **IS** FOR THIS PUBLIC-MONEY, EQUITY OR FILES: BEZZLES, STEALS, PURLOINS, OR KNOWING, CONVERTS FOR THIS USE OF AN OTHER. FOR AN AUTHORITY, CONVEYS OR POSES OF ANY VOUCHER, MONEY, OR THING OF THIS VALUE-OUT OF THIS U.S. DI-STRICT-COURT FOR THESE UNITY-STATES OF OUR WORLD IN THIS LAW-SUIT, OR OF ANY PROPERTY MADE OR BEING MADE WITH THIS CHARTER-VESSEL FOR **THIS** U.S.DI-STRICT-COURT OF THESE UNITY-STATES OF OUR WORLD, OF THIS PORT-COURT WITH THIS C.U.S.W.F.-CHARTER-VESSEL-CLAIM OF THIS ARTICLE~NINE~9 OF THIS U.S.A., FOR THIS POSSESSIVE, CLAIM-CONCEALS, OR CONVERTS FOR THIS "COMPLAINT" **IN THIS ARTICLE-III-COURT / ONE-SUPREME-COURT OF THESE UNITY-STATES OF OUR WORLD** FOR THIS GAIN, KNOWING THIS U.S. DI-STRICT-COURT OF THESE UNITY-STATES OF OUR WORLD, BY THIS BEZZLEMENT, STOLEN OR CONVEYANCE INTO THIS **UNITED STATES U.S.**

**DISTRICT-COURT(SIC) IS** WITH THIS FINE WITH THIS TITLE:~18: U.S.C.-SECTION~641 OR BY THIS PRISON OR BOTH. FOR THESE CLAIMANTS / WITNESS WITH THIS KNOWLEDGE ARE WITH THIS **C.C.~54** FOR THIS **JUDGEMENT-CLAIM** OF THE **187 TROY-OUNCES OF THE .999 PURE-GOLD** FOR THE EVERY-CONSTITUTION-VIOLATION AND EVERY-TORT-CLAIM-VIOLATION BY THESE VASSALEES-TITLE-HEREIN.

**FOR THIS SECTION IS FOR THESE SUPPORT-TERMS OF THIS CASE.**

## FOR THIS CONCLUSION WITH THIS JUDGEMENT-CLAIM

**~21.** FOR THESE CLAIMANTS / WITNESSES [AF]FIRMS OF THE **C.C.~16 (f)** FOR THE SANCTIONS: FOR THE JUDGE / OFFICERS OF THE COURT **ARE** WITH THE DUTY WITH THE TRUTH FOR THE UNITY OF THE JURISDICTION OF THIS CONSTITUTION OF THESE UNITY-STATES OF THIS AMERICA WITH THIS **TITLE~4~U.S.C.-SECTION—1 & 2 & 3:** FLAG OF THE U.S.A. WITH THE SANCTUARY OF THE COURT OF THE U.S. DI-STRICT-COURT. FOR THE BREACH OF THE C.U.S.A.F.-CONTRACT WITH THE LAW OF THE SOVEREIGN-FLAG OF THE U.S.A.-CLAIM IS WITH THE VIOLATION OF THE OATH OF THE OFFICE, BREACH OF THE CONSTITUTION-CONTRACT WITH THE OATH AND LANGUAGE-PROCEDURES OF THE OATH IN THE TRUTH; AND FOR THE FILING-FEES PAID ARE FOR THE TRIAL BY THE JURY AND NOT FOR THE JUDGE BY THE RULING FROM THE BENCH, IN THE [DE]VIATION FROM THE DUE-PROCESS-CLAIM. FOR THE COURT CANNOT ORDER FEES **TITLE~18~U.S.C.-SECION-1988** IN THE BREACH OF THE C.U.S.A.F.-CHARTER-VESSEL-CONTRACT: ARTICLE OF THE NINE(9) FOR THE TRIAL BY THE JURY AND C.U.S.A.F.-CONTRACT: ARTICLE OF THE SEVEN(7) FOR THE

DUE-PROCESS OF THE LAW. FOR THE SANCTIONS [A]GAINST THE JUDGE ARE FOR THE CLOSURE-HEARING AND **JOINING** WITH THE OATH OF THE C.U.S.A.F.-CONTRACT. FOR THESE SOVEREIGNS [AF]FIRMS OF THE **C.C.~12 (b)** IS FOR THE QUALIFICATIONS OF THIS CLAIM; FOR THE **C.C.~12(b)(7)** IS FOR THE NEGLECT OF THE JOINING WITH THE SAME-JURISDICTION AND LAW OF THE **TITLE~4~U.S.C.-SECTION-1 & 2 & 3:** FLAG OF THE U.S.A. AND CHARTER-VESSEL-LANGUAGE-PROCEDURES IN THE TRUTH OF THE JOINDER. FOR THESE CLAIMANTS / WITNESSES [AF]FIRMS BY THE **C.C.~12(b)(6)** THAT THESE SOVEREIGNS / CLAIMANTS / WITNESSES ARE WITH THE COMMAND FOR THE JUDGE FOR THE JOINDER, FOR THESE CLAIMANTS / WITNESSES CANNOT [AF]FIRM PLEADINGS WITH THE FOREIGN / FICTION-COURT-JURISDICTION.

**~22.** FOR THESE CLAIMANTS / WITNESSES WITH THIS C.C.~12-b~5 **ARE** WITH THIS CORRECTION OF THIS CLERK OF THIS U.S.DI-STRICT-COURT FOR THIS PROCESSING OF THIS PAPERWORK IN THIS FICTION WITH THIS PORT-COURT. FOR THIS PROCESS IN THIS FICTION **IS** WITH THE USE OF THE ADJECTIVES AND VERBS AS THE NOUNS, **FOR THIS CAUSE OF AN ACTION FOR THIS MAIL-FRAUD: TITLE~18: U.S.C.-SECTION~1341 WITH THIS FINE OF THIS THREE-THOUSAND-OUNCES OF .999-FINE-GOLD OR FOR THIS PRISON WITH THE~THIRTY~30-YEARS OR BOTH, AND :TITLE~18~1342**. FOR THIS FICTITIOUS-USE OF THIS LANGUAGE **IS** WITH THIS VOLITION OF THIS FRAUD. FOR THIS C.C.~12-b~4 FOR THIS SERVICE, FOR THIS SERVING OF THIS PAPERWORK ON THESE VASSALEES BY THIS LAW [NO]-SERVICE IN THIS FICTION FOR THE USE OF THESE ADJECTIVES: CAUSING MAIL-FRAUD WITH THIS TITLE~18: U.S.C. CLAIM: SECTION~1342; WITH THIS C.C.~12-b~3 FOR THIS IMPROPER-VENUE, FOR THIS JUDGE JOINING

WITH THIS JURISDICTION OF THIS TRUTH IN THIS LAW **IS** WITH THIS ACT OF THIS PORT-COURT **OF THIS** JURISDICTION. FOR THIS LAW OF THIS FLAG-FICTION **IS** WITH THE NOUNS USE AS THE ADJECTIVES AND VERB. C.C.~12-b~2: FOR THIS LACK OF THIS SELF-JURISDICTION **IS** WITH THIS PARTY FOR THIS FICTION-WRONG-LAW OF THIS FRAUD-LANGUAGE [A]GAINST THESE CLAIMANTS / WITNESSES FOR THIS PORT-COURT OF THIS JURISDICTION **IS** WITH THIS STATEMENT OF THIS CLAIM AND NATURE OF THIS DAMAGE IN THIS TRUTH. FOR THIS C.C.~12-b~1 FOR THIS LACK OF THIS KNOWLEDGE OF THIS USE OF THESE NOUNS AND VERBS AND PREPOSITIONAL-ARTICLE-PHRASE-LANGUAGE FOR THIS CLAIM OF THIS CLAIM IN THIS JURISDICTION OF THIS TRUTH BY THIS PORT-COURT FOR THIS CORPORATION OF THESE FACTS BY THIS **PORT-COURT**-JUDGE. **FOR THIS LACK OF THIS CONTINUANCE OF THIS EVIDENCE OF THESE FACTS OR CLAIMS BY THIS FICTION-STATE WITH THIS CASE IS WITH THIS KNOWLEDGE FOR THIS CLAIM OF THESE FACTS ON THE OPINION, PRESUMPTION, AND ASSUMPTION OF THESE FACTS, FOR**

**THE** PORT **OF THIS VESSEL IS WITH THIS CLAIM FOR THE AUTHORIZATION BY THE TITLE~28: U.S.C.-SECTION~636 OF THIS CONTRACT FOR THE ARBITRATION OF THIS PORT/VESSEL-CLAIM, WITH THIS PORT-COURT-JUDGE**. FOR THESE DIFFERENT-CAUSES OF THIS CLAIM: ~a FOR THIS COMPLAINT: JUDGEMENT ON THESE PLEADINGS, ~b FOR THIS STRIKING OF THIS COMPLAINT, AND ~c FOR THIS WAIVER OF THIS CLAIM **IS** WITH THIS LACK OF THIS KNOWLEDGE OF THIS PORT-COURT-JUDGE.

**~23. FOR THIS C.C.~15:** FOR THIS AMENDMENT AND SUPPLEMENTAL-PLEADINGS ~a,~b,~c,~d, READ IN THIS C.C.

**~24. FOR THIS C.C.~16-f: FOR THESE SANCTIONS:** WHEN THIS

JUDGE/OFFICERS OF THIS PORT-COURT **IS** WITH THIS JOINING WITH THIS FICTION-LANGUAGE-FORMAT FOR AN ACT OF THIS PERJURY AGAINST THIS FLAG OF THESE U.S.W., TITLE~4: U.S.C.-SECTION~1&2: FOR THIS VIOLATION OF THIS OATH OF THIS OFFICE, SANCTION FOR THIS BREACH OF THIS CHARTER-VESSEL WITH THIS OATH AND FOR THESE FILING-FEES-PAID **ARE** FOR THIS TRIAL BY THIS JURY AND VACATION-ORDERS. FOR THIS PORT-COURT WITH THE KNOWLEDGE **IS** WITH THE FEES IN THE FICTION TITLE~42: U.S.C.-SECTION~1988 FOR THIS BREACH OF THIS C.U.S.W.F.-CHARTER-VESSEL-CLAIM FOR THIS ARTICLE~9 FOR THIS TRIAL BY THIS JURY AND FOR THIS ARTICLE~7 FOR THIS DUE-PROCESS OF THIS LAW. FOR THIS SANCTION WITH THIS JUDGE **IS** WITH THIS JOINING WITH THIS FICTION-LANGUAGE FOR THIS PERJURY WITH THIS CLOSURE-HEARING WITH THIS OATH OF THIS C.U.S.W.F.-CHARTER-VESSEL-CLAIM.

**~25. FOR THIS C.C.~18~19** . FOR THIS JOINDER ALSO C.C.~12-b~7.

**~26. FOR THIS C.C.~24: FOR THIS TITLE~28:** U.S.C.-SECTION~2403 FOR THIS CHALLENGE OF THIS CHARTER-VESSEL/CONSTITUTIONALITY

**~27. FOR THIS C.C.~38-a.** FOR THIS TRIAL BY THIS JURY.

**~28. FOR THIS POLICY AND CUSTOM;** BY THE ACTS OF THESE VASSALEES IN THIS [DE]SCRIPTION OF THESE ACTIONS AND OMISSIONS FOR THIS ENGAGEMENT WITH THIS COLOR OF THIS STATE-LAW-AUTHORITY, IN THIS SUING AS THIS PARTY IS WITH THE DUTY BY THIS AUTHORIZATION AND RATIFICATION OF THESE ACTS OF THESE STATE'S-VASSALEES; FOR THESE CLAIMANTS WITH THIS DAMAGE IS WITH THE CLAIM FOR THE NEGLECT OF THIS C.U.S.W.F.-CHARTER-VESSEL-CLAIM FOR THESE CLAIMS IN THIS SECURITY OF THIS PARTY WITH THIS C.U.S.W.F.-CHARTER-VESSEL-CLAIM. FOR THIS ARTICLE~6 FOR THE WARRANT **IS** WITH THE

ORDER BY THE JUDGE OF AN OATH. FOR THIS C.U.S.W.F.-CHARTER-VESSEL-CLAIM OF THIS ARTICLE~9 IS WITH THIS CLAIM FOR THIS TRIAL BY A JURY.[C.C.~38-a] FOR THIS DUE-PROCESS OF THIS LAW **IS** WITH THIS C.U.S.W.F.-CHARTER-VESSEL-CLAIM FOR THIS ARTICLE~7, BY THIS VASSALEES.

**~29.** WITH THIS AUTHORITY OF THIS C.C.~12-b~1 **IS** WITH THIS CLAIM OF THIS KNOWLEDGE OF THIS C.C.~9-b: FRAUD, OF THESE CLAIMANTS IN THIS USE OF THIS COERCION AND TORT **IS** WITH THIS THREATENING OF THESE CLAIMANTS / WITNESSES. FOR THIS TITLE~42: U.S.C.-SECTION~1983 AT THIS NOTE~352: FOR AN ORDER BY THIS SUSTAINING OF THE~1983-CONSPIRACY-CLAIM **IS** FOR THIS EVIDENCE OF THIS CLAIM BETWEEN A PRIVATE-PARTY AND STATE-ACTORS. FOR THIS JUDGE OF THIS OATH IN THIS FICTION **IS** WITH THE CLAIM OF AN ACTOR WITH THE NEGLECT OF THIS CLAIM-JURISDICTION, FOR THIS CLAIM OF THESE CLAIMANTS / WITNESSES OF THIS C.U.S.W.F.-CHARTER-VESSEL-CLAIM, FOR THESE NOUNS IN THIS USE AS THESE VERBS AND ADJECTIVES FOR THIS FICTION-LANGUAGE.

**~30. FOR THIS** TITLE~18: U.S.C.-SECTION~**242. FOR THIS LACK OF THESE CLAIMS WITH THIS COLOR OF THIS LAW**: FOR THIS PARTY WITH THIS COLOR OF THIS LAW-STATUTE, ORDNANCE,[RE]GULATION/CUSTOM **IS** WITH THIS VOLITION FOR THESE PEOPLE OF THIS STATE, TERRITORY OR DI-STRICT WITH THIS LACK OF THESE CLAIMS, PRIVILEGES, AND IMMUNITIES THAT THIS SECURITY AND SAFEGUARDING BY THIS CONSTITUTION AND LAWS OF THIS U.S.A. WITH THIS FINE: 3-TROY-OUNCES-.999-FINE-GOLD OR IMPRISONMENT FOR THE~ONE~1-YEAR, OR BOTH. FOR THIS CHARTER-VESSEL IN THIS NOW-TENSE **IS** WITH THIS

CHARTER-VESSEL BETWEEN THIS PORT-COURT AND ATTORNEY FOR THESE VIOLATIONS OF THIS C.U.S.W.F.-CHARTER-VESSEL-CLAIM FOR THIS ARTICLE~6 IN THIS SECTION~3 WITH THIS OATH; TITLE~28: U.S.C.-SECTION~1343: FOR THIS EQUAL-SAFEGUARDING AND C.U.S.W.F.-CHARTER-VESSEL-CLAIM FOR THIS ARTICLE~9: DUE-PROCESS.

**~31. FOR THIS** TITLE~42: U.S.C.-SECTION~**1983: AT THIS NOTE~355.** FOR THESE CLAIMANTS / WITNESSES WITH THIS DAMAGE **IS** WITH THIS WRONG-CORPORATION BY THIS AUTOGRAPH. FOR THIS ARTICLE~6 FOR WHERE IS THE WARRANT WITH THE AUTOGRAPH BY THE JUDGE OF THE OATH FOR THE JUDGEMENT-CLAIM. FOR THIS C.U.S.W.F.-CHARTER-VESSEL-CLAIM FOR THIS ARTICLE~7: DUE-PROCESS AND **TITLE~42: U.S.C.-SECTION~1985~2:** FOR THIS EQUAL-SAFEGUARDING OF THIS LAW: C.C.~12-b~7, BY THESE VASSALEES.

**~32. FOR THIS TITLE~18: U.S.C.-SECTION~1621: STATE-PAYS-ALL-FEES** WHEN THIS CLAIMANT IS WITH THIS DAMAGE BY THIS LACK OF THIS OATH OF AN OFFICE AND :**PERJURY-OF-THE-OATH** BY THE VASSALEE-JUDGE AND OFFICERS OF THIS PORT-COURT; FOR THESE CITIZENS **IS** WITH THIS DAMAGE BY THIS LACK OF ANY CHARTER-VESSEL FOR THIS PAYING OF THIS FEE BY THIS CITIZEN IN THIS PARTY'S: C.U.S.W.F.-CHARTER-VESSEL-CLAIM-VIOLATION. FOR THIS C.C.~9-b. AND FOR THIS TITLE~28: U.S.C.-SECTION~2072-b IS :C.U.S.W.F.-CHARTER-VESSEL-CLAIM FOR THIS ARTICLE~6 FOR THESE FOREIGN/FICTION-STATES.

**~33.** FOR THESE PLEADINGS: FOR THESE CLAIMANTS / WITNESSES WITH THIS KNOWLEDGE **ARE** WITH THIS DAMAGE OF THIS FINDING OF THESE FACTS FOR THIS CORPORATION WITH THIS COMPLAINT WITH THIS PORT-COURT FOR THIS [RE]PORTING-BREACH OF THIS FIDUCIARY-DUTY WITH

THIS TITLE~42: U.S.C.-SECTION~1986. FOR THIS KNOWLEDGE OF THIS LAW **IS** IN THIS TRUTH AND FOR THIS NEGLECT OF THIS LAW FOR THIS DENYING OF THESE PLEADINGS BY THESE PORT-COURT-VASSALEES-VIOLATION: C.C.~9-b, C.C.~12-b, C.C.~56-d, AND C.U.S.W.F.-CHARTER-VESSEL-CLAIM FOR THIS **ARTICLE~7** FOR THIS DUE-PROCESS; AND WITH THIS EQUAL-SAFEGUARDING OF THIS TITLE~42: U.S.C.-SECTION~1985: SECTION~2; FOR THIS TITLE~18: U.S.C.-SECTION~1621 FOR THIS PERJURY OF THIS OATH OF THIS OFFICE **IS** WITH THIS USE OF THIS COERCION IN THIS VIOLATION OF THIS TITLE~18: U.S.C.-SECTION~1359 OF THIS ACTION WITH THIS **TITLE~18: U.S.C.-SECTION~4, FOR THIS PRISON OF THIS FELON BY THIS FICTION** AND **TITLE~18: U.S.C.-SECTION~THREE~3 IN THIS ACCESSORY AFTER THESE FACTS.**

AUTOGRAPH: Steven: Sego,
Steven: Sego, Sui-Juris
Without-Prejudice

AUTOGRAPH: Davina-M: Sego.
Davina-M: Sego, Sui-Juris
Without-Prejudice

DATED: October/6/2004

REGISTER-MAIL-NUMBER: RR 550 101 116 US

r whosoever
l lose it: and w
life for my sake
r what is a man
[b]gain the whole
s own [e]soul? or
ve in exchange
r the [a]Son of man
glory of his Father
and then he
nan according to
rily I say unto yo
anding here, wh
[a]death, till they
coming in his [b]king

CHAPTER 17

is *transfigured* be
*and John on the* m
*ls a lunatic, tells* of
*and pays taxes in a*
r.

fter six days Jesus
James, and John his
ingeth them up in
ain apart,
d was [a]transfigured
and his face did shine
nd his raiment was
ht.

hold, there appeared un-
Moses and [b]Elias talking

swered Peter, and said
, Lord, it is good for us to
hou wilt, let us make here
nacles; one for thee, and
ses, and one for Elias.
he yet spake, behold, a
oud overshadowed them:
a [b]voice out of the cloud,
, This is my [c]beloved [d]Son,
I am well pleased; hear ye

hen the disciples heard *it*,
n their face, and were sore

Jesus came and touched
said, Arise, and be not

when they had lifted up
, they saw no man, save

s they came down from the
, Jesus charged them, say-
the [a]vision to no [b]man, until
of man be risen again from

his disciples asked him,
Why then say the scribes
s must first come?
Jesus answered and said
n, [a]Elias truly shall first
nd [b]restore all things.
I say unto you, That Elias
already, and they knew him
have done unto him what-
they [a]listed. Likewise shall
Son of man suffer of them.
n the disciples understood
spake unto them of John the

14 ¶ And when they were come to
the multitude, there came to him a
*certain* man, kneeling down to him,
and saying,
15 Lord, have mercy on my son:
for he is lunatick, and sore vexed:
for ofttimes he [a]falleth into the fire,
and oft into the water.
16 And I brought him to thy dis-
ciples, and they could not cure him.
17 Then Jesus answered and said,
O [a]faithless and [b]perverse genera-
tion, how long shall I be with you?
how long shall I suffer you? bring
him hither to me.
18 And Jesus rebuked the devil;
and he departed out of him: and the
child was cured from that very hour.
19 Then came the disciples to Je-
sus apart, and said, Why could not
we cast him out?
20 And Jesus said unto them, Be-
cause of your [a]unbelief: for verily I
say unto you, If ye have [b]faith as a
grain of mustard seed, ye shall say
unto this [c]mountain, Remove hence
to yonder place; and it shall remove:
and nothing shall be [d]impossible un-
to you.
21 Howbeit this [a]kind goeth not
out but by prayer and [b]fasting.
22 ¶ And while they abode in Gali-
lee, Jesus said unto them, The Son of
man shall be [a]betrayed into the
hands of men:
23 And they shall kill him, and the
third day he shall be [a]raised again.
And they were exceeding sorry.
24 ¶ And when they were come to
Capernaum, they that received tri-
bute *money* came to Peter, and said,
Doth not your master pay [a]tribute?

26*a* 1 Sam. 12: 2
13: 7; Eccl.
*b* Job 27: 8. TG
ness; Treasure
*c* TG Worldliness
*d* Luke 9: 25.
*e* TG Mortality
27*a* TG Jesus Christ
Man.
*b* TG Glory; Jesus
Glory of; Jesus
Second Coming
*c* TG Jesus Christ
Judgment, the
Retribution;
*d* Prov. 24: 12.
Works.
28*a* TG Translated
*b* TG Millennium
17 1*a* D&C 128: 2
2*a* Mark 9: 2 (2–
9: 29 (28–36);
14; 2 Pet. 1: 16
19). TG Jesus Ch
Glory of; Trans
tion.

63: 21; 110: 11.
esthood, Keys;
lated Beings.
ijah. 1 Kgs. 17: 1;
4: 25; D&C 110:
3–16).
24: 15.
d, Body of (Cor-
Nature).
. 3: 17; 3 Ne. 11:
S-H 1: 17. TG Wit-
of the Father.
God, Father; God-
; Jesus Christ,
ne Sonship.

6*a* Ex. 3: 6; Deut. 5: 5.
9*a* TG Visions.
*b* Mark 9: 9 (9–13).
*c* TG Death.
11*a* JST Matt. 17: 10–14
(Appendix).
*b* D&C 27: 6; 77: 14;
110: 13–16. TG Dis-
pensations; Restora-
tion of the Gospel.
12*a* GR desired.
15*a* GR throws himself.
17*a* TG Unbelief, Un-
believers.

*b* Deut. 32: 5.
20*a* GR little faith.
TG Doubt.
*b* TG Faith.
*c* Ether 12: 30; Moses 7:
13.
*d* TG God, Power of.
21*a* D&C 84: 67 (65–73).
*b* TG Fasting.
22*a* TG Jesus Christ, Be-
trayal of.
23*a* TG Jesus Christ,
Resurrection.
24*a* D&C 58: 21 (21–22).



Exhibit "A"

25 He saith, Yes. And when he was
come into the house, Jesus [a]pre-
vented him, saying, What thinkest
thou, Simon? of whom do the [b]kings
of the earth take custom or tribute?
of their own children, or of stran-
gers?
26 Peter saith unto him, Of stran-
gers. Jesus saith unto him, Then are
the children free.
27 Notwithstanding, lest we should
offend them, go thou to the sea, and
cast an hook, and take up the fish
that first cometh up; and when thou
hast opened his mouth, thou shalt
find a piece of [a]money: that take,
and [b]give unto them for me and thee.

## CHAPTER 18

*How we are to treat our offending brethren—The Son of Man came to save that which was lost—All of the Twelve receive the keys of the kingdom—Why we should forgive.*

AT the same time came the disciples
unto Jesus, saying, Who is the
[a]greatest in the kingdom of heaven?
2 And Jesus called a little child un-
to him, and set him in the midst of
them,
3 And said, Verily I say unto you,
Except ye be converted, and become
as little [a]children, ye shall not enter
into the kingdom of heaven.
4 Whosoever therefore shall [a]hum-
ble himself as this little [b]child, the
same is greatest in the kingdom of
heaven.
5 And whoso shall receive one such
little child in my [a]name receiveth
me.
6 But whoso shall [a]offend one of
these little ones which believe in me,
it were better for him that a mill-
stone were hanged about his neck,
and *that* he were drowned in the
depth of the sea.
7 ¶ Woe unto the world because of
[a]offences! for it must needs be that
offences come; but woe to that man
by whom the offence cometh!
8 Wherefore if thy hand or thy
foot offend thee, cut them off, and
cast *them* from thee: it is better for
thee to enter into life halt or maim-
ed, rather than having two hands or
two feet to be cast into everlasting
fire.
9 And if thine eye offend thee,
pluck it out, and cast *it* from thee: it
is better for thee to enter into life
with one eye, rather than having two
eyes to be cast into hell fire.
10 Take heed that ye despise not
one of these [a]little ones; for I say
to you, That in heaven their angels
do always behold the face of my
Father which is in heaven.
11 For the [a]Son of man is come to
[b]save that which was lost.
12 How think ye? if a man have an
hundred [a]sheep, and one of them be
gone astray, doth he not leave the
ninety and nine, and goeth into the
mountains, and seeketh that which
is gone astray?
13 And if so be that he find it, ver-
ily I say unto you, he rejoiceth more
of that *sheep*, than of the ninety and
nine which went not astray.
14 Even so it is not the will of your
Father which is in heaven, that one
of these [a]little ones should perish.

¶ Moreover if thy brother sh[...]
[...]ss against thee, go and [b]t[...]
[...] fault between thee and h[...]
[...] he shall hear thee, thou ha[...]
[...] thy brother.
[...] if he will not hear *thee*, th[...]
[...] thee one or two more, th[...]
[...] mouth of two or three [a]w[...]
[...] every word may be establis[...]

[...] if he shall neglect to he[...]
[...] it unto the [a]church: but [...]
[...] to hear the [c]church, l[...]
[...] unto thee as an heathen ma[...]
[...]blican.
[...] I say unto you, Whats[...]
[...] shall [a]bind on earth shall [...]
[...] heaven: and whatsoever [...]
[...] on earth shall be loosed [...]

[...] I say unto you, That [...]
[...] shall [a]agree on earth [...]
[...] any thing that they sha[...]
[...] shall be done for them of m[...]
[...] which is in heaven.
[...] where two or three are [a]g[...]
[...] together in my [c]name, the[...]
[...] the [d]midst of them.
[...] Then came Peter to him, an[...]
[...] how oft shall my broth[...]
[...] me, and I [a]forgive him[...]
[...] times?
[...] saith unto him, I say n[...]
[...] Until seven times: bu[...]
[...]enty times seven.
[...] Therefore is the kingdom [...]
[...]ened unto a certain king[...]
[...]ould [a]take account of hi[...]

[...] when he had begun t[...]
[...] was brought unto him[...]
[...] him ten thousand tal[...]

25*a* GR spoke to him first.
*b* TG Kings, Earthly.
27*a* Ex. 30: 13; 38: 26.
*b* TG Citizenship.
18 1*a* Luke 9: 46.
[...] Cor. 14: 20; Mosiah
[...] 19. TG Children; Sal-
[...]ion, of Little
[...]ren.
4*a* TG [...]ility; Meek-
[...]
*b* [...]
5*a* [...]

6*a* GR cause to stumble.
D&C 121: 19 (19–22).
TG Offenses.
7*a* TG Sin.
9*a* JST Matt. 18: 9 *And a man's hand is his friend, and his foot also; and a man's eye, are they of his own household.*
10*a* TG Children; Family, Children, Responsibilities toward.
11*a* TG Jesus Christ,

Son of Man.
*b* TG Jesus Christ, Mission of; [...] of; Worth [...]
*c* JST Matt. [...] *to call sinners to repentance; [...] ones have no [...] repentance, [...] save them.*
12*a* TG Sheep.
14*a* TG Children.
*b* Mosiah [...]

[...]nses.
[...]of.
[...] 24 (23–24);
[...] 3 (3–4); D&C
[...]–92).
[...] TG Wit-
[...]
[...] D&C 42:
[...]
[...]
[...]es; Priest-
[...]s; Sealing.

19*a* TG Con[...]
*b* D&C 6[...]
*c* TG Pra[...]
20*a* TG Chu[...]
*b* TG Uni[...]
*c* TG Nar[...]
*d* D&C 2[...]
59; 49:[...]
21*a* TG For[...]
22*a* D&C 9[...]
TG Pat[...]
23*a* GR sett[...]



[Ex]hibit-"B"



**FOR THIS CLAIM OF THIS LIFE IS WITH THIS KNOWLEDGE OF THIS CLAIMANT**

1. FOR THIS WITNESS WITH THIS KNOWLEDGE **IS** WITH THIS CLAIM OF THE LIFEBIRTH: Steven: Sego, ON THIS **BIRTHDATE: DAY~** 16 **/MONTH~** April **/YEAR** 1958.

2. FOR THIS WITNESS WITH THIS KNOWLEDGE **IS** WITH THIS CLAIM OF THIS LIFEBIRTH IN THE CITY OF THE Alamosa IN THE STATE OF THE Colorado IN THE COUNTRY OF THE UNITY-STATES OF THE AMERICA WITH THE PARENT-PARTIES: MOTHER: Neva: Wilson AND FATHER: Raymond-Rexford: Sego BY THEIR UNITY.

3. FOR THE WITNESSES OF THIS LIFE **ARE** WITH THE KNOWLEDGE OF THIS LIFEBIRTH WITH THE WITNESSING BY THE ~TWO~2: AUTOGRAPHS OF THESE WITNESSES David: Sego. & Arden: Tuttle. + David: Pilon.

4. FOR THESE WITNESSES WITH THIS KNOWLEDGE **ARE** WITH THIS CLAIM OF THIS LIFEBIRTH IN THIS TRUTH BY THESE TRUTHFUL-LANGUAGE-CLAIMS OF THIS LIFEBIRTH-PARTY.

**FINGER-PRINT:** **PICTURE OF THE CITIZEN:** **BLOOD-DROP:**







Steven: Sego.

CLAIM OF THE LIFE-**CLAIMANT'S**-AUTOGRAPH

David: Sego. & David: Pilon

CLAIM OF THE LIFE-**WITNESS'S**-AUTOGRAPHS

: Arden Tuttle.

Register/certified-Restrictive-Service-mail-number: 7001 0320 0001 4584 5978





**FOR THIS CLAIM OF THIS LIFE IS WITH THIS KNOWLEDGE OF THIS CLAIMANT**

---

1. FOR THIS WITNESS WITH THIS KNOWLEDGE IS WITH THIS CLAIM OF THE LIFEBIRTH: Dawina-michelle: Getty ON THIS BIRTHDATE: DAY~ 25 /MONTH~ April /YEAR 1966.

2. FOR THIS WITNESS WITH THIS KNOWLEDGE IS WITH THIS CLAIM OF THIS LIFEBIRTH IN THE CITY OF THE Ballymoney IN THE STATE OF THE Co. Antrim IN THE COUNTRY OF THE Northern-Ireland WITH THE PARENT-PARTIES: MOTHER: Anna-Wilhelmina: Stirling AND FATHER: Robert-Michael: Getty, BY THEIR UNITY.

3. FOR THE WITNESSES OF THIS LIFE ARE WITH THE KNOWLEDGE OF THIS LIFEBIRTH WITH THE WITNESSING BY THE ~TWO~2: AUTOGRAPHS OF THESE WITNESSES David: Sego. & Arden: Tuttle. + David: Pilon.

4. FOR THESE WITNESSES WITH THIS KNOWLEDGE ARE WITH THIS CLAIM OF THIS LIFEBIRTH IN THIS TRUTH BY THESE TRUTHFUL-LANGUAGE-CLAIMS OF THIS LIFEBIRTH-PARTY.

**FINGER-PRINT:** **PICTURE OF THE CITIZEN:** **BLOOD-DROP:**







Dawina: Getty

CLAIM OF THE LIFE-**CLAIMANT'S**-AUTOGRAPH

David: Sego. & David: Pilon

CLAIM OF THE LIFE-**WITNESS'S**-AUTOGRAPHS

: Arden Tuttle.

Register/certified-Restrictive-Service-mail-number: 7001 0320 0001 4584 5978

458925

COLORADO VITAL STATISTICS
CHERRY CREEK ROAD #3
DENVER, COLORADO

FILED BY S. Sego
'95 JAN 17 PM 12 28
4.00
MARIE SCOTT
RECORDER OF BONNER
COUNTY BY ____ DEP.

Dear OFFICE OF VITAL STATISTICS:

NOTICE OF REVOCATION OF SIGNATURE AND POWER OF ATTORNEY

I, STEVEN SEGO, an American National located in KOOTENAI county, IDAHO state, but not the corporate body-politic of either, and a natural human being of the American Republic Nation, do hereby revoke and make void, per U.C.C. section 2-608 ab initio, all signatures on any and all instruments and any express or implied Power of Attorney therewith, in fact or assumption, signed either by me or anyone acting as my agent, or unsigned, as it pertains to: BIRTH CERTIFICATE and all other certificates issued by: COLORADO VITAL STATISTICS a governmental/quasi governmental entity, due to the use of various elements of fraud and misrepresentation, coercion, duress, mistake and bankruptcy as per UCC section 1-103, by said agency/entity. I, hereby, cancel, repudiate and refuse to accept any benefit(s), franchise(s) and/or privilege(s) attached to the above mentioned item(s).

I, STEVEN SEGO, do hereby SURRENDER, revoke, cancel, annul, repeal, dismiss, discharge, extract, withdraw, abrogate, recant, negate, strike, repudiate, wipe out, disavow, recall, and renounce, destroy, abjure, disclaim, disown, reject, and relinquish all signatures and powers of attorney, in fact or assumption, with or without my consent and/or knowledge, as it pertains to any and all property, real or personal, corporeal or incorporeal, obtained in the past, present or future. I am the sole and absolute possess or/owner and possess absolute unqualified full right allodial title to any and all such property as an inhabitant of the American Republic with No effectively connected trade or business within the United States or the State of COLORADO "Body Politic" corporation.

This instrument replaces, cancels, and repudiates the prior instrument that I filed with COLORADO VITAL STATISTICS and all other governmental entities anywhere which may execute on said prior instrument(s), and this document shall become a permanent part of the records of the above named government agency(ies). All such instruments are without prejudice to me (U.C.C. 1-207) and Non Assumpsit to you.

Witness my hand this 12TH day of January, 1995.

Steven Sego
STEVEN SEGO
c/o United States Post Office
1825 N. ATLAS ROAD
RATHDRUM, IDAHO 83858

458 725

# ACKNOWLEDGEMENT

USE OF NOTARY FOR IDENTIFICATION ONLY AND CONFERS NO FOREIGN JURISTICTION.

STATE OF IDAHO )
)SS.
COUNTY OF KOOTENAI )

IN WITNESS WHEREOF, on the 12th day of JANUARY, 1995, personally appeared STEVEN SEGO in propria persona before me, a Notary Public in and for said county and state, and executed the foregoing instrument of HIS own free act and deed.

3-5-99
My commission expires

Susan M Lawrence
Signature of Notary

KOOTENAI
County of residence

Susan M. Lawrence
Printed Name of Notary

STATE OF IDAHO )
)SS AFFIDAVIT [Ex]hibit-"C"
COUNTY OF KOOTENAI )

## Reservation of Rights From Hidden Contracts

KNOW ALL MEN BY THESE PRESENTS that I, STEVEN SEGO, an American National of the Constitutional Republic of America, and the IDAHO state, do state and dispose:

#1. WHEREAS the legislative jurisdiction of the "federal" United States extends only to the District of Columbia, "all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards and other needful Buildings" (U.S. Constitution, Article 1, Section 8, Clause 17) and to such persons who voluntarily and knowingly submit to such jurisdiction.

#2. WHEREAS the Uniform Commercial Code (UCC) states: *U.C.C 1-207:3 Sufficiency of Reservation:*

(a) Any expression indication any intentions to preserve rights is sufficient, such as "Without Prejudice", "under protest", "Under Reservation", or "with reservation of all our rights".

#3. WHEREAS the Code states an "explicit" reservation must be made. "EXPLICIT" undoubtedly is used in place of "express" to indicate that the reservation must not only be "express" but is must also be "clear" that such a reservation was intended.

#4. WHEREAS the term "explicit" as used in U.C.C. 1-207 means "that which is so clearly stated or distinctively set forth, that there is no doubt as to its meaning."

#5. WHEREAS U.C.C. 1-207 :9, Failure to make Reservation states:

(a) The making of a valid reservation of rights preserves whatever rights the person then possesses and prevents the loss of such right by application of concepts of waiver or estoppel... .

#6. WHEREAS U.C.C. 1-103:6 Common law states:

(a) The Code is "Complementary" to the common law which remains in force except where displaced by the code...

#7. WHEREAS A statute should be construed in harmony with the common law unless there is a clear legislative intent to abrogate the common law..."The Code cannot be read to preclude a common law action."

#8. WHEREAS My use of "Without Prejudice UCC 1-207 & 1-103, above or below my signature, indicates that I have exercised the "Remedy" provided for me in the Uniform Commercial Code in Book 1, at § 207; whereby, I may reserve my Common Law right not to be compelled to perform under any contract, or agreement, that I have not entered into knowingly, voluntarily, and intentionally; and, that [illegible] upon all administrati[illegible]

government: national, state, and/or local; that I do not and will not accept the liability associated with the "compelled" benefit of any unrevealed commercial agreement.

Furthermore, I hereby invoke UCC 1-103 which provides the Argument and Recourse to get into Common Law Jurisdiction.

**KNOW ALL MEN** by these hereinabove stated; presents that this is a Declaration of Rights by a Free Sovereign HUMAN BEING of the IDAHO state and a member of the Constitutional Republic of America; and will be subject only to the Common Law. I hereby decline any obligation of any hidden contracts as a result of being forced, against my will, to use the fiat money of the Federal Reserve Board and the United States administrative democracy originating from Article I, Section 8, Clause 17 of the United States Constitution.

IN WITNESS THEREOF, I have executed this declaration on this ~~5TH~~ 12TH day of ~~DECEMBER~~ JANUARY, in the Year of Our Lord Jesus Christ 1995.

Steven Sego

STEVEN SEGO
c/o United States Post Office
1825 N. ATLAS ROAD
RATHDRUM, IDAHO 83858

STATE OF IDAHO )
)ss
COUNTY OF KOOTENAI )

Subscribed and sworn before me, a Notary Public in an for the County and State hereinabove written; on this 12TH day of JANUARY, ______________, In the Year of Our Lord Jesus Christ 1995.

3-5-99
My Commission Expires

Susan M. Lawrence
Signature

Kootenai
County of Residence

SUSAN M. LAWRENCE
Printed Name of Notary

Notary used for identification purposes only !

FILED BY S Sego
'95 JAN 17 PM 12 29
MARIE SCOTT
RECORDER OF BONNER
COUNTY BY SK DEP.

[Ex]hibit-"B"

458926

FILED BY S Sego

'95 JAN 17 PM 12 28

RECORDER OF BONNER COUNTY BY DEP.

STATE OF IDAHO )
) SS.
COUNTY OF KOOTENAI )

**DENIAL OF VOLUNTARY USE OF FEDERAL DEBT AND NEGOTIABLE INSTRUMENTS**

DUE TO THE FACT, inter alia, that SILENCE under the Law Merchant, having been held to constitute waiver of Rights and Immunities:

1. I/we, STEVEN SEGO AND DAVINA M. SEGO, c/o United States Post Office, 1825 N. ATLAS, RATHDRUM, IDAHO 83858, as a FREEMAN under the English Kings' Grants of FREE and COMMON SOCAGE, under pains and penalties of perjury, for myself, Family, Children, estate and assigns hereby and herewith denounce, reject, and in all other ways DENY in toto any and all provisions of the LAW MERCHANT, Law of Nations and the Uniform Commercial Codes and prior law, not excluding UCC 1-103/State Analog and otherwise and elsewhere, and any and all Federal Analogies, Decisions and Practices which are contrary to my/our Personal Interest, and do not, have not and will not waive knowingly nor purposefully nor otherwise, my/our rights, privileges, and immunities and always have and do claim and invoke all rights privileges and immunities and protections under the LAW and the positive aspects and benefits of the LAW MERCHANT as a body of Law, per and under the Ancient English Kings' Land Grants of FREE and COMMON SOCAGE.

2. Further, I/we state that I/we have been tortiously and otherwise FORCED, COERCED, DEFRAUDED, Cajoled and otherwise induced AGAINST my/our Will, Welfare and Best Interests into EQUITABLE and Chancery jurisdictions under the Law Merchant and associated provisions of the State Code and US Code, not excluding 12 USC, 13 USC, 5 USC, 28 USC including, but not limited to, 31 USC 463 (HJR 192, June 5, 1933) which SUSPENDED the Gold Standard, and the latter day prohibition of REDEMPTION of Federal Reserve Notes in Dollars of Silver At Law on July 31, 1971 (Statute, March 18, 1968),

3. which provisions and practices provide for current MONOPOLY existence of only EQUITABLE money and provides for NO and prevents circulation, acquisition, possession and alienation of and PAYMENT AT LAW in or with MONEY AT LAW.

4. thus FORCING me/us to SUBMIT in ignorance, and by device of equitable statute and as otherwise herein expressed and implied to EQUITABLE DISCHARGE of debts and in the same way prohibiting or otherwise preventing the right to and PAYMENT AT LAW as intended by the U.S. Constitution, I:10:1

5. By means of Monopoly NON-SPECIE BANKING and the introduction into the marketplace those Federal Reserve Notes (monetized debt and demand credit), subjecting me/us to a FORCED

state of bankruptcy (a law bankrupt) with its form of special state created corporate or quasi-corporate limited liabilities and further inability to PAY AT LAW, with its attendant liabilities to summary judgment and other sanctions,

6. placing me/us into Forced PEONAGE, SLAVERY and INVOLUNTARY SERVITUDE in violation of the U.S. Constitution, Amendments and Statutes (see 42 USC 1983, 1985, 1986, 1994) and the Common Law,

7. subjecting me/us who use even involuntarily the same to the DAMAGING provisions of the Law Merchant and the incident and attendant SUMMARY JUDGMENT from which I/we are otherwise IMMUNE. (1)

8. also incidentally DENYING, inter alia, Common Law Jury Trial At Law, DENYING EQUAL PROTECTION and APPLICATION of the LAW, DENYING DUE PROCESS OF LAW,

9. which use of corporate (private) negotiable instruments and promises to pay and demand credit and bankruptcy and limited liability in DISCHARGE of obligations and as medium of exchange in this State, for State Purposes is CONTRARY to the State Common Law as expressed in the US Constitution and State Constitution, and the Common Law general, and

10. the LAW MERCHANT being contractual in nature, and VOLUNTARY with respect to FREEMEN and Citizens (but BINDING on governments), I/we cannot by any ruse or device be FORCED to submit to its jurisdiction nor any other equitable jurisdiction, nor be bound by its forces, and

11. the political subdivisions, corporate and municipal creatures and the JUDGES of and the State are now UNLAWFULLY and tortiously DEMANDING and RECEIVING or otherwise collecting FINES, TAXES, penalties, forfeitures, fees and dues and other obligations or DEBTS in the form of FEDERAL RESERVE NOTES (which are Federal (sic) Reserve (sic) CORPORATION demand credit or negotiable instruments) DENYING and VIOLATING Rights and the LAW,

12. DENYING also their Sacred OATHS of office and denying also the Covenants made otherwise with Jesus the Christ and the Father in Heaven, and

13. Further, I/we, denounce and in all other ways deny and reject the FORCED imposition of the FRANCHISE of the negative and damaging aspects of the Law Merchant upon me/us with its attendant and incident DAMAGING effects as herein expressed and implied, and

14. On the surface or form it may APPEAR that I/we are law merchants of the nature complained-of while in SUBSTANCE, Fact, and AT LAW I/we are NOT such a law merchant nor bankrupt-- the FORM

having been imposed against our Will and not unto our knowledge and without my/our consent by Device and Operation of otherwise inapplicable equities and statutes and practice, and

15. I/We Claim, otherwise retain and in no way waive nor otherwise abandon nor relax any right privilege or immunity nor right to trial by COMMON LAW JURY in a COMMON LAW COURT with a COMMON LAW JUDGE with COMMON LAW PROCESS and PROCEDURE with RIGHT AND DUTY of the TWELVE JURORS to HEAR AND JUDGE THE LAW AND FACTS, the same Common Law Entities being subject to modification by the Founding Documents and my/our PRIVATE LAW, and

16. The said notes, etc. having been issued by the FEDERAL (sic) RESERVE (sic) CORPORATION (a private non-government corporation and person evidenced by, inter alia, absence of franking privileges, etc.), no entity private or governmental having the right to FORCE me/us to use same and thereby by device and ruse cause waiver of Constitutional Rights Privileges or Immunities,

17. which said TORTIOUS acts are practiced by the cited person incident to CAPTIVE MARKET-MONOPOLY NON-SPECIE (counterfeit AT LAW) Banking under said and complained-of practices and equitable "statutes" such as UCC 1-103, supra, pr. 1, the same being legislated statutes, GOVERN and CONTROL and SUPERSEDE as SUPREME--all other Rules of Court, the same being the SUPREME RULE OF COURT, and

18. in conjunction with 28 USC 2072 and like State Law (Rule Making Power), "...Such Rule MAY NOT abridge, enlarge or modify the SUBSTANTIVE Rights of any litigant," do operate to forbid and prevent JUDGES and government and its agents from FORCING and otherwise requiring me/us to SUBMIT to any such DEPRIVATIONS as herein cited or complained-of express or implied, and provides for and does NOT prevent me/us from establishing our own PRIVATE LAW which is provided for and guaranteed also in the Constitution and State Constitution and otherwise, and in and under FREE and COMMON SOCAGE as FREEMAN and FREEMEN,

19. and the complained-of statutes and practices operate to prevent as impossible PLAIN AND ADEQUATE REMEDY in PAYMENT AT LAW resulting from any duty to pay due to right violated, thing gained, or adverse judgment or conviction by any court, thus again DENY Equal Application, Protection, and Due Process of Law, Estoppel, Laches and other equities operating against the position of the Government due to its own acts, as a matter of Equal Application, Protection and Due Process of LAW.

20. The Complained-of statutes, rules and practices having turned and MONGRELIZED our Pure American Courts into mercantile corporate BARGAINING PITS, the judges appearing to have become only corporate officers whose loyalty is NOT to their OATHS,

nor the Constitutions, nor LAW, but to only their BOSSES, the stock-holding BANKSTERS.

21. This is a good faith attempt to reclaim, assert and vindicate Rights, Privileges and Immunities secured as a matter of LAW.

Steven Sego
STEVEN SEGO

Davina M. Sego
DAVINA M. SEGO

(1). The use of the word "exempt" by the IRS and State and local Revenue Authorities appears to purport state created exemptions rather than common law IMMUNITY which applies in this case.

NOTE: Any and all statements in any and all of my/our Affidavits and sworn statements which appear to be conclusions, are Intended to be and shall be construed to be JURISDICTIONAL FACTS and LAW as I/we understand them to be, and upon which I/we depend and which have caused me/us to substantially change my/our legal relationships and behavior.

Enter here if known

Jurat:

I, Susan M. LAWRENCE Notary Public for the State of IDAHO, witness that on this day, known to me to be the above signature(s) did appear personally before me and did execute and affix the above signature(s) to this Instrument. My Commission expires 3-5-99.

SEAL

Notary Public Susan M Lawrence Date 1-12-95

CERTIFICATION:

I, SUSAN M. LAWRENCE, Notary Public for the State of IDAHO, residing at RATHDRUM, IDAHO, certify this to be a true and correct copy of the original Instrument. My commission expires 3-5-99.

SEAL

Notary Public Susan M Lawrence Date 1-12-95

458921

[Ex] hibit "E"

SOCIAL SECURITY ADMINISTRATION
46 W. 300 SOUTH
SALT LAKE CITY, UTAH

FILED BY I. Sego

'95 JAN 17 PM 12 26
600

MARIE SCOTT
RECORDER OF BONNER
COUNTY _____ DEP.

Dear SOCIAL SECURITY ADMINISTRATION:

NOTICE OF REVOCATION OF SIGNATURE AND POWER OF ATTORNEY

I, STEVEN SEGO, an American National located in KOOTENAI county, IDAHO state, but not the corporate body-politic of either, and a natural human being of the American Republic Nation, do hereby revoke and make void, per U.C.C. section 2-608 ab initio, all signatures on any and all instruments and any express or implied Power of attorney therewith, in fact or assumption, signed either by me or anyone acting as my agent, or unsigned, **as it pertains** to: SOCIAL SECURITY NUMBER and all other certificates issued by: SOCIAL SECURITY ADMINISTRATION a governmental/quasi governmental entity, due to the use of various elements of fraud and misrepresentation, coercion, duress, mistake and bankruptcy as per UCC section 1-103, by said agency/entity. I, hereby, cancel, repudiate and refuse to accept any benefit(s), franchise(s) and/or privilege(s) attached to the above mentioned item(s).

I, STEVEN SEGO, do hereby SURRENDER, revoke, cancel, annul, repeal, dismiss, discharge, extract, withdraw, abrogate, recant, negate, strike, repudiate, wipe out, disavow, recall, and renounce, destroy, abjure, disclaim, disown, reject, and relinquish all signatures and powers of attorney, in fact or assumption, with or without my consent and/or knowledge, as it pertains to any and all property, real or personal, corporeal or incorporeal, obtained in the past, present or future. I am the sole and absolute possess or/owner and possess absolute unqualified full right allodial title to any and all such property as an inhabitant of the American Republic with <u>No</u> effectively connected trade or business within the United States or the State of IDAHO "Body Politic" corporation

This instrument replaces, cancels, and repudiates the prior instrument that I filed with SOCIAL SECURITY ADMINISTRATION and all other governmental entities anywhere which may execute on said prior instrument(s), and this document shall become a permanent part of the records of the above named government agency(ies). All such instruments are without prejudice to me (U.C.C. 1-207) and Non Assumpsit to you.

Witness my hand this 12th day of January, 1995.

Steven Sego

STEVEN SEGO
c/o United States Post Office
[illegible] N. ATLAS ROAD
RATHDRUM, IDAHO [illegible]

# ACKNOWLEDGEMENT

USE OF NOTARY FOR IDENTIFICATION ONLY AND CONFERS NO FOREIGN JURISTICTION.

STATE OF IDAHO )
)SS
COUNTY OF KOOTENAI )

IN WITNESS WHEREOF, on the 12th day of JANUARY, 1995, personally appeared STEVEN SEGO in propria persona before me, a Notary Public in and for said county and state, and executed the foregoing instrument of HIS own free act and deed.

3-5-99
My commission expires

Susan M. Lawrence
Signature of Notary

Kootenai
County of residence

Susan M. Lawrence
Printed Name of Notary

SOCIAL SECURITY ADMINISTRATION
120 S. 6TH
COUER D' ALENE, IDAHO 83814

Dear OFFICE DIRECTOR:

**NOTICE OF REVOCATION OF SIGNATURE AND POWER OF ATTORNEY**

I, DAVINA M. SEGO, an American National located in KOOTENAI county, IDAHO state, but not the corporate body-politic of either, and a natural human being of the American Republic Nation, do hereby revoke and make void, per U.C.C. section 2-608 ab initio, all signatures on any and all instruments and any express or implied Power of Attorney therewith, in fact or assumption, signed either by me or anyone acting as my agent, or unsigned, **as it pertains** to: SOCIAL SECURITY NUMBER and all other certificates issued by: SOCIAL SECURITY ADMINISTRATION a governmental/quasi governmental entity, due to the use of various elements of fraud and misrepresentation, coercion, duress, mistake and bankruptcy as per UCC section 1-103, by said agency/entity. I, hereby, cancel, repudiate and refuse to accept any benefit(s), franchise(s) and/or privilege(s) attached to the above mentioned item(s).

I, DAVINA M. SEGO, do hereby SURRENDER, revoke, cancel, annul, repeal, dismiss, discharge, extract, withdraw, abrogate, recant, negate, strike, repudiate, wipe out, disavow, recall, and renounce, destroy, abjure, disclaim, disown, reject, and relinquish all signatures and powers of attorney, in fact or assumption, with or without my consent and/or knowledge, as it pertains to any and all property, real or personal, corporeal or incorporeal, obtained in the past, present or future. I am the sole and absolute possessor/owner and possess absolute unqualified full right allodial title to any and all such property as an inhabitant of the American Republic with **No** effectively connected trade or business within the United States or the State of IDAHO "Body Politic" corporation.

This instrument replaces, cancels, and repudiates the prior instrument that I filed with SOCIAL SECURITY ADMINISTRATION and all other governmental entities anywhere which may execute on said prior instrument(s), and this document shall become a permanent part of the records of the above named government agency(ies). All such instruments are without prejudice to me (U.C.C. 1-207) and Non Assumpsit to you.

Witness my hand this 11th day of February, 1998.

Davina M. Sego
DAVINA SEGO
c/o United States Post Office
1825 N. ATLAS ROAD
RATHDRUM, IDAHO 83858

## ACKNOWLEDGEMENT

USE OF NOTARY FOR IDENTIFICATION ONLY AND CONFERS NO FOREIGN JURISTICTION.

STATE OF IDAHO )
)SS
COUNTY OF KOOTENAI )

IN WITNESS WHEREOF, on the 11 day of February, 1998, personally appeared DAVINA M. SEGO in propria persona before me, a Notary Public in and for said county and state, and executed the foregoing instrument of HER own free act and deed.

9-30-03
My commission expires

Chris Lindmeyer
Signature of Notary

Kootenai
County of residence

Chris Lindmeyer
Printed Name of Notary

458922

[Exhibit-"F"]

FILED BY S. Sego

'95 JAN 17 PM 12 26

MARIE SCOTT
RECORDER OF BONNER
COUNTY BY ______ DEP.

IDAHO TRANSPORTATION DEPARTMENT
MOTOR VEHICLE BUREAU
P.O. BOX 7129
BOISE, IDAHO 83707-1129

Dear IDAHO TRANSPORTATION DEPT.:

NOTICE OF REVOCATION OF SIGNATURE AND POWER OF ATTORNEY

I, STEVEN SEGO, an American National located in KOOTENAI county, IDAHO state, but not the corporate body-politic of either, and a natural human being of the American Republic Nation, do hereby revoke and make void, per U.C.C. section 2-608 ab initio, all signatures on any and all instruments and any express or implied Power of Attorney therewith, in fact or assumption, signed either by me or anyone acting as my agent, or unsigned, **as it pertains** to: DRIVER'S LICENSE and all other certificates issued by: IDAHO TRANSPORTATION DEPT, MOTOR VEHICLE BUREAU a governmental/quasi governmental entity, due to the use of various elements of fraud and misrepresentation, coercion, duress, mistake and bankruptcy as per UCC section 1-103, by said agency/entity. I, hereby, cancel, repudiate and refuse to accept any benefit(s), franchise(s) and/or privilege(s) attached to the above mentioned item(s).

I, STEVEN SEGO, do hereby SURRENDER, revoke, cancel, annul, repeal, dismiss, discharge, extract, withdraw, abrogate, recant, negate, strike, repudiate, wipe out, disavow, recall, and renounce, destroy, abjure, disclaim, disown, reject, and relinquish all signatures and powers of attorney, in fact or assumption, with or without my consent and/or knowledge, as it pertains to any and all property, real or personal, corporeal or incorporeal, obtained in the past, present or future. I am the sole and absolute possessor, owner and possess absolute unqualified full right allodial title to any and all such property as an inhabitant of the American Republic. No [illegible] trade or business within the [illegible] State of IDAHO (S.A.) Political corporation.

This instrument replaces, cancels, and repudiates the prior instrument that I filed with IDAHO TRANSPORTATION DEPARTMENT, MOTOR VEHICLE BUREAU and all other governmental entities anywhere which may execute on said prior instrument(s), and this document shall become a permanent part of the records of the above named government agency(ies). All such instruments are without prejudice to me (U.C.C. 1-207) and Non Assumpsit to you.

Witness my hand this 12th day of January, 1995

Steven Sego
STEVEN SEGO
c/o United States Post Office
1825 N. ATLAS RD.
RATHDRUM, IDAHO 83858

458922

# ACKNOWLEDGEMENT

USE OF NOTARY FOR IDENTIFICATION ONLY AND CONFERS NO FOREIGN JURISTICTION.

STATE OF IDAHO )
)SS
COUNTY OF KOOTENAI )

IN WITNESS WHEREOF, on the 12th day of JANUARY, 1995, personally appeared STEVEN SEGO in propria persona before me, a Notary Public in and for said county and state, and executed the foregoing instrument of HIS own free act and deed.

3-5-99
My commission expires

Susan M. Lawrence
Signature of Notary

KOOTENAI
County of residence

Susan M. LAWRENCE
Printed Name of Notary

IDAHO TRANSPORTATION DEPARTMENT
MOTOR VEHICLE BUREAU
P.O. BOX 7129
BOISE, IDAHO 83707-1129

Dear IDAHO TRANSPORTATION DEPT.:

## NOTICE OF REVOCATION OF SIGNATURE AND POWER OF ATTORNEY

I, DAVINA M. SEGO, an American National located in KOOTENAI county, IDAHO state, but not the corporate body-politic of either, and a natural human being of the American Republic Nation, do hereby revoke and make void, per U.C.C. section 2-608 ab initio, all signatures on any and all instruments and any express or implied Power of Attorney therewith, in fact or assumption, signed either by me or anyone acting as my agent, or unsigned, as it pertains to: DRIVER'S LICENSE and all other certificates issued by: IDAHO TRANSPORTATION DEPT, MOTOR VEHICLE BUREAU a governmental/quasi governmental entity, due to the use of various elements of fraud and misrepresentation, coercion, duress, mistake and bankruptcy as per UCC section 1-103, by said agency/entity. I, hereby, cancel, repudiate and refuse to accept any benefit(s), franchise(s) and/or privilege(s) attached to the above mentioned item(s).

I, DAVINA M. SEGO , do hereby SURRENDER, revoke, cancel, annul, repeal, dismiss, discharge, extract, withdraw, abrogate, recant, negate, strike, repudiate, wipe out, disavow, recall, and renounce, destroy, abjure, disclaim, disown, reject, and relinquish all signatures and powers of attorney, in fact or assumption, with or without my consent and/or knowledge, as it pertains to any and all property, real or personal, corporeal or incorporeal, obtained in the past, present or future. I am the sole and absolute possessor/owner and possess absolute unqualified full right allodial title to any and all such property as an inhabitant of the American Republic with **No** effectively connected trade or business within the United States or the State of IDAHO "Body Politic" corporation.

This instrument replaces, cancels, and repudiates the prior instrument that I filed with IDAHO TRANSPORTATION DEPARTMENT, MOTOR VEHICLE BUREAU and all other governmental entities anywhere which may execute on said prior instrument(s), and this document shall become a permanent part of the records of the above named government agency(ies). All such instruments are without prejudice to me (U.C.C. 1-207) and Non Assumpsit to you.

Witness my hand this 11th day of February, 1998.

Davina M Sego
DAVINA SEGO
c/o United States Post Office
1825 N. ATLAS RD.
RATHDRUM, IDAHO 83858

# ACKNOWLEDGEMENT

USE OF NOTARY FOR IDENTIFICATION ONLY AND CONFERS NO FOREIGN JURISTICTION.

STATE OF IDAHO )
)SS
COUNTY OF KOOTENAI )

IN WITNESS WHEREOF, on the 11 day of February, 1998, personally appeared DAVINA M. SEGO in propria persona before me, a Notary Public in and for said county and state, and executed the foregoing instrument of HER own free act and deed.

9-30-03
My commission expires

Chris Lindmeyer
Signature of Notary

Kootenai
County of residence

Chris Lindmeyer
Printed Name of Notary

COPY

[Ex]hibit- "F1"

June 9, 2004, Year of our Lord

Embassy of Heaven
8777 Basl Hill Road SE
PO Box 337
Stayton, Oregon 97383-0337
Kingdom of Heaven
EmbassyOfHeaven.Org
(503) 769-5034

Transportation Department
PO Box 7129
Boise, Idaho 83707-1129

Re: Return of Obsolete Driver License
Driver: Steven Sego
D.L.No. CA1471831
D.O.B. 04/16/1958

Greetings from the Kingdom of Heaven. By the authority vested in our Sovereign Lord Jesus Christ, we are empowered to maintain a system of records and register and title vehicles for the Kingdom of Heaven.

According to our records, Steven Sego is a citizen and resident of the Kingdom of Heaven, and as of this date, is now licensed by the Embassy of Heaven of the Kingdom of Heaven under the authority of Jesus Christ. As agent, we have enclosed the above-referenced Driver License for cancellation.

Steven Sego no longer intends to drive in the State of Idaho. We intend to drive on the highways in the Kingdom of Heaven in obedience to the Great Commission of Jesus Christ (Matthew 28:19).

Please update your records to indicate that Steven Sego is licensed in a foreign jurisdiction.

We pray that everyone may enter the promised Kingdom of Heaven.

Under the Authority of Jesus Christ,
Embassy of Heaven
Paul Revere, Pastor

Enclosure

Embassy of Heaven
8777 Basl Hill Road SE
PO Box 337
Stayton, Oregon 97383-0337
Kingdom of Heaven
EmbassyOfHeaven.Org
(503) 769-5034

Date of Report: June 9, 2004, Year of Our Lord

To Whom it may concern:

May the Peace and Joy of Jesus Christ be with you.

## Driver / Indentification Record

| | |
|---|---|
| Name: | Steven: Sego, |
| Address: | general delivery<br>c/o 17825 North Atlas-Road<br>Rathdrum, Idaho 83858 |
| DL/ID Number: | 1072250 |
| Document Issued: | DRIVER LICENSE |
| Baptism Date: | 04/16/1966 |
| Date Issued: | 06/04/2004 Expiration: 06/04/2011 |

Height: 6 02 Weight: 175 Sex: M Eyes: GREEN Hair: BROWN

I certify that the foregoing is a true and correct abstract of the Church Record.

In the Authority of Jesus Christ,
Embassy of Heaven
Paul Revere
Paul Revere, Pastor

SEAL

**DRIVER LICENSE**
ID: 1072250 Sex: M
Baptism 04/16/1966
Issued: 06/04/2004
Expires: 06/04/2011
Height: 6 02 Weight: 175
Eyes: GREEN Hair: BROWN
Steven: Sego,
general delivery
c/o 17825 North Atlas-Road
Rathdrum, Idaho 83858
Steven: Sego.

Kingdom of Heaven

Records.EmbassyOfHeaven.Org

458924

[Ex]hibit-"6"

FILED BY S. Sego

'95 JAN 17 PM 12 27

600

MARIE SCOTT
RECORDER OF BONNER
COUNTY BY SK DEP.

IDAHO TRANSPORTATION DEPARTMENT
MOTOR VEHICLE BUREAU
P.O. BOX 7129
BOISE, IDAHO 83707-1129

Dear IDAHO TRANSPORTATION DEPARTMENT:

**NOTICE OF REVOCATION OF SIGNATURE AND POWER OF ATTORNEY**

I, STEVEN SEGO, an American National located in KOOTENAI county, IDAHO state, but not the corporate body-politic of either, and a natural human being of the American Republic Nation, do hereby revoke and make void, per U.C.C. section 2-608 ab initio, all signatures on any and all instruments and any express or implied Power of Attorney therewith, in fact or assumption, signed either by me or anyone acting as my agent, or unsigned, as it pertains to MOTOR VEHICLE REGISTRATION and all other certificates issued by IDAHO TRANSPORTATION DEPT. MOTOR VEHICLE BUREAU a governmental/quasi governmental entity, due to the use of various elements of fraud and misrepresentation, coercion, duress, mistake and bankruptcy as per UCC section 1-103, by said agency/entity. I, hereby, cancel, repudiate and refuse to accept any benefit(s), franchise(s) and/or privilege(s) attached to the above mentioned item(s).

I, STEVEN SEGO, do hereby SURRENDER, revoke, cancel, annul, repeal, dismiss, discharge, extract, withdraw, abrogate, recant, negate, strike, repudiate, wipe out, disavow, recall, and renounce, destroy, abjure, disclaim, disown, reject, and relinquish all signatures and powers of attorney, in fact or assumption, with or without my consent and/or knowledge, as it pertains to any and all property, real or personal, corporeal or incorporeal, obtained in the past, present or future. I am the sole and absolute possessor/owner and possess absolute unqualified full right allodial title to any and all such property as an inhabitant of the American Republic with No effectively connected trade or business within the United States or the State of IDAHO "body politic" corporation.

This instrument replaces, cancels, and repudiates the prior instrument that I filed with IDAHO TRANSPORTATION DEPARTMENT, MOTOR VEHICLE BUREAU and all other governmental entities anywhere which may execute on said prior instrument(s), and this document shall become a permanent part of the records of the above named government agency(ies). All such instruments are without prejudice to me (U.C.C. 1-207) and Non Assumpsit to you.

Witness my hand this 12th day of January, 1995.

Steven Sego

STEVEN SEGO
c/o United States Post Office
1623 N. ATLAS RD.
RATHDRUM, IDAHO 83858

ACKNOWLEDGEMENT

USE OF NOTARY FOR IDENTIFICATION ONLY AND CONFERS NO FOREIGN JURISTICTION.

STATE OF IDAHO )
)SS
COUNTY OF KOOTENAI )

IN WITNESS WHEREOF, on the 12th day of JANUARY, 1995, personally appeared STEVEN SEGO in propria persona before me, a Notary Public in and for said county and state, and executed the foregoing instrument of HIS own free act and deed.

3-5-99
My commission expires

Susan M. Lawrence
Signature of Notary

KOOTENAI
County of residence

Susan M. Lawrence
Printed Name of Notary

IDAHO TRANSPORTATION DEPARTMENT
MOTOR VEHICLE BUREAU
P.O. BOX 7129
BOISE, IDAHO 83707-1129

Dear IDAHO TRANSPORTATION DEPT.:

NOTICE OF REVOCATION OF SIGNATURE AND POWER OF ATTORNEY

I, DAVINA M. SEGO, an American National located in KOOTENAI county, IDAHO state, but not the corporate body-politic of either, and a natural human being of the American Republic Nation, do hereby revoke and make void, per U.C.C. section 2-608 ab initio, all signatures on any and all instruments and any express or implied Power of Attorney therewith, in fact or assumption, signed either by me or anyone acting as my agent, or unsigned, **as it pertains** to: MOTOR VEHICLE REGISTRATION and all other certificates issued by: IDAHO TRANSPORTATION DEPT, MOTOR VEHICLE BUREAU a governmental/quasi governmental entity, due to the use of various elements of fraud and misrepresentation, coercion, duress, mistake and bankruptcy as per UCC section 1-103, by said agency/entity. I, hereby, cancel, repudiate and refuse to accept any benefit(s), franchise(s) and/or privilege(s) attached to the above mentioned item(s).

I, DAVINA M. SEGO , do hereby SURRENDER, revoke, cancel, annul, repeal, dismiss, discharge, extract, withdraw, abrogate, recant, negate, strike, repudiate, wipe out, disavow, recall, and renounce, destroy, abjure, disclaim, disown, reject, and relinquish all signatures and powers of attorney, in fact or assumption, with or without my consent and/or knowledge, as it pertains to any and all property, real or personal, corporeal or incorporeal, obtained in the past, present or future. I am the sole and absolute possessor/owner and possess absolute unqualified full right allodial title to any and all such property as an inhabitant of the American Republic with <u>No</u> effectively connected trade or business within the United States or the State of IDAHO "Body Politic" corporation.

This instrument replaces, cancels, and repudiates the prior instrument that I filed with IDAHO TRANSPORTATION DEPARTMENT, MOTOR VEHICLE BUREAU and all other governmental entities anywhere which may execute on said prior instrument(s), and this document shall become a permanent part of the records of the above named government agency(ies). All such instruments are without prejudice to me (U.C.C. 1-207) and Non Assumpsit to you.

Witness my hand this 11th day of February, 19 98.

Davina M. Sego
DAVINA M. SEGO
c/o United States Post Office
1825 N. ATLAS RD.
RATHDRUM, IDAHO 83858

## ACKNOWLEDGEMENT

USE OF NOTARY FOR IDENTIFICATION ONLY AND CONFERS NO FOREIGN JURISTICTION.

STATE OF IDAHO )
)ss
COUNTY OF KOOTENAI )

IN WITNESS WHEREOF, on the 11 day of February, 1998. personally appeared DAVINA M. SEGO in propria persona before me, a Notary Public in and for said county and state, and executed the foregoing instrument of HER own free act and deed.

9-30-03
My commission expires

[signature]
Signature of Notary

Kootenai
County of residence

Chris Lindmeyer
Printed Name of Notary

458923

[Ex] hibit- "H"

FILED BY S. Sego
'95 JAN 17 PM 12 27
MARIE SCOTT
RECORDER OF BONNER COUNTY BY SK DEP.

MARRIAGE LICENSING DEPARTMENT
2001 SOUTH STATE
SALT LAKE CITY, UTAH

Dear CLERK, MARRIAGE LICENSING DEPARTMENT:

**NOTICE OF REVOCATION OF SIGNATURE AND POWER OF ATTORNEY**

I, STEVEN SEGO, an American National located in KOOTENAI county, IDAHO state, but not the corporate body-politic of either, and a natural human being of the American Republic Nation, do hereby revoke and make void, per U.C.C. section 2-608 ab initio, all signatures on any and all instruments and any express or implied Power of Attorney therewith, in fact or assumption, signed either by me or anyone acting as my agent, or unsigned, **as it pertains** to MARRIAGE LICENSE and all other certificates issued by: MARRIAGE LICENSING DEPARTMENT a governmental/quasi governmental entity, due to the use of various elements of fraud and misrepresentation, coercion, duress, mistake and bankruptcy as per UCC section 1-103, by said agency/entity. I, hereby, cancel, repudiate and refuse to accept any benefit(s), franchise(s) and/or privilege(s) attached to the above mentioned item(s).

I, STEVEN SEGO, do hereby SURRENDER, revoke, cancel, annul, repeal, dismiss, discharge, extract, withdraw, abrogate, recant, negate, strike, repudiate, wipe out, disavow, recall, and renounce, destroy, abjure, disclaim, disown, reject, and relinquish all signatures and powers of attorney, in fact or assumption, with or without my consent and/or knowledge, as it pertains to any and all property, real or personal, corporeal or incorporeal, obtained in the past, present or future. I am the sole and absolute possessor/owner and possess absolute unqualified full right allodial title to any and all such property as an inhabitant of the American Republic with <u>No</u> effectively connected trade or business within the United states or the State of UTAH "Body Politic" corporation.

This instrument replaces, revokes, and repudiates the prior instrument that I filed with MARRIAGE LICENSING DEPARTMENT and all other governmental entities anywhere which may execute on said prior instrument(s), and this document shall become a permanent part of the records of the above named government agency(ies). All such instruments are without prejudice to me (U.C.C. 1-207) and Non Assumpsit to you.

Witness my hand this 12th day of January, 1995.

Steven Sego
STEVEN SEGO
c/o United States Post Office
1825 N. ATLAS ROAD
RATHDRUM, IDAHO 83858

435923

# ACKNOWLEDGEMENT

USE OF NOTARY FOR IDENTIFICATION ONLY AND CONFERS NO FOREIGN JURISTICTION.

STATE OF IDAHO )
)SS
COUNTY OF KOOTENAI )

IN WITNESS WHEREOF, on the 12th day of JANUARY, 1995, personally appeared STEVEN SEGO in propria persona before me, a Notary Public in and for said county and state, and executed the foregoing instrument of HIS own free act and deed.

3-5-99
My commission expires

Susan M Lawrence
Signature of Notary

KOOTENAI
County of residence

Susan M. Lawrence
Printed Name of Notary

458917 [Exhibit-"I"]

FILED BY S. Sego

'95 JAN 17 PM 12 24

6.00

MARIE SCOTT

RECORDER OF BONNER

COUNTY BY SE DEP.

TOM MOORE
KOOTENAI COUNTY ASSESSOR
501 GOVERNMENT WAY
C/O P.O. BOX 900
COUER D' ALENE, IDAHO 83816-1932

Dear TOM MOORE:

**NOTICE OF REVOCATION OF SIGNATURE AND POWER OF ATTORNEY**

I, STEVEN SEGO, an American National located in KOOTENAI county, IDAHO state, but not the corporate body-politic of either, and a natural human being of the American Republic Nation, do hereby revoke and make void, per U.C.C. section 2-608 ab initio, all signatures on any and all instruments and any express or implied Power of Attorney therewith, in fact or assumption, signed either by me or anyone acting as my agent, or unsigned, **as it pertains** to: BUILDING PERMITS, ET AL and all other certificates issued by: KOOTENAI COUNTY ASSESSOR'S OFFICE a governmental/quasi governmental entity, due to the use of various elements of fraud and misrepresentation, coercion, duress, mistake and bankruptcy as per UCC section 1-103, by said agency/entity. I, hereby, cancel, repudiate and refuse to accept any benefit(s), franchise(s) and/or privilege(s) attached to the above mentioned item(s).

I, STEVEN SEGO, do hereby SURRENDER, revoke, cancel, annul, repeal, dismiss, discharge, extract, withdraw, abrogate, recant, negate, strike, repudiate, wipe out, disavow, recall, and renounce, destroy, abjure, disclaim, disown, reject, and relinquish all signatures and powers of attorney, in fact or assumption, with or without my consent and/or knowledge, as it pertains to any and all property, real or personal, corporeal or incorporeal, obtained in the past, present or future. I am the sole and absolute possessor/owner and possess absolute unqualified full right allodial title to any and all such property as an inhabitant of the American Republic with **No** effectively connected trade or business within the United States or the State of Idaho 'Body Politic' corporation.

This instrument replaces, cancels, and repudiates the prior instrument that I filed with KOOTENAI COUNTY ASSESSOR'S OFFICE and all other governmental entities anywhere which may execute on said prior instrument(s), and this document shall become a permanent part of the records of the above named government agency(ies). All such instruments are without prejudice to me (U.C.C. 1-207) and Non Assumpsit to you.

Witness my hand this 12TH day of January, 1995.

Steven Sego

STEVEN SEGO
c/o United States Post Office
1825 N. ATLAS ROAD
RATHDRUM, IDAHO 83858

459917

ACKNOWLEDGEMENT

USE OF NOTARY FOR IDENTIFICATION ONLY AND CONFERS NO FOREIGN JURISDICTION.

STATE OF IDAHO )
)SS
COUNTY OF KOOTENAI )

IN WITNESS WHEREOF, on the 12th day of JANUARY, 1995, personally appeared STEVEN SEGO in propria persona before me, a Notary Public in and for said county and state, and executed the foregoing instrument of HIS own free act and deed.

3-5-99
My commission expires

Susan M Lawrence
Signature of Notary

KOOTENAI
County of residence

Susan M. Lawrence
Printed Name of Notary

[Ex]hibit-"J"

:Steven: Sego.
C/o postal-service-address:
17825 N. Atlas-Road
Rathdrum, Idaho, [83858]

May / 4 / 2002

Office of the Secretary of the state of the Idaho,
Elections-Division / Department
Idaho-State-Seat of the Government
Certified-Mail-Number: 7000 0520 0015 3016 2006

**REFERENCE:** Notice & Praecipe, Elector-Status-Change.

Greetings:

You will please notice that I recently-discovered that there are certain political-liabilities which attach unto the voter-registration / roll which, if they had-been fully-disclosed unto me at the time I was induced into the Consent-Contract, would have-dissuaded me from the doing so. For this reason and on this basis, I am hereby, repudiating the said consent-contract and rescinding my signature from and Declare-void any and all forms, cards and instruments which may evidence the said mistake.

You will also forthwith please remove my name from the voter-roll for the Idaho-State and any political-sub-division-thereof as well as notify any and all interested-parties of this elector-status-change. My individual-sovereign-Consent is withdrawn and reserved until further-notice. No answer unto this instruction is required, but acknowledgement of the compliance would-be greatly-appreciated. In the event you are unable or unwilling for the complying with this instruction, I shall alternatively-require of you for the evidence of your Article: VI Oath of the Fidelity as well as the policy-number and name and address of the underwriter of the your bond.

Respectfully,

:Steven: Sego.

:Steven: Sego,
Idaho-Elector.

Cc: Kootenai-County-Clerk: Daniel: English.
Certified-Mail-Number: 7000 0520 0015 3016 1993

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 0520 0015 3016 2006

| | |
|---|---|
| Postage | $ .34 |
| Certified Fee | 2.10 |
| Return Receipt Fee (Endorsement Required) | 1.50 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.94 |

USPS RATHDRUM ID 83858 MAY 15 2002 Postmark Here

Recipient's Name (Please Print Clearly) (To be completed by mailer)
Secretary of the State of The Idaho
Street, Apt. No.; or PO Box No.
700 W. Jefferson St, Room-203
City, State, ZIP+4
Boise, Idaho [83720]

PS Form 3800, February 2000 See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Secretary of the State
of the Idaho
700 W. Jefferson-Street,
Room-203
Boise, Idaho,
[83724]

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) B. Date of Delivery

C. Signature
X RECEIVED CENTRAL MAIL ROOM ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
MAY 17 2002
BOISE, ID
CLERK NO. 02

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)
7000 0520 0015 3016 2006

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

[Ex]hibit-"K"



EXECUTIVE-OFFICE OF THE PRESIDENT
1600 Pennsylvania-Avenue, N.W.
Washington, DC, 20500
ATTN: George-W. Bush,
President of the [CORPORATE] United States

February/16/2003

REGISTER-MAIL-NUMBER: RR809316097US

Dear Mr. Bush,

**NOTICE:** Enclosed " **Declaration of the Expatriation / Repatriation"** For the **Expatriation** from the corporate-United-States and for the **Repatriation** into the several-united-states-**Republic** .

Please find enclosed with this cover-notice my / our [A]ffidavit / Declaration of the Expatriation / Repatriation by the **Sovereigns: Steven: Sego, Davina-Michelle: Sego,** husband and wife and minor-children: **Stevana-Wilhelmina: Sego, Jordan-Robert: Sego, Olivia-Lila-Rose: Sego, Steven-James: Sego, Amelia-Elizabeth: Sego, Ryan-Michael: Sego, Benjamin-Phillip: Sego, and Amber-Dawn: Sego**. For the enclosed Declaration will-serve as the "Formal-Notice" of my/our expatriation / repatriation, NUNC-PRO-TUNC, from the corporate-United-States, returning, in TOTO, unto the Republic of the several-unity-states. Be it understood that the necessity for the making of the livelihood requires sometimes for the use of the SOCIAL-SECURITY-NUMBER (sic) For the use of this number is done under protest and without prejudice. For the any and all uses of the "United States Postal Service" is done without prejudice. Also find enclosed the copies of the [re]scinding of the contracts, recorded in the county of the Bonner, state of the Idaho, in the year: 1995.
You have **Twenty (20)-Days** for the reply and for the opportunity for the producing any disputes, questions, statements against this Notice of the Expatriation / Repatriation, from the date of this notice. If after the twenty (20)-days, there is no objection raised with the evidence unto the contrary, then this Declaration of Expatriation / Repatriation **is** in full-force.Thank you for your cooperation. Sincerely,

Autograph: Steven: Sego Davina-Michelle: Sego
**Steven: Sego, Davina-Michelle: Sego,**
Without prejudice
c/o 17825 N. Atlas-Road
Rathdrum, Idaho, [83858]

Enclosures with instrument-Numbers: 458927, 458926, 458919, 458918, 458920, 458921, 458924, 458922, 458917, 458923, 458925 also documents unto: Immigration + Naturalization, Idaho Transportation, + Social Security By Davina-M: Sego.

# DECLARATION OF THE EXPATRIATION/REPATRIATION

FOR ALL UNTO WHOM THESE PRESENTS SHALL-COME, GREETINGS:
WHEN in the course of the human-events, it becomes necessary for the Sovereign for the dissolving of the Political-Bands which-have-connected him/her with another , and for the assuming of the Powers of the Earth, for the separate and equal-station unto which the Laws of the Nature and of the Nature's-God entitles him/her, of the decent-respect of the opinions of the Mankind requires that the Sovereign should declare the causes which impel him/her for the Expatriation.

I.

I, **Steven: Sego, and Davina-Michelle: Sego, and children,** hold these Truths for the being self-evident, that all Men **are** created-equal, that all are endowed by their Creator **(Almighty-Heavenly: Father)** with certain unalienable-Rights, that among these **are** LIFE, LIBERTY and the PURSUIT OF THE HAPPINESS.

II.

For the securing of these Rights, governments **are** instituted among men, deriving their just-Powers from the Consent of the Governed, as unto the Sovereign shall-esteem most-likely for the effecting his/her Safety and Happiness. Prudence, indeed, will dictate that the Government long-established, should-not-be-changed for light and transient-causes; and accordingly all experience hath shown, that Mankind are more disposed for the suffering, while Evils are sufferable, than for the righting themselves by the abolishing the Forms unto which they are accustomed. For when the long-train of the [A]buses and Usurpations, pursuing invariably the same-object, evinces a design for the reducing him/her under absolute-Despotism, it is the Sovereign's-Right, it is the Sovereign's-Duty, for the throwing-off of this such government, and for the providing new-Guards for his/her future-Security.

III.

Such has-been my patient-Sufferance; and such is now the Necessity which constrains me for the altering my current-Status. For the History of the present-Government [Federal-Corporation] **is** of the History of the repeated-Injuries and Usurpations, all having in the direct-Object for the Establishment of an absolute-Tyranny over the Sovereigns in the Republic. For the proof of this, let the Facts be-submitted unto the candid-World. [For the foregoing-language from the Declaration of the Independence has-been-minimally-altered for the reflecting my personification].

# DECLARATION OF THE SOVEREIGNS: Steven: Sego, and Davina-Michelle: Sego, and children.

I, **Steven: Sego, and Davina-Michelle: Sego, and children,** being [a] native-born-Citizen in the Colorado-state, and respective-states, in the year of our Heavenly-Father, One-thousand: nine-hundred and fifty-eight and respective-years, A.D., DO, in the Name of the Almighty-Heavenly-Father: Yahuah, the Declaration of the Independence, the "right for the foreswearing-allegiance and expatriate oneself" [Committee for Industrial Organization v. Hague, 25 F. Supp. 127, 141 (DCNJ]; United-States-Statutes at Large, Vol. 15, chap. 249, page 223 of the Fortieth-Cong.: " An act concerning the Rights of American Citizens in foreignStates…" ;and, out of decent-Respect unto the opinions of the Mankind, DECLARE the causes which-have-impelled me for this Declaration. FOR THE WHICH, I do SOLEMN;Y-SAY, PUBLISH and DECLARE of the RIGHT (S) [both unalienable and remedial] for the EXPATRIATION in the personam and my/our res from the foreign-jurisdiction [legislative democracy] (bound over in the trust, by the Republic, unto the municipal-corporation of the "District of Columbia" (sic)), and return, IN TOTO, unto the Republic of the several-states, as guaranteed by the **Article-IV: Section: 4** of the Primary-Contract: **CONSTITUTION OF THE UNITY-STATES** and **Articles the First** through **the thirteenth,** unencumbered.

For any and all political-connections implied by the operation of the law, statute, custom, usage, regulation or OTHERWISE in the trust with the said, legislative-democracy is hereby **DECLARED NULL AND VOID,** and dissolved NUNC PRO TUNC, this Sixteenth day of the February, two-thousand and three [2003] A.D.

## CAUSE OF THE ACTION

**PROLEGOMENOUS-OUTLINE:**

I. Fraud (constructive and actual)

A. United-States-citizenship [Amendment XIV].

(1) Coerced-Education

(2) Social-Security-Insurance-contract;

(3) Use of the Postal-Service; and

(4) Other instruments of the U.S-citizenship.

II. Undue-Influence

A. United-States-citizenship [Amendment XIV].
(1) Coerced-Education;
(2) Social-Security-Insurance-contract;
(3) Use of the Postal-Service; and
(4) Other instruments of the U.S.-citizenship.

**FACTS:**

I.(A)(1)-Coerced-education.

While in my impressionable-years, federal-withholding-agents coerced my parents in the registering me and, thereafter, requiring me for the attending-schools. While attending of these schools, teachers certified [lisenced] through the federal-withholding-agents, conditioned me for the serving of the federal-corporation. I was conditioned into the acquiescence; then proceeded for the openly-proclaiming of the status of the "United States Citizenship" (sic), unwittingly being-contracted into the federal-sovereignty-empire [Amendment XIV, sections 1 and 4]. For the foregoing-cabal directed me away from my Native-American-Citizenship and into the contractual-situation called "United States Citizenship" (sic).

For these federal-agents and their licensed-teachers misrepresented material-facts unto me in my impressionable-years. Because I acted in the [re]liance-thereof, I have-suffered injuries unto my (natural) Person, Property and Rights.

I.(A)(2)-Social-Security-Insurance-contract.

It was declared, by the Department of the Justice, and concurred with by [a] U.S.-District [merchant]-judge, that: "He pays Social Security, he uses the Postal service, therefore, Mr. Cooper is a United States citizen." (United States of America v. Austin Gary Cooper, 89-109-Cr-Hoeveler, DCSFl, 1990 and concurred with by the 11th Circuit Court of Appeals, United States of America v. Austin Gary Cooper, 90-5597").

I was coerced into the Social-Security-Insurance [hereinafter referred unto as S.S.] written and implied-contract by and through the deception of the federal-agents, who informed me that I could not earn [a] living without the first, [a]greeing with that contract.

While still [a] minor, I was informed by the school-officials ( as well as potential-employers) that I could-not get [a] job unless I [a]greed unto the contract and obtained the S.S.-number. While true, federal and state-agents did-not-inform me that in the order for the protecting of my birth (unalienable)-Rights,

I would-have the need for the [ex]ecution of the S.S.-contract "without prejudice" or "under protest" [Uniform Commercial Code ~ 1-207 and it's flial-relations adopted into State-statutes]. [A]dditionally, I was-not-exposed unto this information, inasmuch as the necessary-publications are not-found in the undergraduate-school and public-libraries. I succumbed unto this deceptive-coercion while still [a] minor, and applied for (and subsequently received) [a] S.S.-number.

In the summary, through the constructive-fraud, I was-drawn into the contract for the S.S. which was proffered as "insurance"). Deceitful-federal-agents conditioned me into the believing that the S.S.-payments were "required by law." I was-not-informed / taught that the contracting with the S.S. would-bind me into the co-surety-obligation of the federal [debtor]-corporation unto the federal [creditor]-reserve.

Today, the S.S. is still misrepresented as "insurance" (Federal Insurance Contributions Act [FICA]). However, through the diligent-research, I have deduced that S.S. is not "insurance"1, but is welfare, according unto the "general welfare" clause of the Primary-Contract 2. Therefore, during my impressionable-years and beyond, federal-agents misrepresented material-facts unto me; and, acting in the reliance-thereupon, I have-suffered-injury unto my (natural) Person, Property, and Rights.

I.(A)(3)-Use of the Postal-Service.

For the Primary-Contract, under the Article~I: section: 8: clauses: [1] and [7], states: "The Congress shall have the Power…to establish Post Offices and post-Roads." [A]pproximately ninety-two (92)-years later, under the federal-martial-law, the basis for the United-States-citizenship [Amendment XIV] was-added. Circa September of the year, 1971, for the Post-Offices were converted into the Postal-Service, [a] United-States-person. I have-been-unable for the unearthing any Thing published that declares that any further uses of the Post-Offices, now the Postal-Service, constitutes [a] "voluntary-acceptance" into the co-surety-obligation of the federal-corporation. My understanding has-always-been that I was-using the Post-Offices provided for in the Primary-Contract, inasmuch as the buildings that I have-done-business in have all displayed the words: "United States Post Office" somewhere on their exterior. Moreover, I have-accepted the paradox that the "United States Post Office" and the "Postal Service" is, at present, [a] constitutionally-legitimate-entity, lawfully serving the needs of the Citizens in the republic, as well as the citizens of the {corporate] United States.

1 - Helvering v. Davis, 301 U.S. 619, 81 L.Ed. 1307, 57 S.Ct. 904; Flemming v. Nestor, 363 U.S. 603, 4 L.Ed.2d 1435, 80 S.Ct. 1367 (1960).

2 - Constitution of the United-States, Article~I: section: 8: clause [1], "[g]eneral Welfare of the United States".

As such, it is not unreasonable for the concluding that the congress converted the Post-Offices into the Postal-Service for the purpose of the binding any natural-person using of the same into the co-surety-obligation of the federal-corporate-debt. Rather, the federal-corporation should-have-acted in the good-faith by the advertising that any further use of what had become the Postal-Service without [a] specific-reservation of the One's-Rights: writing the language "without prejudice," "under protest", or the like [UCC ~1-207 and it's filial-relations adopted as State statutes] [a]bove the Postal-address-used would-bind one into the such co-surety-obligation.

I.(A)(4)-Other Instruments of the U.S.-citizenship.

In the cause of the U.S.A. v. Cooper, supra, for the trial-tribunal-judge [a]verred that there were other mediums also used for the conferring of the personam-jurisdiction by the federal-corporation; however, he would-not-expand on his [a]verment, nor, when asked, would he identify such.

For the foregoing [I(A)(1) – (4)], vehicles of the constructive and actual-fraud, renders any and all instruments pertaining-thereunto as void on their face. FRAUD VITIATES [A] CONTRACT.

II.(A)(1) – Coerced-education.

Declarants herewith [a]dopts and incorporates I.9A0910, supra.

II.(A)(2) – Social-Security-Insurance-contract.

Federal-agents [employers, schools, etc.] inundated me subliminally as well as consciously by the espousing propaganda that the insurance-protection, in the form of S.S., were-mandated. After havin-been-sufficiently-coerced, I applied for the S.S.-number without-reservation.

II.(A)(3) – Use of the Postal-Service.

Declarants herewith [a]dopts and incorporates I.(A)(3), supra.

II.(A)(4) – Other instruments of the U.S.-citizenship.

Voters-Registration, Drivers-license, Vehicle-Registration, Certified-Birth-Certificates, Marriage-license, building-permits...

Declarants herewith [a]dopts and incorporates I.(A)(4), supra.

**For the foregoing, [II.(A)(1) – (4)], [a] condition whereby my submission unto the undue-influence was-manifested by the nefarious-mandates of the federal-agents, renders any and all instruments pertaining-thereunto as void.**

I/We have-suffered repeated-injuries from the federal-agents [both U.S. and it's franchisees (e.g., the corporate STATE OF THE IDAHO )]. My (alledged) United-States-citizenship has-manifested: [a]ssault and battery; simple-[a]ssault; threatened-[a]ssault; extortion; conspiracy; fraud; rape; fraudulent breach of the contract; theft; violations of my right for the privacy (for the being secure in my person and effects); and numerous other crimes [a]gainst me/us. Moreover, My/our God-given (unalienable-Rights have-been-denied me/us through the conversion unto the corporate-license-privileges [e.g., earn a livelihood in a lawful-calling, travel on the highways, get married, own real-property / land]. Through the fraud, conspiracy for the defrauding, and the conspiracy [a]gainst my rights, [a] U.S. corporate-subsidiary known as Coeur d' Alene, Idaho has-[a]ttempted and is [a]ttempting for the taking of my private-property in the form of the property-taxes unless I pay-tribute unto their de-facto-government. Unto this date, I/We have-suffered irreparable-injury unto my/our Rights of the Life, Liberty and the Pursuit of the Happiness.

As the result of the foregoing, I/We have begun for the understanding that the federal-corporation [a]ppears in the process for the overthrow of the government of The Almighty-God (Isaiah, 9: 6-7); and, the displeasure that Yahoshua had with the lawyers (Luke, 11: 46-52). I/we am further beginning for the understanding of the Almight-Heavenly-Father's-displeasure with his people being-numbered [e.g., S.S.-number] (II Samuel: 24, I Chronicles: 21).

I, **Steven: Sego, and Davina-Michelle: Sego, and children,** Sui-juris, [A]merican-Citizens in the Idaho-state, of the Republic, do remind the reader of the circumstances of my/our forbear's-emigration and settlement here, and further DECLARE that I/we have-full-power for the CONTRACTING and establishing-COMMERCE as secured by the "Declaration of the Independence" and the Primary-Contract / Constitution-Contract.

Though I/we am forced for the use of the S.S.-number-(whatever they may be) for the earning of the livelihood or function in this society, it is understood that any such-usage does-not-grant the federal or state-governments the authority for the assuming that funds can-be-taken in order for the contracting me/us into the United-States-citizenship [see I,(A)(2), page-4 supra]. Thus, my unalienable / substantive-Rights are not prejudiced.

MOREOVER:

As you well-know, the I.R.S., it's principal the Federal-Reserve, and the principal's-army, the B.A.R.-(British-Accredited-Registry)-[A]ssociation have-conspired for the overthrow of the [A]merican-government of the WE THE PEOPLE. Below is the evidence of the criminal-conspiracy whereby the President of the United-States, Judges, Prosecutors, private-practice-Attorneys and other government-agents, brokers and intermediaries receive rewards for their fraud and deception upon the [A]merican-people.

Thus, I/we have unearthed the vested-interest of the B.A.R.-[A]ssociation and it's puppet-government has for the prosecuting and supporting of the status-quo-anent-income-taxation. Thus, evidence of the treason, deception, criminality, fraud, and collusion have-been-unearthed.

## MONETARY-[A]WARDS

For the Internal-Revenue-Manual; "Handbook of Delegation Orders", January 17, 1983, PAGE 1229-91; outlines the [a]lleged Internal-Revenue-Service's-system of the monetary-[a]wards, "of up to and including $5,000.00, for any one individual employee or group of employees, in his/her immediate office, including field employees, engaged in National Office projects; and contributions of employees of other government agencies and armed forces members"; WITH THE [A]PPROVAL OF the Deputy-Commissioner; "of $5,001.00 to $10,000.00, for any one individual or group", with the [a]pproval of the Deputy-Commissioner; "of $10,000.00 to $25,000.00 for any one individual or group", with the Commissioner's-Concurrence, "an additional monetary reward of $10,000.00 (total $35,000.00) TO THE PRESIDENT THROGUH TREASURY AND OPM" with the Commissioner's-concurrence.

I/we must, therefore, [a]cquiesce in the necessity, which denounces my/our separation, and holds the democracy of the United-States {the federal-corporation, it's withholding-agents and it's franchisees] as I/we hold the rest of the Mankind, Enemies in the War, in the Peace, Friends.

For the further, the Declarants sayeth-naught.

**FOR THE USE OF THE NOTARY CONVEYS NO FOREIGN-JURISDICTION BUT IS USED FOR THE IDENTIFICATION-PURPOSES ONLY.**

Subscribed and [ex]ecuted on this 27 day of the February, 2003, A.D.

Steven: Sego, Davina-Michelle: Sego

**Steven: Sego and Davina-Michelle: Sego,**
Without prejudice
C/o 17825 N. Atlas-Road,
Rathdrum, Idaho, [83858]

CHRIS LINDMEYER
NOTARY PUBLIC
STATE OF IDAHO

Idaho-state :
Kootenai County : ss./asv **SEAL**
Rathdrum-City :
Subscribed and sworn unto me this 27 day of the ~~December~~ February, 2003, A.D. My Commission Expires: 9-30-03 Notary-Public Chris Lindmeyer

**UNITED STATES POSTAL SERVICE**

***** WELCOME TO *****
COEUR D' ALENE
COEUR D' ALENE, ID 83814-2713
02/26/03 04:48PM

| | | | |
|---|---|---|---|
| Store | USPS | Trans | 140 |
| Wkstn | sys5005 | Cashier | KTRNTS |
| Cashier's Name | BOB | | |
| Stock Unit Id | WINBOB | | |
| PO Phone Number | 800-275-8777 | | |
| USPS # | 5480520814 | | |

1. First Class 11.23
   Destination: 20500
   Weight: 7.70oz
   Postage Type: PVI
   Total Cost: 11.23
   Base Rate: 1.98
   SERVICES
   Registered Mail 7.50
   RR809316097US
   Return Receipt 1.75

Subtotal 11.23
Total 11.23

Cash 11.23

Number of Items Sold: 1

Try Signature Confirmation.
You will know when your
item arrived and who
signed for it.

---

**Registered No.** RR809316097US

**Date Stamp**

COEUR D'ALENE ... 83814 ... Clerk: KTRNTS ... 02/26/03 ... 2003

To Be Completed By Post Office

| | | | |
|---|---|---|---|
| Reg. Fee $ | 7.50 | Special Delivery $ | |
| Handling Charge $ | | Return Receipt $ | 1.75 |
| Postage $ | 1.98 | Restricted Delivery $ | |
| Received by | | | |

Customer Must Declare Full Value $ -0-

☐ With Postal Insurance
☑ Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: Steven: Sego
c/o 17825 N. ATlas-Road.
Rathdrum, Idaho [83858]

TO: Executive-Office of the President
1600 Pennsylvania-Ave, N.W.
Washington, D.C. 20500

PS Form **3806**, February 1995 **Receipt for Registered Mail** *(Customer Copy)* *(See Information on Reverse)*

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Executive-office: President
1600 Pennsylvania-Ave. N.W.
Washington, D.C.,
20500
ATTN: George-W: Bush

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) THE WHITE HOUSE OFFICE WASHINGTON, D.C. 20500 C. Date of Delivery MAR 13 2003

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☑ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* RR 809316-097

PS Form **3811**, August 2001 Domestic Return Receipt 102595-02-M-1035

[Ex] hibit - "L"

to bibliographers, for
ernment bulletin cita-
ıted as follows:

e (in quotation marks); the
to volume, number, series,

, of forest and related natu-
(serial number not italic),
t. Off.), 1997. 1 p. (*or* p. 1).

uld read as follows:

orse," *Farmers' Bulletin*, No.

each word in book ti-
icles.

1914–1928 (New York: Mac-

ientific work of the govern-

*1914–1928* (New York: Mac-

ientific Work of the Govern-

titles and titles of ar-
e important in biblio-

nany texts, and the fol-

Bibliographers in the Library
, DC 20402.
Publishing Corp., New York,

n. Macmillan Co., New York,

ago, 1993.
ological Survey. Superintend-

# 3. CAPITALIZATION RULES

(See also "Abbreviations and Letter Symbols" and "Capitalization Examples")

**3.1.** It is impossible to give rules that will cover every conceivable problem in capitalization; but by considering the purpose to be served and the underlying principles, it is possible to attain a considerable degree of uniformity. The list of approved forms given in chapter 4 will serve as a guide. Obviously such a list cannot be complete. The correct usage with respect to any term not included can be determined by analogy or by application of the rules.

## Proper names

**3.2.** Proper names are capitalized.

| | | |
|---|---|---|
| Rome | John Macadam | Italy |
| Brussels | Macadam family | Anglo-Saxon |

## Derivatives of proper names

**3.3.** Derivatives of proper names used with a proper meaning are capitalized.

| | | |
|---|---|---|
| Roman (of Rome) | Johannean | Italian |

**3.4.** Derivatives of proper names used with acquired independent common meaning, or no longer identified with such names, are set lowercased. Since this depends upon general and long-continued usage, a more definite and all-inclusive rule cannot be formulated in advance.

| | | |
|---|---|---|
| roman (type) | macadam (crushed rock) | italicize |
| brussels sprouts | watt (electric unit) | anglicize |
| venetian blinds | plaster of paris | pasteurize |

## Common nouns and adjectives in proper names

**3.5.** A common noun or adjective forming an essential part of a proper name is capitalized; the common noun used alone as a substitute for the name of a place or thing is not capitalized.

Massachusetts Avenue; the avenue
Washington Monument; the monument
Statue of Liberty; the statue
Hoover Dam; the dam
Boston Light; the light
Modoc National Forest; the national forest
Panama Canal; the canal
Soldiers' Home of Ohio; the soldiers' home
Johnson House (hotel); Johnson house (residence)
Crow Reservation; the reservation

UNITED STATES
GOVERNMENT
PRINTING
OFFICE

# Style Manual

2000

[Ex]hibit- "M"

**SCHEDULE B - SECTION 2**

**EXCEPTIONS**

(Continued)

Order No.: SM6919

which may exist by reason thereof, disclosed by Record of Survey recorded September 13, 1995, as instrument number 201973, but deleting any covenant, condition or restriction indicating a preference, limitation or discrimination based on race, color, religion, sex, handicap, familial status, or national origin to the extent such covenants, conditions or restrictions violate 42 USC 3604(c).

13. We have searched for judgement and tax liens against Steven Sego and Davina M. Sego and find the following in the public records:
1.) Idaho State Tax Lien filed August 16, 2000 as Lien No. 104831.
2.) Idaho State Tax Lien filed September 6, 2000 as Lien No. 105282.

**END OF EXCEPTIONS**

The foregoing numbered exceptions 1-6 may be eliminated in an ALTA Extended Coverage Policy

**If you have any questions regarding this report, please feel free to contact:**

First American Title Company, Inc.
108 North 8th Street
St. Maries, ID 83861
Phone: (208)245-3664
Fax: (208)245-4099
Title Officer: Autumn Scheinost
Escrow Officer: Carol Karber

**Report Ordered By:**

Steven Sego

**Copies To:**

# First American Title

108 North 8th Street • St. Maries, ID 83861

Phone (208)245-3664 • Fax (208)245-4099

## COMMITMENT FOR TITLE INSURANCE

PREPARED FOR

**Steven Sego**
**c/o 17825 N. Atlas Road**
**Rathdrum, ID 83858**

| | |
|---|---|
| ORDER NO.: | **SM6919** |
| BUYER/BORROWER: | **Steven Sego and Davina M. Sego, husband and wife** |
| SELLER: | **Charles T. Cole and Donna J. Cole, husband and wife** |
| TITLE OFFICER: | **Autumn Scheinost** |
| ESCROW OFFICER: | **Carol Karber** |

*We know you had a choice.*
*Thank you for choosing First American Title Company!*

[Ex] hibit - "N"

1570860

# OFFICIAL OATH

DANIEL J. ENGLISH

FEES $

STATE OF IDAHO }
County of Kootenai } ss.

I do so swear (or affirm) that I will support the Constitution of the United States and the Constitution and laws of the State of Idaho; that I will faithfully discharge all the duties of the office of CLERK OF THE DISTRICT COURT, KOOTENAI COUNTY according to the best of my ability, SO HELP ME GOD.

Dan English

Dan English

Subscribed and sworn to before me this 11th day of January, A.D., 1999

MAY 16 2003

THIS IS TO CERTIFY THAT ... THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE

Instrument # 1570860

Cheryl Reed

[Ex]hibit-"O"

Ben: Ysursa,
Secretary of State
P.O. Box-83720
Boise, Idaho, 83720

Certified-Mail-Number: 7000 0520 0015 3017 7611

July / 14 / 2004

Dear Sir / Secretary of State / Mr. Ysursa,

It has come unto my attention that your office has allowed the Idaho-State-Tax – Commission (sic) for the filing of false / fraudulent-liens against this Sovereign: Steven: Sego, with your office.

Please send me copies of these alleged-liens, and also send me copy or copies of the judgement (s) that allegedly give these liens authority. Also, attach the law or laws, together with their implementing-regulations in the truth, that make these liens valid. Please include any contract (s) signed by me, allowing any agency to proceed against me in this manner.

For your convenience, I have included the Instrument-Numbers below.

Alleged-Lien # 104831
Alleged-Lien # 105282

Thank you for your attention unto this important-matter.

Sincerely,

Steven: Sego,

Steven: Sego,
C/o 17825 North Atlas-Road
Rathdrum, Idaho, [83858]

Cc: file

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 0520 0015 3017 7611

BOISE, ID 83720

| | | |
|---|---|---|
| Postage | $ 0.37 | UNIT ID: 0835 |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | Postmark Here Clerk: 880620 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 4.42 | 07/15/04 |

Recipient's Name (Please Print Clearly) (To be completed by mailer)
Ben: Ysursa, [struck-out text]
Street, Apt. No.; or PO Box No.
P.O. Box-83720
City, State, ZIP+4
Boise Idaho, 83720

PS Form 3800, January 2000 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Secretary of State
Ben: Ysursa,
P.O. Box-83720
Boise, Idaho, 83720

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JUL 19 2004

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7000 0520 0015 3017 7611

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

BEN YSURSA
SECRETARY OF STATE

700 West Jefferson
PO Box 83720
Boise, ID 83720-0080

Telephone 208 334-2300
Fax 208 334-2282

sosinfo@idsos.state.id.us
www.idsos.state.id.us

STATE OF IDAHO
SECRETARY OF STATE

Corporations Division
208 334-2301
Uniform Commercial Code Division
208 334-3191
Fax 208 334-2847
Trademarks/Notaries Division
208 334-2300
Elections Division
208 334-2852
Legislative and Executive Affairs
208 334-2300
Fiscal Division
208 334-5355
Computer Services
208 334-5354

20 July 2004

[Ex]hibit-"p"

Steven Sego
17825 North Atlas Rd
Rathdrum, Idaho 83858

Dear Mr. Sego:

Enclosed please find copies of the liens filed by the Tax Commission naming yourself and Davina M. Sego as Debtors. Please note that the notice of lien forms advise you to contact the State Tax Commission for information.

We file and index a number of different state liens, including those for child support and medical indigency as well as state tax liens. These filings are accepted here pursuant to Chapter 19, Title 45, Idaho Code (copy enclosed). These specific liens apparently arise from various provisions of Title 63 of the Idaho Code, which contains sections dealing with the state personal income tax.

Again, you should contact the Tax Commission for further information.

Sincerely,

Fred C. Goodenough

Fred C. Goodenough
Deputy Secretary of State
Commercial Division

Fcg:kh

[Ex]hibit-"Q"

Ben: Ysursa,
Secretary of State
700 West Jefferson
P.O. Box-83720
Boise, Idaho, 83720-0080

Fred-C: Goodenough,
Deputy-Secretary of State
700 West Jefferson
P.O. Box-83720
Boise, Idaho, 83720-0080

Certified-Mail-Number: 7000 0520 0015 3017 7550

August / 11 / 2004

**CONSTRUCTIVE-NOTICE:**

**Reference:** Your letter, dated: July / 20 / 2004 concerning "NOTICE OF IDAHO STATE LIEN".

Dear Mr. Ysursa, and Mr. Goodenough,

I sent you a letter, dated: July / 14 / 2004, **([EX]HIBIT – "A"),** requesting copies of not only the alleged-liens you have-filed in your office, but also other documents that you should have in your possession in order for the alleged-lien to be valid.

You have-sent information filed with your office showing that perhaps the alleged-lien [ex]ists, however, you do not have the actual-alleged-lien in your possession, **([EX]HIBIT – "C" & "D").** What you are doing, is advertising for the "Idaho State Tax Commission" (sic), that there is a lien, yet you haven't any proof that there is an actual-valid-lien, and by so doing, are with the injury of these Sovereign-Citizens: Steven: Sego, and Davina: Sego, by the filing of something other than the real-truth, in **Collusion,** Title: 28: U.S.C.: Section: 1359. with the Foreign / Fiction-State-Agency, the "Idaho State Tax Commission".

You provided a copy of the Idaho Code (sic) supposedly giving you the authority for your filings, however, you have neglected for the also providing it's Implementing-Regulations, which gives these Idaho Codes (sic) force of law, which render Idaho Codes (sic) [in]valid without them. You also neglected for the providing of any Judgement which must accompany any lien, for the force of collection, by the CONSTITUTION-CONTRACT-DUE-PROCESS. You, Mr. Ysursa, swore an Oath for the upholding of the Constitution of the united-states

of America, and you, **Mr. Goodenough**, are under that Oath **([EX]HIBIT – "B")**. What are you doing then by supporting "Idaho Codes" (sic) ? For these actions are for the **Perjury of the Oath**, Title: 18: U.S.C.: Section: 1001 & 1002, penalty is 5-years in prison, or $5,000.00, or both. **Treason,** Title: 18: U.S.C.: Section: 2381, penalty is 5-years in prison, or $10,000.00, or both.

You also neglected for the providing of any contract that ties me unto your commercial-system, and that makes me liable for any "Internal Revenue Service" (sic) / "Idaho State Tax Commission" (sic) Tax.

**Notice:**

Either, provide all of the [re]quested documents, or please [re]move these unlawful-liens / filings from your [re]cords. Neglecting for doing this after you have the knowledge is under the Title: 42: U.S.C.: Section: 1986, for the knowledge of the law and for the neglect for the correcting of the wrongs. You will personally be held liable in the court of the law.

For these Sovereigns: Steven: Sego, and Davina: Sego, are under the Constitution-Contract, the First-contract that you swore for the upholding, and as the Fiduciary, have the [re]sponsibility for the protection of these guaranteed-rights, by the Title: 4: U.S.C.: Section: 1-3, Flag of the U.S.A.

We, these Sovereigns: Steven: Sego, and Davina: Sego, are not British-Subjects and are not under the Foreign / Fiction-jurisdiction / Idaho-Codes, for they do not apply unto us. For we are not Corporate / Federal-persons. For the Idaho-Codes (sic) are Private-laws and protected by Federal-Patent-Laws, so therefore we cannot use them. However, we are under the Constitution of the unity-states of America, with the right of the DUE-PROCESS.

From the date of this notice, you have twenty (20)-days for the providing of the [re]quested-documents, or for the [re]moval of these-alleged-liens from your files, for you are advertising as if there are actual-liens, causing for the injury of these sovereigns. Please find enclosed, copies [re]corded in the Counties, "Reservation of Rights From Hidden Contracts" as (**[EX]HIBIT – "E"**), "Denial of Federal Debt and Negotiable Instruments" as (**[EX]HIBIT – "F"**).

Autographed: Steven: Sego ______ Date: August/11/2004

Steven: Sego,
C/o 17825 N. Atlas-Road
Rathdrum, Idaho, [83858]

Cc: file,
Encl:

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7000 0520 0015 3017 7550

BOISE, ID 83720

| | | |
|---|---|---|
| Postage | $ 0.83 | UNIT ID: 0861 |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: R92490 |
| Total Postage & Fees | $ 4.88 | 08/13/04 |

Recipient's Name (Please Print Clearly) (To be completed by mailer)
Ben: Ysursa + Fred-C: Goodenough
Street, Apt. No.; or PO Box No.
700 West-Jefferson, P.O. Box-83720
City, State, ZIP+ 4
Boise, Idaho, 83720-0080

PS Form 3800, February 2000 See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ben: Ysursa, + Fred: Goodenough
Secretary of State
700 West-Jefferson
P.O. Box-83720
Boise, Idaho,
83720-0080

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
AUG 16 2004

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

CENTRAL POSTAL SERVICES

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7000 0520 0015 3017 7550

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

[Ex]hibit "R"

# OFFICIAL OATH

03 JAN -6 PM 3:05
SECRETARY OF STATE
STATE OF IDAHO

I do solemnly swear (or affirm, as the case may be) that I will support the Constitution of the United States, and the Constitution of the State of Idaho, and that I will faithfully discharge the duties of (insert office) Secretary of State, State of Idaho

according to the best of my ability.

Ben Ysursa
BEN YSURSA

Subscribed and sworn to before me this 6th day of January 2003.

MIREN E. ARTIACH
NOTARY PUBLIC
STATE OF IDAHO

Miren E. Artiach
Notary Public
My commission expires 4/15/06

00483

# State of Idaho

## CERTIFICATION

I, **BEN YSURSA**, Secretary of State of the State of Idaho and legal custodian of the Seal of said State, do hereby certify that the annexed is a full, true and complete copy of the most recent Official Oath of **BEN YSURSA**, in his capacity as Secretary of State of the State of Idaho, received and filed in this office on the sixth day of January, 2003 at 3:05 p.m., and that the same appears of record in this office.

**IN WITNESS WHEREOF**, I have hereunto set my hand and affixed the Great Seal of the State of Idaho. Done at Boise, Idaho, this 8th day of July, 2004.

Ben Ysursa

**BEN YSURSA**
**Secretary of State**

by Miren E. Artiach

**MIREN E. ARTIACH**
**Deputy Secretary of State**

[Ex]hibit "S"



A.Mo., 20 F.2d 949, 954. A feature if, when omitted, nothing of substantial value in the goods is lost. Ainsworth v. Gill Glass & Fixture Co., D.C. Pa., 26 F.Supp. 183, 187.

**NON-INTERCOURSE.** The refusal of one state or nation to have commercial dealings with another; similar to an embargo (*q. v.*).

The absence of access, communication, or sexual relations between husband and wife.

**NON-INTERVENTION WILL.** A term sometimes applied to a will which authorizes the executor to settle and distribute the estate without the intervention of the court and without giving bond. In re Macdonald's Estate, 29 Wash. 422, 69 P. 1111.

**NON-ISSUABLE PLEAS.** Those upon which a decision would not determine the action upon the merits, as a plea in abatement. 1 Chit.Archb.Pr. 12th Ed., 249.

**NON-JOINDER.** See Joinder.

**NON-JUDICIAL DAY.** Day on which process cannot ordinarily issue or be executed or returned, and on which courts do not usually sit. Vidal v. Backs, 218 Cal. 99, 21 P.2d 952, 86 A.L.R. 1134.

**NON-JURORS.** In English law, persons who refuse to take the oaths, required by law, to support the government.

**NON-LEVIABLE.** Not subject to be levied upon. Non-leviable assets are assets upon which an execution cannot be levied. Farmers' F. Ins. Co. v. Conrad, 102 Wis. 387, 78 N.W. 582.

**NON-MAILABLE.** A term applied to all letters and parcels which are by law excluded from transportation in the United States mails, whether on account of the size of the package, the nature of its contents, its obscene character, or for other reasons. U. S. v. Nathan, D.C.Iowa, 61 F. 936.

**NON-MEDICAL POLICY.** One issued without medical examination of an applicant. Reserve Loan Life Ins. Co. of Texas v. Brown, Tex.Civ. App., 159 S.W.2d 179, 180.

**NON-MERCHANTABLE TITLE.** The title to realty need not be bad in fact to render it "non-merchantable", but it is sufficient, if an ordinarily prudent man with knowledge of facts and aware of legal questions involved would not accept it in ordinary course of business. Ghormley v. Kleeden, 155 Kan. 319, 124 P.2d 467, 470.

**NON-NAVIGABLE.** At common law, streams or bodies of water not affected by tide were "non-navigable". Luscher v. Reynolds, 153 Or. 625, 56 P.2d 1158, 1162.

**NON-NEGOTIABLE.** Not negotiable; not capable of passing title or property by indorsement and delivery.

**NON-OCCUPATIONAL.** Not of or pertaining to an occupation, trade, or work. Morgan v. Equitable Life Assur. Soc. of U. S., La.App., 22 So.2d 595, 597.

**NON-PERFORMANCE.** Neglect, failure, or refusal to do or perform an act stipulated to be done. Failure to keep the terms of a contract or covenant, in respect to acts or doings agreed upon.

**NON-PROFIT.** A "non-profit" corporation is one not designed primarily to pay dividends on invested capital. Greene County Rural Electric Co-operative v. Nelson, 234 Iowa 362, 12 N.W.2d 886, 888.

**NON-RESIDENCE.** Residence beyond the limits of the particular jurisdiction.

In ecclesiastical law. The absence of spiritual persons from their benefices.

**NON-RESIDENT.** One who is not a dweller within jurisdiction in question; not an inhabitant of the state of the forum. Gardner v. Meeker, 169 Ill. 40, 48 N.E. 307; Nagel v. Loomis, 33 Neb. 499, 50 N.W. 441. For the distinction between "residence" and "domicile," see Domicile.

**NON-SANE.** As "sane," when applied to the mind, means whole, sound, in a healthful state, "non-sane" must mean not whole, not sound, not in a healthful state; that is, broken, impaired, shattered, infirm, weak, diseased, unable, either from nature or accident, to perform the rational functions common to man upon the objects presented to it. Den v. Vancleve, 5 N.J.L. 589, 661.

**NON-SANE MEMORY.** Unsound memory; unsound mind. In re Beaumont, 1 Whart., Pa., 52, 29 Am.Dec. 33; In re Forman's Will, 54 Barb., N. Y., 286.

**NON-SUMMONS, WAGER OF LAW OF.** The mode in which a tenant or defendant in a real action pleaded, when the summons which followed the original was not served within the proper time.

**NON-TENURE.** A plea in a real action, by which the defendant asserts, either as to the whole or as to some part of the land mentioned in the plaintiff's declaration, that he does not hold it. Pub. St.Mass.1882, p. 1293.

**NON-TERM.** The vacation between two terms of a court.

**NON-TERMINUS.** The vacation between term and term, formerly called the time of days of the king's peace.

**NON-TRADER.** Person not engaged in buying and selling so as to be required to establish credit in commercial world. First Nat. Bank v. Ducros, 27 Ala.App. 193, 168 So. 704, 706.

**NON-USER.** Neglect to use. Neglect to use a franchise; neglect to exercise an office. 2 Bl. Comm. 153. Neglect or omission to use an easement or other right. 3 Kent, Comm. 448. A right acquired by use may be lost by *non-user*.

**NON-WAIVER AGREEMENT.** A "nonwaiver agreement" reserves to insurer every right under fire policy not previously waived, and to the insured every right which had not been forfeited. Ætna Ins. Co. of Hartford, Conn., v. Powers, 190 Okl. 116, 121 P.2d 599, 602.

BEN YSURSA
SECRETARY OF STATE

700 West Jefferson
PO Box 83720
Boise, ID 83720-0080

Telephone 208 334-2300
Fax 208 334-2282

sosinfo@idsos.state.id.us
www.idsos.state.id.us

Exhibit-"I"

STATE OF IDAHO
SECRETARY OF STATE

Corporations Division
208 334-2301
Uniform Commercial Code Division
208 334-3191
Fax 208 334-2847
Trademarks/Notaries Division
208 334-2300
Elections Division
208 334-2852
Legislative and Executive Affairs
208 334-2300
Fiscal Division
208 334-5355
Computer Services
208 334-5354

17 August 2004

RECEIVED
AUG 19 2004
S.S.

Steven Sego
17825 N. Atlas Road
Rathdrum, Idaho 83858

Re: Your letter of 11 August 2004

Dear Mr. Sego:

The above letter is literally filled with mistaken assumptions and faulty legal conclusions. Each of your assertions is addressed, by paragraph. If our responses seem repetitive, it is because your claims are repetitive.

As far as this Office is aware, the lien is valid. It was lawfully filed here by the Idaho Tax Commission. If you wish to contest its validity, you must address your concerns to the Tax Commission. We have no other documents, and are not aware any other documents must be in our possession in order for the lien to be valid. Our system is analogous to a bulletin board where notices of many types of lien are on file, both by private interests and state agencies—all only as authorized by law.

We are not required to have an actual lien in our possession. If you think we are so required, give me a citation to the law under which this requirement may be found. We are not advertising anything. If you believe we are violating some statute, I would suggest you take the matter up with a private attorney.

You could not be more wrong about the relationship between statutes and regulations (in Idaho these are called administrative rules). Rules are ineffective unless they are based upon some statutory language. Statutes are in no way dependent upon rules or regulations to support their validity. There is no requirement that we file along with notices of liens. Again, if you believe we are violating some statute, I

would suggest you take the matter up with an attorney. An attorney licensed in the state of Idaho should be able to advise you that your claims have no basis in the law.

We know of no "contract that ties [you] unto [the] commercial system ...." Nor are we aware that any such contract is necessary in order for you to be obligated to pay federal or state taxes.

Because we have none, we have no intention to provide you with any further documents. The Notice of State Lien will only be removed from our records when the Tax Commission accomplishes this electronically. Again, if you wish the Notice of State Lien removed, you must address your concerns to the Tax Commission. I would suggest you send them funds to pay off the tax liability that is the basis for the Notice of State Lien.

Two of your last three paragraphs make no sense whatever, although you certainly do have rights under the Due Process Clause of the Fifth Amendment to the United States Constitution.

Again, we will neither remove the lien or provide you with further documents. If you wish to take us to court on the matter, you need not wait 20 days.

Sincerely,

Fred C. Goodenough

Fred C. Goodenough
Deputy Secretary of State
Commercial Division

fcg:kh

[Exhibit 4]

Soviet Zone products, T.D. 53210 was issued in 1953, providing that ...tern Germany ...o indicate Ger...ed).'"[6] The is... to the District ...s whether this ...lation carried ...of § 1304. As ...on of the regu...lation necessarily is an interpretation of the statute.

Another Very Important Case

This is the type of case I'm looking For

An administrative regulation, of course, is not a "statute." While in practical effect regulations may be called "little laws,"[7] they are at most but offspring of statutes. Congress alone may pass a statute, and the Criminal Appeals Act calls for direct appeals if the District

Headnote 4

*[361 US 438]

Once promulgated, "these regulations, called for by the statute itself, have the force of law, and violations thereof incur criminal prosecutions, just as if all the details had been incorporated into the congressional language. The result is that neither the statute nor the regulations are complete without the other, and only together do they have any force. In effect, therefore, the construction of one necessarily involves the construction of the other. The charges in the information are founded on § 1304 and its accompanying regulations, and the information was dismissed solely because its allegations did not state an offense under § 1304, as amplified by

Headnote 5

## OTHER IMPORTANT COURT CASES

"The reasonable construction of the taxing statutes does not include vesting any tax official with absolute power of assessment against individuals not specified in the statutes as persons liable for the tax without an opportunity for JUDICIAL REVIEW of this status BEFORE the appellation of "TAXPAYER" is bestowed upon them and their property seized." BOTTA V. SCANLON, 228 F. 2nd 304 (1961) (Emphasis Added)

"Whenever the form in which the Government functions, anyone entering into an arrangement with the Government takes the risk of having accurately ascertained that he who purports to act for the Government STAYS WITHIN THE BOUNDS OF HIS AUTHORITY...and this is so even though as here, the agent himself may have been unaware of the limitation upon his authority" (emphasis added) Federal Crop Ins. v. Merrill, 332 U.S. 380 at 384;

AND

in the Court of Appeals (in part):

...We conclude that the taxpayer is ENTITLED TO INVESTIGATE THE IRS'S PURPOSE where such purpose has been put in issue and may affect THE LEGALITY OF THE SUMMONS...U.S. v. Roundtree 420 F.2d 845, 5th Cir. (emphasis added)

OVER WHICH THEY HAVE EXCLUSIVE JURISDICTION. ... CONCERNING LAND ... THE LAWS DO NOT HAVE TO BE CONSTITUTIONAL!!

*"The laws of Congress in respect to those matters (outside of Constitutionally delegated powers) do n extend into the territorial limits of the states, but have force ONLY in the District of Columbia, and other places that are within the exclusive jurisdiction of the national government."* Caha V. US, 152 U.S. 211

"Constitutional restrictions and limitations were NOT applicable to the areas of lands, enclaves, territories and possessions over which Congress had exclusive legislative authority." Downes v. Bidwell, 182 U.S. 244

In New Orleans v. United States, 35 U.S. (10 Pet.) 662 (1836), the supreme Court stated: *"Special provision is made in the Constitution for the cession of jurisdiction from the states over places where the federal government shall establish forts or other military works. And it is only in these places, or in territories of the United States, where it can exercise a general jurisdiction."* 10 Pet., at 737

***"It is a well established principle of law that all federal legislation applies only within the territorial jurisdiction of the United States unless a contrary intent appears."***

Foley Brothers, Inc. V. Filardo, 336 U.S. 281 (1948)

ADMINISTRATIVE AGENCIES MUST PROVE THEY HAVE JURISDICTION

"Jurisdiction is essential to give validity to the determinations of administrative agencies and where jurisdictional requirements are not satisfied, the action of the agency is a nullity..." City Street Improv. Co. v. Pearson 181 C 640, 185 P. 962 O'Neil v. Dept. of Professional & Vocational Standards, 7 CA2d 393, 46 P2d 234.

"The law requires PROOF OF JURISDICTION to appear on the Record of the administrative agency and all administrative proceedings." Hagans v. Lavine, 415 U.S. 533

HOW IMPORTANT ARE IMPLEMENTING REGULATIONS?

" For federal tax purposes, federal regulations govern."

Dodd v. United States, 223 F Supp 785, Lyeth v. Hoey, 305 US 188, 59 S. Ct

" Failure to adhere to agency regulations [by the IRS or other agency] may amount to denial of due process if regulations are required by constitution or statute..." Curley v. United States, 791 F. Supp 52

(66)

... and regulations for the enforcement of this title."

[Ex]hibit - "V"

# R

**R.** In the signatures of royal persons, "R." is an abbreviation for *"rex"* (king) or *"regina"* (queen.) In descriptions of land, according to the divisions of the governmental survey, it stands for "range." Ottumwa, etc., R. Co. v. McWilliams, 71 Iowa 164, 32 N.W. 315; Simms v. Rolfe, 177 Ark. 52, 5 S.W.2d 718, 719.

**R. G.** An abbreviation for *Regula Generalis*, a general rule or order of court; or for the plural of the same.

**R. L.** This abbreviation may stand either for "Revised Laws" or "Roman law."

**R. S.** An abbreviation for "Revised Statutes."

**RACE.** An ethnical stock; a great division of mankind having in common certain distinguishing physical peculiarities constituting a comprehensive class appearing to be derived from a distinct primitive source. A tribal or national stock, a division or subdivision of one of the great racial stocks of mankind distinguished by minor peculiarities. Descent. In re Halladjian, C.C.Mass., 174 F. 834; Ex parte (Ng.) Fung Sing, D.C.Wash., 6 F.2d 670.

**RACE–WAY.** An artificial canal dug in the earth; a channel cut in the ground. Wilder v. De Cou, 26 Minn. 17, 1 N.W. 48. The channel for the current that drives a waterwheel. Webster.

**RACHAT.** In French law. The right of repurchase which, in English and American law, the vendor may reserve to himself. It is also called *"réméré."* Brown.

**RACHATER.** L. Fr. To redeem; to repurchase, (or buy back.) Kelham.

**RACHETUM.** In Scotch law. Ransom; corresponding to Saxon *"weregild,"* a pecuniary composition for an offense. Skene; Jacob.

**RACHIMBURGII.** In the legal polity of the Salians and Ripuarians and other Germanic peoples, the name given to the judges or assessors who sat with the count in his *mallum*, (court,) and were generally associated with him in other matters. Spelman.

**RACING TIP.** A false assumption of vaticination concerning the result of a speed contest between animals justly termed thoroughbred. Armstrong Racing Publications v. Moss, 43 N.Y.S.2d 171, 173, 181 Misc. 966.

**RACK.** An engine of torture anciently used in the inquisitorial method of examining persons charged with crime, the office of which was to break the limbs or dislocate the joints.

**RACK–RENT.** A rent of the full value of the tenement, or near it. 2 Bl.Comm. 43.

**RACK–VINTAGE.** Wines drawn from the lees. Cowell.

**RACKET.** Engaging in an operation to make money illegitimately, implying continuity of behavior. Bradley v. Conners, 7 N.Y.S.2d 294, 295, 169 Misc. 442.

**RACKETEER.** A person who makes money by violations of the Penal Law, particularly those violations accompanied by violence. Continental Bank & Trust Co. of New York v. 200 Madison Avenue Corporation, Sup., 43 N.Y.S.2d 402, 407.

**RACKETEERING. An organized conspiracy to commit the crimes of extortion or coercion, or attempts to commit extortion or coercion. From the standpoint of extortion, it is the obtaining of money or property from another, with his consent, induced by the wrongful use of force or fear.** The fear which constitutes the legally necessary element in extortion is induced by oral or written threats to do an unlawful injury to the property of the threatened person by means of explosives, fire, or otherwise; and to kill, kidnap, or injure him or a relative of his or some member of his family. **From the standpoint of coercion, it usually takes the form of compelling by use of similar threats to person or property a person to do or abstain from doing an act which such other person has the legal right to do or abstain from doing, such as joining a so-called protective association to protect his right to conduct a business or trade.** United States v. McGlone, D.C. Pa., 19 F.Supp. 285, 287.

**RADICALS.** A political party. The term arose in England, in 1818, when the popular leaders, Hunt, Cartwright, and others, sought to obtain a radical reform in the representative system of parliament. Bolingbroke (Disc. Parties, Let. 18) employs the term in its present accepted sense: "Such a remedy might have wrought a *radical* cure of the evil that threatens our constitution," etc. Wharton.

**RADIUS.** A straight line drawn from the centre of a circle to any point of the circumference. Its length is half the diameter of that circle, or is the space between the centre and the circumference. State v. Berard, 40 La.App. 174, 3 So. 463.

**RADOUR.** In French law. A term including the repairs made to a ship, and a fresh supply of furniture and victuals, munitions, and other provisions required for the voyage. Pardessus, n. 602.

**RAFFLE.** A kind of lottery in which several persons pay, in shares, the value of something put up as a stake, and then determine by chance (as by casting dice) which one of them shall become the sole possessor of it. Webster; Prendergast v. State, 41 Tex.Cr.R. 358, 57 S.W. 850. People v. American Art Union, 7 N.Y. 241.

[Ex]hibit-"W"

# IDAHO STATE CONSTITUTION

# DECLARATION OF INDEPENDENCE

# UNITED STATES CONSTITUTION




Published by
PETE T. CENARRUSA
Secretary of State
Boise, Idaho

## ARTICLE I

## DECLARATION OF RIGHTS

SECTION 1. INALIENABLE RIGHTS OF MAN. All men are by nature free and equal, and have certain inalienable rights, among which are enjoying and defending life and liberty; acquiring, possessing and protecting property; pursuing happiness and securing safety.

SECTION 2. POLITICAL POWER INHERENT IN THE PEOPLE. All political power is inherent in the people. Government is instituted for their equal protection and benefit, and they have the right to alter, reform or abolish the same whenever they may deem it necessary; and no special privileges or immunities shall ever be granted that may not be altered, revoked, or repealed by the legislature.

SECTION 3. STATE INSEPARABLE PART OF UNION. The state of Idaho is an inseparable part of the American Union, and the Constitution of the United States is the supreme law of the land.

SECTION 4. GUARANTY OF RELIGIOUS LIBERTY. The exercise and enjoyment of religious faith and worship shall forever be guaranteed; and no person shall be denied any civil or political right, privilege, or capacity on account of his religious opinions; but the liberty of conscience hereby secured shall not be construed to dispense with oaths or affirmations, or excuse acts of licentiousness or justify polygamous or other pernicious practices, inconsistent with morality or the peace or safety of the state; nor to permit any person, organization, or association to directly or indirectly aid or abet, counsel or advise any person to commit the crime of bigamy or polygamy, or any other crime. No person shall be required to attend or support any ministry or place of worship, religious sect or denomination, or pay tithes against his consent; nor shall any preference be given by law to any religious denomination or mode of worship. Bigamy and polygamy are forever prohibited in the state, and the legislature shall provide by law for the punishment of such crimes.

SECTION 5. RIGHT OF HABEAS CORPUS. The privilege of the writ of habeas corpus shall not be suspended, unless in case of rebellion or invasion, the public safety requires it, and then only in such manner as shall be prescribed by law.

SECTION 6. RIGHT TO BAIL — CRUEL AND UNUSUAL PUNISHMENTS PROHIBITED. All persons shall be bailable by sufficient sureties, except for capital offenses, where the proof is evident or the presumption great. Excessive bail shall not be required, nor excess fines imposed, nor cruel and unusual punishments inflicted.

SECTION 7. RIGHT TO TRIAL BY JURY. The right of trial by jury shall remain inviolate; but in civil actions, three-fourths of the jury may render a verdict, and the legislature may provide that in all cases of misdemeanors five-sixths of the jury may render a verdict. A trial by jury may be waived in all criminal cases, by the consent of all parties, expressed in open court, and in civil actions by the consent of the parties, signified in such manner as may be prescribed by law. In civil actions the jury may consist of twelve or of any number less than twelve upon which the parties may agree in open court. Provided, that in cases of misdemeanor and in civil actions within the jurisdiction of any court inferior to the district court, whether such case or action be tried in such inferior court or in district court, the jury shall consist of not more than six.

SECTION 8. PROSECUTIONS ONLY BY INDICTMENT OR INFORMATION. No person shall be held to answer for any felony or criminal offense of any grade, unless on presentment or indictment of a grand jury or on information of the public prosecutor, after a commitment by a magistrate, except in cases of impeachment, in cases cognizable by probate courts or by justices of the peace, and in cases arising in the militia when in actual service in time of war or public danger; provided, that a grand jury may be summoned upon the order of the district court in the manner provided by law, and provided further, that after a charge has been ignored by a grand jury, no person shall be held to answer, or for trial therefor, upon information of public prosecutor.

SECTION 9. FREEDOM OF SPEECH. Every person may freely speak, write and publish on all subjects, being responsible for the abuse of that liberty.

SECTION 10. RIGHT OF ASSEMBLY. The people shall have the right to assemble in a peaceable manner, to consult for their common good; to instruct their representatives, and to petition the legislature for the redress of grievances.

SECTION 11. RIGHT TO KEEP AND BEAR ARMS. The people have the right to keep and bear arms, which right shall not be abridged; but this provision shall not prevent the passage of laws to govern the carrying of weapons concealed on the person nor prevent passage of legislation providing minimum sentences for crimes committed while in possession of a firearm, nor prevent the passage of legislation providing penalties for the possession of firearms by a convicted felon, nor prevent the passage of any legislation punishing the use of a firearm. No law shall impose licensure, registration or special taxation on the ownership or possession of firearms or ammunition. Nor shall any law permit the confiscation of firearms, except those actually used in the commission of a felony.

SECTION 12. MILITARY SUBORDINATE TO CIVIL POWER. The military shall be subordinate to the civil power; and no soldier in time of peace shall be quartered in any house without the consent of its owner, nor in time of war except in the manner prescribed by law.

SECTION 13. GUARANTIES IN CRIMINAL ACTIONS AND DUE PROCESS OF LAW. In all criminal prosecutions, the party accused shall have the right to a speedy and public trial; to have the process of the court to compel the attendance of witnesses in his behalf, and to appear and defend in person and with counsel.

No person shall be twice put in jeopardy for the same offense; nor be compelled in any criminal case to be a witness against himself; nor be deprived of life, liberty or property without due process of law.

SECTION 14. RIGHT OF EMINENT DOMAIN. The necessary use of lands for the construction of reservoirs or storage basins, for the purpose of irrigation, or for rights of way for the construction of canals, ditches, flumes or pipes, to convey water to the place of use for any useful, beneficial or necessary purpose, or for drainage; or for the drainage of mines, or the working thereof, by means of roads, railroads, tramways, cuts, tunnels, shafts, hoisting works, dumps, or other necessary means to their complete development, or any other use necessary to the complete development of the material resources of the state, or the preservation of the health of its inhabitants, is hereby declared to be a public use, and subject to the regulation and control of the state.

Private property may be taken for public use, but not until a just compensation, to be ascertained in the manner prescribed by law, shall be paid therefor.

SECTION 15. IMPRISONMENT FOR DEBT PROHIBITED. There shall be no imprisonment for debt in this state except in cases of fraud.

SECTION 16. BILLS OF ATTAINDER, ETC., PROHIBITED. No bill of attainder, ex post facto law, or law impairing the obligation of contracts shall ever be passed.

SECTION 17. UNREASONABLE SEARCHES AND SEIZURES PROHIBITED. The right of the people to be secure in their persons, houses, papers and effects against unreasonable searches and seizures shall not be violated; and no warrant shall issue without probable cause shown by affidavit, particularly describing the place to be searched and the person or thing to be seized.

SECTION 18. JUSTICE TO BE FREELY AND SPEEDILY ADMINISTERED. Courts of justice shall be open to every person, and a speedy remedy afforded for every injury of person, property or character, and right and justice shall be administered without sale, denial, delay, or prejudice.

SECTION 19. RIGHT OF SUFFRAGE GUARANTIED. No power, civil or military, shall at any time interfere with or prevent the free and lawful exercise of the right of suffrage.

SECTION 20. NO PROPERTY QUALIFICATION REQUIRED OF ELECTORS — EXCEPTIONS. No property qualifications shall ever be required for any person to vote or hold office except in school elections, or elections creating indebtedness, or in irrigation district elections, as to which last-named elections the legislature may restrict the voters to land owners.

SECTION 21. RESERVED RIGHTS NOT IMPAIRED. This enumeration of rights shall not be construed to impair or deny other rights retained by the people.

"X"
EXHIBIT



adverse, Flanery v. Greene, 158 S.W.2d 413, 415, 289 Ky. 244; under claim of right, Thomas v. Durchslag, Ill., 90 N.E.2d 200, 204, 404 Ill. 581; continuous, Davis v. Federal Land Bank of Columbia, 13 S.E.2d 417, 419, 219 N.Car. 248; open Wilberforce University v. College of Ed. and Indus. Arts at Wilberforce University, 90 N.E.2d 172, 173, 86 Ohio App. 121; notorious, Edie v. Coleman, 141 S.W.2d 238, 242, 243, 235 Mo.App. 1289; exclusive, Laudati v. State, 30 N.Y.S.2d 267, 270, and hostile, Singley v. Dempsey, 42 So.2d 609, 612, 252 Ala. 677. Although color of title is not essential, Roesch v. Gerst, 138 P.2d 846, 851, 852, 18 Wash.2d 294, it is of great evidentiary value in establishing adverse possession, Lincoln v. Mills, 2 So.2d 809, 811, 191 Miss. 512.

Adverse possession depends on intent of occupant to claim and hold real property in opposition to all the world, Sertic v. Roberts, 136 P.2d 248, 171 Ore. 121; and also embodies the idea that owner of or persons interested in property have knowledge of the assertion of ownership by the occupant, Field v. Sosby, Tex.Civ.App., 226 S.W.2d 484, 486.

Payment of taxes alone is not sufficient in itself to establish adverse possession, Blitch v. Sapp, 194 So. 328, 330, 142 Fla. 166. It is mandatory that the element of continuous possession exist for the full statutory period, Wells v. Tietge, 9 N.W.2d 180, 182, 143 Neb. 230.

**ADVERSUS.** In the civil law, against, *(contra.)* *Adversus bonos mores,* against good morals. Dig. 47, 10, 15.

**Adversus extraneos vitiosa possessio prodesse solet.** Prior possession is a good title of ownership against all who cannot show a better. D. 41. 2. 53; Salmond, Jurispr. 638.

**ADVERTISE.** To give notice to, inform or notify, give public notice of, announce publicly, notice or observe. People v. Hopkins, 263 N.Y.S. 290, 147 Misc. 12. To advise, announce, apprise, command, give notice of, inform, make known, publish. People v. Montague, 274 N.W. 347, 351, 280 Mich. 610. On call to the public attention by any means whatsoever; Commonwealth v. Allison, 227 Mass. 57, 116 N.E. 265, 266.

It includes publication by hand bills, signs, bill boards, sound trucks and radio. Rust v. Missouri Dental Board, 348 Mo. 616, 155 S.W.2d 80, 83; or in a newspaper, or by means of placards, or other written public notices; Nichols v. Nichols, 192 Ala. 206, 68 So. 186, 187. It is merely identification and description, apprising of quality and place. Rast v. Van Deman & Lewis Co., 240 U.S. 342, 36 S.Ct. 370, 377, 60 L.Ed. 679. And "advertising purposes" are not limited to matters of vocation, or even avocation, but include advertisements essentially for unselfish purposes. Almind v. Sea Beach Ry. Co., 141 N.Y.S. 842, 843, 157 App.Div. 230.

**ADVERTISEMENT.** Notice given in a manner designed to attract public attention. Edwards v. Lubbock County, Tex., 33 S.W.2d 482, 484. Information communicated to the public, or to an individual concerned, as by handbills or the newspaper. First Nat. Corporation v. Perrine, 99 Mont. 454, 43 P.2d 1073, 1077.

A sign-board, erected at a person's place of bu[siness] giving notice that lottery tickets are for sale, Co[mmonwealth v.] Hooper, 5 Pick.Mass. 42.

**ADVERTISEMENTS OF QUEEN ELIZABE[TH].** Certain articles or ordinances drawn up by A[rch]bishop Parker and some of the bishops in 156[4] the request of Queen Elizabeth, the object [of] which was to enforce decency and uniformity [in] the ritual of the church. The queen subseque[ntly] refused to give her official sanction to these [ad]vertisements, and left them to be enforced by [the] bishops under their general powers. Phillim[ore, Ecc.] Law, 910; 2 Prob.Div. 276; 354.

**ADVICE.** View; opinion; the counsel given [by] lawyers to their clients; an opinion expresse[d as] to wisdom of future conduct. Hughes v. [Van] Bruggen, 44 N.M. 534, 105 P.2d 494, 496.

The word has several different meanings, among o[thers] as follows: Information or notice given: intelligen[ce;] usually information communicated by letter;—Chiefly [used with reference] to drafts or bills of exchange: as, a letter of advi[ce.] Advice implies real or pretended knowledge, often [pro]fessional or technical, on the part of the one who giv[es it.] Provident Trust Co. v. National Surety Co., D.C.Pa., [...] F.Supp. 514, 515.

The instruction usually given by one merch[ant] or banker to another by letter, informing him [of] shipments made to him, or of bills or dra[fts] drawn on him, with particulars of date, or si[ght,] the sum, and the payee. Bills presented for [ac]ceptance or payment are frequently dishono[red] for *want of advice.*

*Letter of advice* is a communication from one perso[n to] another, advising or warning the latter of something w[hich] he ought to know, and commonly apprising him be[fore]hand of some act done by the writer which will ultima[tely] affect the recipient. Chit. Bills, 162.

**ADVISARE, ADVISARI.** Lat. To consult, del[ib]erate, consider, advise; to be advised. Occurri[ng] in the phrase *curia advisari vult,* which see (u[su]ally abbreviated *cur. adv. vult,* or *C. A. V.,*) [the] court wishes to be advised, or to consider of [the] matter.

**ADVISE.** To give an opinion or counsel, or re[c]ommend a plan or course of action; also to gi[ve] notice. Long v. State, 23 Neb. 33, 36 N.W. 3[...] To encourage. Voris v. People, 75 Colo. 574, [...] P. 551, 553. "Inform" or "acquaint." Ericson [v.] Steiner, 119 Cal.App. 305, 6 P.2d 298, 300.

It is different in meaning from "instruct" or "persuad[e."] Hughes v. Van Bruggen, 44 N.M. 534, 105 P.2d 494, [...] Where a statute authorizes the trial court to *advise* [the] jury to acquit, the court has no power to *instruct* the j[ury] to acquit. The court can only counsel, and the jury a[re] not bound by the advice. People v. Horn, 70 Cal. 17, 11 [P.] 470. "Advise" imports that it is discretionary or optio[nal] with the person addressed whether he will act on s[uch] advice or not. State v. Downing, 23 Idaho, 540, 130 P. [...] 462.

**ADVISED.** Prepared to give judgment, after e[x]amination and deliberation. "The court took ti[me] to be advised." 1 Leon. 187.

**ADVISEDLY.** With deliberation; intentionall[y.] 15 Moore P.C. 147.

**ADVISEMENT.** Consideration; deliberatio[n;] consultation. Drainage Dist. No. 1 of Linco[ln ...]